# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOY MCCOLLEY, on behalf of herself and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>CASEY'S GENERAL STORES, INC., CASEY'S MARKETING COMPANY, and CASEY'S RETAIL COMPANY,<br><br>　　　　　　　Defendants. | No. 2:18-cv-00072-JVB-JEM |

## NOTICE OF FILING CONSENT TO JOIN OF MARYBETH LASHURE

Plaintiff hereby gives notice of the filing of the written Consent to Join of Marybeth Lashure, pursuant to 29 U.S.C. § 216(b), which is attached hereto as Exhibit A.

Dated: August 3, 2018　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/ Michael Palitz**
　　　　　　　　　　　　　　　　　　Michael Palitz*
　　　　　　　　　　　　　　　　　　**SHAVITZ LAW GROUP, P.A.**
　　　　　　　　　　　　　　　　　　830 3rd Avenue, 5th Floor
　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　Telephone: (800) 616-4000
　　　　　　　　　　　　　　　　　　Facsimile: (561) 447-8831
　　　　　　　　　　　　　　　　　　E-mail: mpalitz@shavitzlaw.com

　　　　　　　　　　　　　　　　　　Gregg I. Shavitz*
　　　　　　　　　　　　　　　　　　Camar Jones*
　　　　　　　　　　　　　　　　　　Logan A. Pardell*
　　　　　　　　　　　　　　　　　　**SHAVITZ LAW GROUP, P.A.**
　　　　　　　　　　　　　　　　　　951 Yamato Road, Suite 285
　　　　　　　　　　　　　　　　　　Boca Raton, FL 33431
　　　　　　　　　　　　　　　　　　Telephone: (561) 447-8888
　　　　　　　　　　　　　　　　　　Facsimile: (561) 447-8831
　　　　　　　　　　　　　　　　　　E-mail: gshavitz@shavitzlaw.com
　　　　　　　　　　　　　　　　　　E-mail: cjones@shavitzlaw.com
　　　　　　　　　　　　　　　　　　E-mail: lpardell@shavitzlaw.com

        Richard E. Shevitz
        Scott Gilchrist
        **COHEN & MALAD, LLP**
        One Indiana Square Suite 1400
        Indianapolis, IN46204
        Phone: (317) 636-6481
        Facsimile: (317) 636-2593
        E-mail: rshevitz@cohenandmalad.com
        E-mail: sgilchrist@cohenandmalad.com

        Marc S. Hepworth*
        Charles Gershbaum*
        David A. Roth*
        Rebecca S. Predovan*
        **HEPWORTH, GERSHBAUM & ROTH, PLLC**
        192 Lexington Avenue, Suite 802
        New York, New York 10016
        Telephone: (212) 545-1199
        Facsimile: (212) 532-3801
        E-mail:  mhepworth@hgrlawyers.com
        E-mail: cgershbaum@hgrlawyers.com
        E-mail: droth@hgrlawyers.com
        E-mail: rpredovan@hgrlawyers.com

        *Attorneys for Plaintiffs and the Putative FLSA Collective Members*

*admitted or to apply for admission *pro hac vice*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of Court using CM/ECF on **August 3, 2018**. I also certify that the foregoing document is being served this day on all counsel of record identified via transmission of Notices of Electronic Filing generated by CM/ECF.

        *s/ **Michael Palitz***
        Michael Palitz, Esq.

2