IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| NANCY WHITE, on behalf of herself and all others similarly situated,<br><br>   Plaintiffs,<br><br>  v.<br><br>CASEY'S GENERAL STORES, INC., CASEY'S MARKETING COMPANY, and CASEY'S RETAIL COMPANY,<br><br>   Defendants. | Case No.: 2:18-cv-00072 (DRL) (JEM) |

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**

Plaintiff Nancy White and all Opt-Ins (together as "Plaintiffs"), pursuant to the Court's March 26, 2025 Order, move the Court for attorneys' fees incurred in bringing the motion to compel. In support of this Motion, Plaintiffs are filing a separate Memorandum.

Dated: April 10, 2025

Respectfully submitted,

s/ *Rebecca S. Predovan*
Rebecca S. Predovan

Marc S. Hepworth*
Charles Gershbaum*
David A. Roth*
**HEPWORTH, GERSHBAUM & ROTH, PLLC**
192 Lexington Avenue, Suite 802
New York, New York 10016
Telephone: (212) 545-1199
Facsimile: (212) 532-3801
E-mail: mhepworth@hgrlawyers.com
E-mail: cgershbaum@hgrlawyers.com
E-mail: droth@hgrlawyers.com
E-mail: rpredovan@hgrlawyers.com

Michael J. Palitz*
**SHAVITZ LAW GROUP, P.A.**
477 Madison Avenue, 6th Floor
New York, NY 10022

2

Telephone: (800) 616-4000
Facsimile: (561) 447-8831
E-mail: mpalitz@shavitzlaw.com

Gregg I. Shavitz*
Camar R. Jones*
**SHAVITZ LAW GROUP, P.A.**
622 Banyan Trail, Suite 200
Boca Raton, Florida 33431
Telephone: (561) 447-8888
Facsimile: (561) 447-8831 E-mail: gshavitz@shavitzlaw.com
E-mail: cjones@shavitzlaw.com

Richard E. Shevitz
Scott Gilchrist
**COHEN & MALAD, LLP**
One Indiana Square Suite 1400
Indianapolis, IN 46204
Phone: (317) 636-6481
Facsimile: (317) 636-2593
E-mail: rshevitz@cohenandmalad.com
E-mail: sgilchrist@cohenandmalad.com

*admitted/to apply pro hac vice*          ***Attorneys for Plaintiffs and the FLSA Collective***

## CERTIFICATE OF SERVICE

I certify that on April 10, 2025, I served a true copy of this document by all counsel of record via the Court's Electronic Case Filing system.

        s/Michael J. Palitz
        Michael J. Palitz