IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| NANCY WHITE, on behalf of herself and all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>CASEY'S GENERAL STORES, INC., CASEY'S MARKETING COMPANY, and CASEY'S RETAIL COMPANY,<br><br>      Defendants. | Case No.: 2:18-cv-00072 (DRL) (JEM) |

**DECLARATION OF MICHAEL J. PALITZ, ESQ. IN SUPPORT OF
PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**

1. I am a partner of the Shavitz Law Group, P.A. ("SLG") which is based in Boca Raton, Florida and has an office in New York, New York. I am a partner in the New York office.

2. I am an attorney admitted to practice law *pro hac vice* in this Court.

3. I submit this declaration in support of Plaintiffs' Motion for Attorneys' Fees. I have personal knowledge of the matters set forth herein and would so testify if called as a witness.

4. I previously submitted a Declaration (ECF No. 314-1) which indicated that SLG's total lodestar associated with the Motion to Compel and Motion for Attorneys' Fees is $36,290.00.

5. Mr. Gershbaum of Hepworth Gershbaum & Roth PLLC submitted a Declaration (ECF No. 314-2) which indicated that his firm's total lodestar associated with the Motion to Compel and Motion for Attorneys' Fees is $18,842.50.

6. Both firms' combined lodestar for the Motion to Compel and Motion for

- 2 -

Attorneys' fees is $55,132.50 (not including the reply work) for 76.4 hours.

7. I prepared the reply memorandum of law and this Declaration for the Motion for Attorneys' Fees.

8. The chart below contains a breakdown of hours worked by me on the reply and this Declaration:

| Name | Rate | Hours | Total |
|---|---|---|---|
| Michael J. Palitz, Esq. Partner<br><br>15 Years Experience | $650.00 | 7.9 | $5,135 |

9. Plaintiffs' counsel's total lodestar for the Motion to Compel and Motion for Attorneys' Fees is $60,267.50 for 84.3 hours of work on these motions.

10. Attached as Exhibit A hereto is a listing of my time entries associated with the reply memorandum of law and this Declaration.

I declare under penalty of perjury, under 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated:  April 30, 2025                                        s/Michael J. Palitz
        New York, New York                                  Michael J. Palitz

# EXHIBIT A

| Date | Lwyr | Hours | Rate | Amount | Explanation |
|---|---|---|---|---|---|
| 4/25/2025 | mp | 0.40 | 650.00 | 260.00 | review opposition to motion for fees regarding motion to compel |
| 4/25/2025 | mp | 0.80 | 650.00 | 520.00 | reviewing cases cited by defendants in opposition to motion for fees for reply outline |
| 4/25/2025 | mp | 0.60 | 650.00 | 390.00 | draft outline regarding reply brief and arguments to make addressing defendants' arguments |
| 4/28/2025 | mp | 0.80 | 650.00 | 520.00 | research for arguments in reply for motion for fees |
| 4/28/2025 | mp | 2.20 | 650.00 | 1430.00 | draft and revise reply memorandum of law in support of motion for fees |
| 4/28/2025 | mp | 0.40 | 650.00 | 260.00 | additional review of defendants' opposition to motion for fees and cited cases for reply memorandum |
| 4/29/2025 | mp | 0.50 | 650.00 | 325.00 | additional review of Defendants' opposition briefing and case law to revise edits to reply brief in support of motion for fees |
| 4/29/2025 | mp | 0.70 | 650.00 | 455.00 | drafting and revising reply briefing in support of motion for fees |
| 4/29/2025 | mp | 0.20 | 650.00 | 130.00 | confer with team re draft of reply memorandum and edits to same |
| 4/30/2025 | mp | 0.40 | 650.00 | 260.00 | draft declaration in support of reply brief regarding motion for fees |
| 4/30/2025 | mp | 0.40 | 650.00 | 260.00 | review additional case law for reply briefing edits for motion for fees to support arguments |
| 4/30/2025 | mp | 0.50 | 650.00 | 325.00 | final revisions and edits to reply brief in support of motion for attorneys' fees |
| **Total** | | **7.90** | | **$5,135.00** | |