# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

NANCY WHITE, on behalf of herself and all others similarly situated,

    Plaintiffs,

v.

CASEY'S GENERAL STORES, INC., CASEY'S MARKETING COMPANY, and CASEY'S RETAIL COMPANY,

    Defendants.

Case No.: 2:18-CV-00072 (DRL) (JEM)

## JOINT MOTION TO EXTEND THE PARTIES' JOINT STATUS REPORT DEADLINE AND TO AJOURN CONFERENCE

Plaintiff Nancy White, on behalf of herself and the Opt-in Plaintiffs and Defendants, Casey's General Stores, Inc., Casey's Marketing Company, and Casey's Retail Company (together as "Casey's") submit this motion to jointly move this Court for an extension of their Joint Status Report Deadline and to adjourn the upcoming May 22, 2025 Court Conference to allow the Parties to engage in further discovery conferral efforts.

1. At Dkt. No. 315, on April 17, 2025, the Court Ordered the parties to confer and provide a status report by May 15, 2025, regarding outstanding discovery issues.

2. The Parties have been working jointly to narrow the items in connection with which they continue to have an active dispute.

3. The parties have been conferring, as recently as the early hours of this morning, and recognize that they need more time to confer in advance of updating and conferencing this matter with the Court concerning the parties' final positions.

WHEREFORE, the parties respectfully request that the Court extend the Parties' Joint Status Report deadline a week, making the new deadline May 22, 2025, and adjourn the Court

Conference to May 29th or a date otherwise convenient for the Court.

Date: May 15, 2025                                   Respectfully submitted,

/s/ *John H. Lassetter*
John H. Lassetter (MN #0389009)
**LITTLER MENDELSON, P.C.**
1300 IDS Center
80 South 8th Street
Minneapolis, MN 55402.2136
Telephone: 612.630.1000

Brian L. Mosby (#26096-29)
**LITTLER MENDELSON, P.C.**
A Professional Corporation
111 Monument Circle, Suite 702
Indianapolis, IN  46204
Telephone:  317.287.3600
Facsimile:   317.636.0712
E-mail: bmosby@littler.com

*Attorneys for Defendants*

Date: May 15, 2025                                   */s/ Rebecca S. Predovan*
Rebecca S. Predovan*

Marc S. Hepworth*
Charles Gershbaum*
David A. Roth*
HEPWORTH, GERSHBAUM & ROTH, PLLC
192 Lexington Avenue, Suite 802
New York, New York 10016
Telephone: (212) 545-1199
Facsimile: (212) 532-3801
E-mail: mhepworth@hgrlawyers.com
E-mail: cgershbaum@hgrlawyers.com
E-mail: droth@hgrlawyers.com
E-mail: rpredovan@hgrlawyers.com

Michael Palitz*
SHAVITZ LAW GROUP, P.A.
830 3rd Avenue, 5th Floor
New York, NY 10022
Telephone: 800-616-4000
Facsimile: (561) 447-8831
E-mail: mpalitz@shavitzlaw.com

Gregg I. Shavitz*
Camar Jones*
SHAVITZ LAW GROUP, P.A.
1515 South Federal Highway, Suite 404
Boca Raton, FL 33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
E-mail: gshavitz@shavitzlaw.com
E-mail: cjones@shavitzlaw.com
E-mail: lpardell@shavitzlaw.com

Richard E. Shevitz
Scott Gilchrist
COHEN & MALAD, LLP
One Indiana Square Suite 1400
Indianapolis, Indiana 46204
Phone: (317) 636-6481
Facsimile: (317) 636-2593
Email: rshevitz@cohenandmalad.com
Email:  sgilchrist@cohenandmalad.com

Attorneys for Plaintiffs and the
FLSA Collective Members

*admitted or to apply for admission *pro hac vice*