# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| NANCY WHITE, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CASEY'S GENERAL STORES, INC., CASEY'S MARKETING COMPANY, and CASEY'S RETAIL COMPANY,<br><br>Defendants. | Case No.: 2:18-CV-00072 (DRL) (JEM) |

## JOINT MOTION TO EXTEND THE PARTIES' JOINT STATUS REPORT DEADLINE

Plaintiff Nancy White, on behalf of herself and the Opt-in Plaintiffs and Defendants, Casey's General Stores, Inc., Casey's Marketing Company, and Casey's Retail Company (together as "Casey's) submit this motion to jointly move this Court for an extension of their Joint Status Report Deadline from May 22, 2025, to May 27, 2025, in order to provide the parties additional time to complete the report.

1. At Dkt. No. 315, on April 17, 2025, the Court Ordered the parties to confer and provide a Joint Status Report by May 15, 2025, regarding outstanding discovery issues.

2. At Dkt. No. 328, the Court extended the deadline for the parties to provide a Joint Status Report to May 22, 2025.

3. The Parties have been working jointly to narrow the items in connection with which they continue to have an active dispute that will be addressed in the status report. The Parties have exchanged a draft of the Joint Status Report but have not yet completed the report.

WHEREFORE, the parties respectfully request that the Court extend the Parties' Joint Status Report deadline another five days, making the new deadline May 27, 2025.

4922-6772-4358.1 / 091581.1001

USDC IN/ND case 2:18-cv-00072-DRL-JEM   document 329   filed 05/22/25   page 2 of 3

Date:  May 22, 2025

Respectfully submitted,

*/s/ John H. Lassetter*

John H. Lassetter (MN #0389009)
Niloy Ray (MN #0398699)
Brendan C. Johnson (MN #0403009)
**LITTLER MENDELSON, P.C.**
1300 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2136
Telephone: 612-630-1000
E-mail:  jlassetter@littler.com
E-mail:  nray@littler.com
E-mail:  bcjohnson@littler.com

Sarah Doty (#35007-53)
**LITTLER MENDELSON, P.C.**
111 Monument Circle, Suite 702
Indianapolis, IN  46204
Telephone:  317.287.3600
Facsimile:  317.636.0712
E-mail: sdoty@littler.com

*Attorneys for Defendants*

USDC IN/ND case 2:18-cv-00072-DRL-JEM   document 329   filed 05/22/25   page 2 of 3

4922-6772-4358.1 / 091581.1001

| | |
|---|---|
| Date: May 22, 2025 | */s/ Rebecca S. Predovan* (signed with permission)<br>Rebecca S. Predovan\*<br>Marc S. Hepworth\*<br>Charles Gershbaum\*<br>David A. Roth\*<br>**HEPWORTH, GERSHBAUM & ROTH, PLLC**<br>192 Lexington Avenue, Suite 802<br>New York, New York 10016<br>Telephone: (212) 545-1199<br>Facsimile: (212) 532-3801<br>E-mail: mhepworth@hgrlawyers.com<br>E-mail: cgershbaum@hgrlawyers.com<br>E-mail: droth@hgrlawyers.com<br>E-mail: rpredovan@hgrlawyers.com<br><br>Michael Palitz\*<br>**SHAVITZ LAW GROUP, P.A.**<br>830 3rd Avenue, 5th Floor<br>New York, NY 10022<br>Telephone: 800-616-4000<br>Facsimile: (561) 447-8831<br>E-mail: mpalitz@shavitzlaw.com<br><br>Gregg I. Shavitz\*<br>Camar Jones\*<br>Logan A. Pardell\*<br>**SHAVITZ LAW GROUP, P.A.**<br>1515 South Federal Highway, Suite 404<br>Boca Raton, FL 33432<br>Telephone: (561) 447-8888<br>Facsimile: (561) 447-8831<br>E-mail: gshavitz@shavitzlaw.com<br>E-mail: cjones@shavitzlaw.com<br>E-mail: lpardell@shavitzlaw.com<br><br>Richard E. Shevitz<br>Scott Gilchrist<br>**COHEN & MALAD, LLP**<br>One Indiana Square Suite 1400<br>Indianapolis, Indiana 46204<br>Phone: (317) 636-6481<br>Facsimile: (317) 636-2593<br>Email: rshevitz@cohenandmalad.com<br>Email:  sgilchrist@cohenandmalad.com<br><br>Attorneys for Plaintiffs and the<br>FLSA Collective Members |

4922-6772-4358.1 / 091581.1001