IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **NANCY WHITE, on behalf of herself and all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**CASEY'S GENERAL STORES, INC., CASEY'S MARKETING COMPANY, and CASEY'S RETAIL COMPANY,**<br><br>Defendants. | Case No.2:18-cv-00072 (DRL) (JEM) |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
AS TO THE CLAIMS OF 466 OF THE OPT-IN PLAINTIFFS**

Pursuant to Fed. R. Civ. P. 56 and N.D. Ind. L.R. 56-1, Defendants Casey's General Stores, Inc., Casey's Marketing Company, and Casey's Retail Company ("Casey's"), by and through counsel, respectfully move for summary judgment with respect to the claims of the following 450 Opt-in Plaintiffs because they did not work as Store Managers within three years[1] of their respective opt-in dates. Consequently, each of these person's claims are barred by the passage of the limitations period. 29 U.S.C. § 256(b):

| Opt-In Plaintiff Name | ECF | DATE CONSENT FILED | 3 Years SOL Cut Off | Last Date as Store Manager |
|---|---|---|---|---|
| Ackerman, Sherry K | 153 | 8/5/2021 | 8/5/2018 | 7/24/2017 |
| Adams, Randy | 179 | 9/22/2021 | 9/22/2018 | 5/7/2015 |
| Aguirre, Amy J | 163 | 8/24/2021 | 8/24/2018 | 9/13/2017 |
| Alexander, Amy M | 152 | 8/3/2021 | 8/3/2018 | 1/2/2018 |
| Allison, Tammy L | 171 | 9/10/2021 | 9/10/2018 | 12/19/2017 |

---

[1] For purposes of this Motion only, Casey's assumes that the three-year limitations period applies to the claims in this matter, not the two-year, limitations period. Casey's does *not* concede that such is the proper limitations period. Casey's expressly reserves the right to move for summary judgment with respect to the claims of any person whose claims would be barred the FLSA's two-year limitations period. Casey's further reserves the right to move for summary judgment with respect to that portion of any person's claim that would be eliminated by application of the FLSA's two-year limitations period.

| Opt-In Plaintiff Name | ECF | DATE CONSENT FILED | 3 Years SOL Cut Off | Last Date as Store Manager |
|---|---|---|---|---|
| Allphin, Joshua D | 154 | 8/10/2021 | 8/10/2018 | 2/2/2018 |
| Althof, Amie | 158 | 8/13/2021 | 8/13/2018 | 7/9/2016 |
| Anderson, Arlene A | 154 | 8/10/2021 | 8/10/2018 | 1/24/2017 |
| Angle, Martha | 154 | 8/10/2021 | 8/10/2018 | 10/19/2015 |
| Ash, Deborah J | 169 | 9/1/2021 | 9/1/2018 | 8/4/2018 |
| Atchison, Suzanne E | 158 | 8/13/2021 | 8/13/2018 | 7/27/2018 |
| Backenger, Nicolas L | 150 | 7/29/2021 | 7/29/2018 | 11/3/2017 |
| Baker, Derek | 160 | 8/19/2021 | 8/19/2018 | 8/19/2016 |
| Baker, Angel | 160 | 8/19/2021 | 8/19/2018 | 7/1/2018 |
| Bartscher, Shannon | 154 | 8/10/2021 | 8/10/2018 | 12/11/2015 |
| Beard, Garan C | 151 | 7/30/2021 | 7/30/2018 | 5/5/2018 |
| Bearden, Howard E | 164 | 8/25/2021 | 8/25/2018 | 10/17/2016 |
| Becktel, Angela | 153 | 8/5/2021 | 8/5/2018 | 4/4/2018 |
| Bendzunas, Abby | 165 | 8/26/2021 | 8/26/2018 | 6/16/2015 |
| Berg, Tara | 171 | 9/10/2021 | 9/10/2018 | 9/8/2017 |
| Bergland, Anthony | 153 | 8/5/2021 | 8/5/2018 | 9/23/2015 |
| Bernaix, Rod | 157 | 8/13/2021 | 8/13/2018 | 5/14/2017 |
| Beving, Heather R | 158 | 8/13/2021 | 8/13/2018 | 6/23/2018 |
| Billmeier, Annette | 160 | 8/19/2021 | 8/19/2018 | 5/28/2015 |
| Bland, Janie | 154 | 8/10/2021 | 8/10/2018 | 6/30/2015 |
| Blasberg, Erin J | 157 | 8/13/2021 | 8/13/2018 | 8/10/2018 |
| Blohm, Mary L | 154 | 8/10/2021 | 8/10/2018 | 2/10/2017 |
| Bogunovich, Beau | 160 | 8/19/2021 | 8/19/2018 | 8/7/2015 |
| Bohm, Tanna R | 153 | 8/5/2021 | 8/5/2018 | 11/3/2017 |
| Booker, Jamie L | 153 | 8/5/2021 | 8/5/2018 | 6/14/2017 |
| Bouzek, Phylicia | 169 | 9/1/2021 | 9/1/2018 | 10/26/2016 |
| Brake, Linsay R | 153 | 8/5/2021 | 8/5/2018 | 6/5/2017 |
| Brehm, Sandra | 177 | 9/20/2021 | 9/20/2018 | 9/3/2016 |
| Breneman, Bryan | 164 | 8/25/2021 | 8/25/2018 | 5/31/2016 |
| Breshears, Diane | 171 | 9/10/2021 | 9/10/2018 | 3/18/2016 |
| Breshears, Meladee R | 157 | 8/13/2021 | 8/13/2018 | 3/31/2017 |
| Brewer, Jessica L | 182 | 9/28/2021 | 9/28/2018 | 7/21/2018 |
| Bridges, Kathy J | 184 | 9/30/2021 | 9/30/2018 | 5/2/2017 |
| Brock, Samantha | 153 | 8/5/2021 | 8/5/2018 | 7/15/2015 |
| Brogan, Andrea | 154 | 8/10/2021 | 8/10/2018 | 3/25/2016 |
| Broich, Michael S | 182 | 9/28/2021 | 9/28/2018 | 3/24/2018 |
| Brown, Nancy D | 154 | 8/10/2021 | 8/10/2018 | 6/30/2018 |

| Opt-In Plaintiff Name | ECF | DATE CONSENT FILED | 3 Years SOL Cut Off | Last Date as Store Manager |
|---|---|---|---|---|
| Brown, Ruth A | 171 | 9/10/2021 | 9/10/2018 | 10/18/2016 |
| Brown, Sandra A | 160 | 8/19/2021 | 8/19/2018 | 1/26/2018 |
| Budd, Douglas P | 180 | 9/24/2021 | 9/24/2018 | 9/21/2018 |
| Bunnell, Joann | 157 | 8/13/2021 | 8/13/2018 | 6/7/2017 |
| Burger, Stephanie A | 160 | 8/19/2021 | 8/19/2018 | 5/29/2017 |
| Burns, Dilana L | 157 | 8/13/2021 | 8/13/2018 | 5/20/2018 |
| Bushong, Sandra L | 158 | 8/13/2021 | 8/13/2018 | 2/24/2018 |
| Butler, Cheryl K | 157 | 8/13/2021 | 8/13/2018 | 12/29/2017 |
| Byrd, April M | 160 | 8/19/2021 | 8/19/2018 | 5/28/2017 |
| Callahan, Rachel R | 153 | 8/5/2021 | 8/5/2018 | 10/19/2017 |
| Capps, Melanie A | 158 | 8/13/2021 | 8/13/2018 | 5/15/2017 |
| Carpenter, Rose M | 164 | 8/25/2021 | 8/25/2018 | 8/15/2018 |
| Carter, Angelique | 153 | 8/5/2021 | 8/5/2018 | 2/8/2018 |
| Castillo, Kelli J | 157 | 8/13/2021 | 8/13/2018 | 11/16/2017 |
| Casto, Janice U | 174 | 9/15/2021 | 9/15/2018 | 2/23/2017 |
| Castrogiovanni, Billy | 150 | 7/29/2021 | 7/29/2018 | 1/9/2017 |
| Chambers, Tammy L | 173 | 9/14/2021 | 9/14/2018 | 3/29/2017 |
| Chapman, Teresa | 157 | 8/13/2021 | 8/13/2018 | 4/19/2015 |
| Cheyney, Alisha M | 154 | 8/10/2021 | 8/10/2018 | 8/11/2017 |
| Cichon, James M | 175 | 9/16/2021 | 9/16/2018 | 10/25/2017 |
| Clark, Erin M | 174 | 9/15/2021 | 9/15/2018 | 4/3/2017 |
| Clemens, Heather | 153 | 8/5/2021 | 8/5/2018 | 3/3/2018 |
| Cluck, Sandra | 154 | 8/10/2021 | 8/10/2018 | 5/25/2017 |
| Collins, Tanyka R | 148 | 7/28/2021 | 7/28/2018 | 10/14/2017 |
| Combs, Kyle A | 158 | 8/13/2021 | 8/13/2018 | 1/20/2018 |
| Condon, Bonnie E | 171 | 9/10/2021 | 9/10/2018 | 8/29/2017 |
| Connett, Ashlee M | 160 | 8/19/2021 | 8/19/2018 | 5/25/2018 |
| Conrad, April D | 160 | 8/19/2021 | 8/19/2018 | 12/14/2016 |
| Conway, Bette J | 179 | 9/22/2021 | 9/22/2018 | 11/7/2016 |
| Cooksley, Jesse J | 150 | 7/29/2021 | 7/29/2018 | 1/13/2018 |
| Cooley, Kelly | 157 | 8/13/2021 | 8/13/2018 | 4/10/2015 |
| Cooper, Carrie | 160 | 8/19/2021 | 8/19/2018 | 9/18/2015 |
| Cooper, Pamela | 154 | 8/10/2021 | 8/10/2018 | 8/17/2015 |
| Corter, James | 171 | 9/10/2021 | 9/10/2018 | 5/18/2016 |
| Cossman, Nicole M | 157 | 8/13/2021 | 8/13/2018 | 9/12/2017 |
| Cronin, Connie | 165 | 8/26/2021 | 8/26/2018 | 11/13/2015 |
| Crooks, Kathy F | 160 | 8/19/2021 | 8/19/2018 | 9/3/2016 |

| Opt-In Plaintiff Name | ECF | DATE CONSENT FILED | 3 Years SOL Cut Off | Last Date as Store Manager |
|---|---|---|---|---|
| Crow, Jessica | 171 | 9/10/2021 | 9/10/2018 | 6/12/2015 |
| Cummins, Bridgete A | 157 | 8/13/2021 | 8/13/2018 | 5/29/2018 |
| Cupples, April A | 154 | 8/10/2021 | 8/10/2018 | 3/20/2017 |
| Currin, Joni A | 154 | 8/10/2021 | 8/10/2018 | 8/19/2017 |
| Cusick Jr., Robert | 172 | 9/14/2021 | 9/14/2018 | 5/28/2015 |
| Danielson, Michaela M | 182 | 9/28/2021 | 9/28/2018 | 1/2/2017 |
| Darnall, Regina | 153 | 8/5/2021 | 8/5/2018 | 9/9/2015 |
| Davidson, Vanessa M | 153 | 8/5/2021 | 8/5/2018 | 9/12/2017 |
| Davis, Savannah | 154 | 8/10/2021 | 8/10/2018 | 4/1/2015 |
| Davis, Sharon K | 154 | 8/10/2021 | 8/10/2018 | 11/7/2017 |
| Deeringer, Shelly | 157 | 8/13/2021 | 8/13/2018 | 4/13/2015 |
| Delay, Kimberly A | 157 | 8/13/2021 | 8/13/2018 | 5/1/2018 |
| Denham, Jenny | 171 | 9/10/2021 | 9/10/2018 | 3/24/2016 |
| Denham, Nicole S | 154 | 8/10/2021 | 8/10/2018 | 12/15/2017 |
| Deschamp, Karla | 153 | 8/5/2021 | 8/5/2018 | 9/26/2015 |
| Dies, Paula E | 171 | 9/10/2021 | 9/10/2018 | 6/13/2016 |
| Dowell, Christi | 160 | 8/19/2021 | 8/19/2018 | 10/12/2015 |
| Downing, Lynnette | 157 | 8/13/2021 | 8/13/2018 | 6/9/2016 |
| Downing, Melissa E | 192 | 10/14/2021 | 10/14/2018 | 3/22/2018 |
| Drake, Carrie E | 157 | 8/13/2021 | 8/13/2018 | 7/19/2017 |
| Durnell, Karen K | 169 | 9/1/2021 | 9/1/2018 | 7/20/2016 |
| Dye, Christine | 158 | 8/13/2021 | 8/13/2018 | 4/20/2018 |
| Edgett, Melissa K | 164 | 8/25/2021 | 8/25/2018 | 11/19/2017 |
| Edwards, Carlotta L | 154 | 8/10/2021 | 8/10/2018 | 10/1/2016 |
| Enloe, Ronda | 157 | 8/13/2021 | 8/13/2018 | 2/12/2018 |
| Evans, Susan | 154 | 8/10/2021 | 8/10/2018 | 9/14/2016 |
| Evans, Denise M | 198 | 10/21/2021 | 10/21/2018 | 10/18/2016 |
| Everett, Kimberly J | 160 | 8/19/2021 | 8/19/2018 | 7/2/2018 |
| Everhart, Pamela S | 153 | 8/5/2021 | 8/5/2018 | 7/22/2017 |
| Falcon, Shimara | 180 | 9/24/2021 | 9/24/2018 | 3/2/2015 |
| Fandrich, Bradley | 157 | 8/13/2021 | 8/13/2018 | 12/6/2017 |
| Fate, Barbara | 161 | 8/20/2021 | 8/20/2018 | 5/24/2016 |
| Fear, Kimberly | 171 | 9/10/2021 | 9/10/2018 | 12/17/2016 |
| Fieldseth, Gary | 153 | 8/5/2021 | 8/5/2018 | 6/5/2015 |
| Fisher, Elaine M | 154 | 8/10/2021 | 8/10/2018 | 10/28/2017 |
| Fitzgerald, Janet | 158 | 8/13/2021 | 8/13/2018 | 6/3/2015 |
| Foote, Catherine | 175 | 9/16/2021 | 9/16/2018 | 6/2/2016 |

| Opt-In Plaintiff Name | ECF | DATE CONSENT FILED | 3 Years SOL Cut Off | Last Date as Store Manager |
|---|---|---|---|---|
| Ford, Robert K | 157 | 8/13/2021 | 8/13/2018 | 6/4/2018 |
| Fowler, Peggy I | 154 | 8/10/2021 | 8/10/2018 | 12/31/2017 |
| Frank, Ellen L | 185 | 10/4/2021 | 10/4/2018 | 6/30/2017 |
| Freese, Kelly | 154 | 8/10/2021 | 8/10/2018 | 3/18/2016 |
| Fulton, Sabrina | 169 | 9/1/2021 | 9/1/2018 | 7/25/2018 |
| Gage, Vanessa J | 160 | 8/19/2021 | 8/19/2018 | 5/25/2018 |
| Gann, Martha A | 157 | 8/13/2021 | 8/13/2018 | 4/4/2018 |
| Gaulke, Leanne K | 157 | 8/13/2021 | 8/13/2018 | 4/15/2017 |
| Gaxiola, Eva | 157 | 8/13/2021 | 8/13/2018 | 6/4/2015 |
| Gemar, Benjamin W | 157 | 8/13/2021 | 8/13/2018 | 7/6/2018 |
| Gillespie, Patrick L | 180 | 9/24/2021 | 9/24/2018 | 11/30/2017 |
| Gillming, Carla | 160 | 8/19/2021 | 8/19/2018 | 2/26/2015 |
| Gilman, Randy L | 154 | 8/10/2021 | 8/10/2018 | 4/15/2017 |
| Gittings, Bonnie S | 171 | 9/10/2021 | 9/10/2018 | 8/5/2018 |
| Godsey, Tracey L | 157 | 8/13/2021 | 8/13/2018 | 1/18/2017 |
| Goforth, Carolyn L | 171 | 9/10/2021 | 9/10/2018 | 10/25/2017 |
| Gonnerman, Dennis | 152 | 8/3/2021 | 8/3/2018 | 3/17/2016 |
| Good, Crystal D | 166 | 8/27/2021 | 8/27/2018 | 6/16/2017 |
| Goodwin, Mary B | 171 | 9/10/2021 | 9/10/2018 | 9/2/2017 |
| Gosnell, Jennifer | 169 | 9/1/2021 | 9/1/2018 | 2/19/2017 |
| Graham, Desiree | 164 | 8/25/2021 | 8/25/2018 | 5/27/2017 |
| Grim, Kyle M | 179 | 9/22/2021 | 9/22/2018 | 6/24/2017 |
| Grimm, Andrea G | 178 | 9/21/2021 | 9/21/2018 | 10/10/2017 |
| Grimm, Gregory S | 157 | 8/13/2021 | 8/13/2018 | 7/13/2018 |
| Gross, Judy | 154 | 8/10/2021 | 8/10/2018 | 2/24/2018 |
| Gross, Kathleen | 200 | 10/25/2021 | 10/25/2018 | 6/5/2015 |
| Grotjan, Donald L | 177 | 9/20/2021 | 9/20/2018 | 6/19/2017 |
| Guest, Melody | 166 | 8/27/2021 | 8/27/2018 | 11/11/2015 |
| Gwillim, Scott L | 171 | 9/10/2021 | 9/10/2018 | 7/24/2017 |
| Hadley, Randall E | 180 | 9/24/2021 | 9/24/2018 | 11/6/2017 |
| Haff, Jennifer L | 157 | 8/13/2021 | 8/13/2018 | 7/25/2018 |
| Hagen, Kay D | 167 | 8/30/2021 | 8/30/2018 | 5/26/2017 |
| Hake, Kara M | 160 | 8/19/2021 | 8/19/2018 | 12/28/2017 |
| Hale, Rebecca L | 154 | 8/10/2021 | 8/10/2018 | 10/6/2017 |
| Halford, Carrie L | 181 | 9/27/2021 | 9/27/2018 | 2/19/2018 |
| Hall, Carol L | 164 | 8/25/2021 | 8/25/2018 | 3/15/2017 |
| Hall, Shannon M | 167 | 8/30/2021 | 8/30/2018 | 6/5/2017 |

| Opt-In Plaintiff Name | ECF | DATE CONSENT FILED | 3 Years SOL Cut Off | Last Date as Store Manager |
|---|---|---|---|---|
| Hamilton, Bethany | 157 | 8/13/2021 | 8/13/2018 | 4/12/2016 |
| Hamilton, Beverly R | 154 | 8/10/2021 | 8/10/2018 | 5/11/2018 |
| Hancock, Sheryl L | 157 | 8/13/2021 | 8/13/2018 | 9/23/2016 |
| Harmless, Phyllis J | 160 | 8/19/2021 | 8/19/2018 | 11/22/2017 |
| Harris, Debbie L | 157 | 8/13/2021 | 8/13/2018 | 4/28/2018 |
| Harris, Jason M | 157 | 8/13/2021 | 8/13/2018 | 7/7/2017 |
| Hartman, Rhonda | 197 | 10/20/2021 | 10/20/2018 | 6/1/2016 |
| Haught, Pamela J | 153 | 8/5/2021 | 8/5/2018 | 6/16/2017 |
| Hawkins, Amber | 157 | 8/13/2021 | 8/13/2018 | 6/24/2016 |
| Haworth, Gregory | 153 | 8/5/2021 | 8/5/2018 | 11/8/2017 |
| Haws, Gary M | 153 | 8/5/2021 | 8/5/2018 | 4/15/2017 |
| Hefel, Reta M | 154 | 8/10/2021 | 8/10/2018 | 7/2/2017 |
| Heggebo, Dan | 181 | 9/27/2021 | 9/27/2018 | 7/13/2015 |
| Heisser, Shari M | 164 | 8/25/2021 | 8/25/2018 | 5/9/2017 |
| Hennix, Jerome D | 153 | 8/5/2021 | 8/5/2018 | 3/24/2018 |
| Herr-Johnson, Pamela | 160 | 8/19/2021 | 8/19/2018 | 2/21/2016 |
| Higuera, Thomas | 171 | 9/10/2021 | 9/10/2018 | 7/22/2016 |
| Hildebrand, Karen | 172 | 9/14/2021 | 9/14/2018 | 5/23/2016 |
| Hobson, Kathleen E | 148 | 7/28/2021 | 7/28/2018 | 8/7/2017 |
| Hoelscher, Cora | 169 | 9/1/2021 | 9/1/2018 | 4/8/2015 |
| Hoglan, Barbra D | 158 | 8/13/2021 | 8/13/2018 | 6/2/2018 |
| Hollowell, Sarah | 160 | 8/19/2021 | 8/19/2018 | 4/18/2016 |
| Holm, Andrea J | 152 | 8/3/2021 | 8/3/2018 | 3/23/2018 |
| Hord, Shannon | 154 | 8/10/2021 | 8/10/2018 | 8/25/2015 |
| Hosmann, Jeanette | 153 | 8/5/2021 | 8/5/2018 | 1/3/2018 |
| Howard, Alice M | 157 | 8/13/2021 | 8/13/2018 | 6/1/2018 |
| Hughes, Harold | 157 | 8/13/2021 | 8/13/2018 | 3/27/2015 |
| Hunt, Gideon | 171 | 9/10/2021 | 9/10/2018 | 7/9/2015 |
| Hurley, Billie | 171 | 9/10/2021 | 9/10/2018 | 1/4/2016 |
| Jackson, Anita | 154 | 8/10/2021 | 8/10/2018 | 8/26/2016 |
| Jenkins, Onita | 180 | 9/24/2021 | 9/24/2018 | 7/18/2016 |
| Johnson, Cheri | 154 | 8/10/2021 | 8/10/2018 | 4/9/2015 |
| Johnson, Jennifer | 157 | 8/13/2021 | 8/13/2018 | 6/30/2016 |
| Johnson, Mallory | 171 | 9/10/2021 | 9/10/2018 | 1/25/2016 |
| Johnson, Jill A | 169 | 9/1/2021 | 9/1/2018 | 3/2/2018 |
| Johnson, Pamella J | 154 | 8/10/2021 | 8/10/2018 | 9/9/2017 |
| Johnston, Shell | 171 | 9/10/2021 | 9/10/2018 | 8/1/2018 |

| Opt-In Plaintiff Name | ECF | DATE CONSENT FILED | 3 Years SOL Cut Off | Last Date as Store Manager |
|---|---|---|---|---|
| Jones, Renee E | 154 | 8/10/2021 | 8/10/2018 | 6/19/2016 |
| Kansier, Chasidi | 169 | 9/1/2021 | 9/1/2018 | 10/26/2016 |
| Kaufman, Sue | 160 | 8/19/2021 | 8/19/2018 | 4/19/2016 |
| Kawik, Tiffany S | 153 | 8/5/2021 | 8/5/2018 | 6/26/2017 |
| Keeney, Pamela J | 152 | 8/3/2021 | 8/3/2018 | 2/1/2018 |
| Keidel, Kathi A | 153 | 8/5/2021 | 8/5/2018 | 3/31/2018 |
| Keiffer, Teresa K | 154 | 8/10/2021 | 8/10/2018 | 2/2/2018 |
| Kerr, Shawn | 160 | 8/19/2021 | 8/19/2018 | 4/14/2017 |
| Kerry, Gretchen S | 153 | 8/5/2021 | 8/5/2018 | 5/24/2018 |
| Kime, Rebecca L | 200 | 10/25/2021 | 10/25/2018 | 2/14/2017 |
| Kinchel, Kim M | 165 | 8/26/2021 | 8/26/2018 | 8/15/2018 |
| Kite, Gerald D | 157 | 8/13/2021 | 8/13/2018 | 1/15/2018 |
| Klein, Earla | 163 | 8/24/2021 | 8/24/2018 | 12/4/2015 |
| Krueger, Kembeleigh | 179 | 9/22/2021 | 9/22/2018 | 6/10/2016 |
| Kruger-Lahr, Teresa L | 154 | 8/10/2021 | 8/10/2018 | 8/12/2017 |
| Kucera Beister, Angie | 179 | 9/22/2021 | 9/22/2018 | 9/29/2015 |
| Kuhn, Tawnya R | 154 | 8/10/2021 | 8/10/2018 | 8/30/2017 |
| Labelle, Vickie L | 153 | 8/5/2021 | 8/5/2018 | 5/6/2018 |
| Lack, Heather | 179 | 9/22/2021 | 9/22/2018 | 4/8/2016 |
| Lakey, Christie | 154 | 8/10/2021 | 8/10/2018 | 8/11/2016 |
| Lamkin, Janine | 153 | 8/5/2021 | 8/5/2018 | 9/11/2016 |
| Lane, Becky | 171 | 9/10/2021 | 9/10/2018 | 1/29/2016 |
| Lang, Kimberley R | 154 | 8/10/2021 | 8/10/2018 | 7/20/2017 |
| Lant, Erna C | 157 | 8/13/2021 | 8/13/2018 | 7/11/2018 |
| Lasalle, Shanole L | 158 | 8/13/2021 | 8/13/2018 | 10/13/2017 |
| Laturner, Bessie L | 154 | 8/10/2021 | 8/10/2018 | 8/27/2016 |
| Lawrence, David | 154 | 8/10/2021 | 8/10/2018 | 6/8/2017 |
| Lawrence, Deborah | 169 | 9/1/2021 | 9/1/2018 | 3/29/2015 |
| Leach, Shara | 169 | 9/1/2021 | 9/1/2018 | 7/15/2016 |
| Legros, Penny L | 179 | 9/22/2021 | 9/22/2018 | 11/1/2016 |
| Leonard, Rachel C | 167 | 8/30/2021 | 8/30/2018 | 5/9/2017 |
| Lepard, Lois A | 154 | 8/10/2021 | 8/10/2018 | 3/29/2017 |
| Lepisto, Georgia L | 181 | 9/27/2021 | 9/27/2018 | 6/4/2018 |
| Leslie, Karie A | 174 | 9/15/2021 | 9/15/2018 | 6/8/2018 |
| Lewis, Lori A | 154 | 8/10/2021 | 8/10/2018 | 11/11/2016 |
| Lipscomb, Kristal S | 182 | 9/28/2021 | 9/28/2018 | 5/3/2017 |
| Litherland, Whitney | 153 | 8/5/2021 | 8/5/2018 | 11/13/2015 |

| Opt-In Plaintiff Name | ECF | DATE CONSENT FILED | 3 Years SOL Cut Off | Last Date as Store Manager |
|---|---|---|---|---|
| Lloyd, Leslie A | 154 | 8/10/2021 | 8/10/2018 | 12/1/2016 |
| Loegering, Hollis | 161 | 8/20/2021 | 8/20/2018 | 4/27/2016 |
| Loos, Cara M | 153 | 8/5/2021 | 8/5/2018 | 6/8/2018 |
| Loveless, Tammy L | 167 | 8/30/2021 | 8/30/2018 | 4/6/2018 |
| Lucas, Jonathan | 154 | 8/10/2021 | 8/10/2018 | 10/11/2017 |
| Madderra, Margaret E | 154 | 8/10/2021 | 8/10/2018 | 7/16/2018 |
| Madix, Lisa | 171 | 9/10/2021 | 9/10/2018 | 12/24/2015 |
| Maine, Brandi A | 153 | 8/5/2021 | 8/5/2018 | 4/17/2017 |
| Marple, Frank | 171 | 9/10/2021 | 9/10/2018 | 4/30/2015 |
| Marshall, Tamara S | 157 | 8/13/2021 | 8/13/2018 | 8/30/2016 |
| Martin, Marla | 161 | 8/20/2021 | 8/20/2018 | 5/31/2017 |
| Marts, Pam S | 157 | 8/13/2021 | 8/13/2018 | 9/15/2002 |
| Mcburney, Pearle | 158 | 8/13/2021 | 8/13/2018 | 8/5/2016 |
| Mckinney, Pamela D | 167 | 8/30/2021 | 8/30/2018 | 12/25/2017 |
| Mcknight, Tina M | 157 | 8/13/2021 | 8/13/2018 | 4/3/2017 |
| Meador, Andrea | 154 | 8/10/2021 | 8/10/2018 | 6/22/2016 |
| Medina, Martin | 163 | 8/24/2021 | 8/24/2018 | 5/4/2015 |
| Medlock, Tammy | 157 | 8/13/2021 | 8/13/2018 | 11/12/2015 |
| Mendel, Margaret E | 158 | 8/13/2021 | 8/13/2018 | 12/21/2016 |
| Mergler, Charlene L | 154 | 8/10/2021 | 8/10/2018 | 2/5/2017 |
| Meza, Kaycia | 182 | 9/28/2021 | 9/28/2018 | 3/16/2016 |
| Miles-Kotik, Angela | 167 | 8/30/2021 | 8/30/2018 | 12/1/2015 |
| Miller, Dawn | 169 | 9/1/2021 | 9/1/2018 | 7/7/2018 |
| Miller, Nicole | 157 | 8/13/2021 | 8/13/2018 | 9/16/2016 |
| Miller, Stacey | 153 | 8/5/2021 | 8/5/2018 | 3/23/2015 |
| Miller, Christina L | 154 | 8/10/2021 | 8/10/2018 | 1/10/2018 |
| Miller, Heather J | 163 | 8/24/2021 | 8/24/2018 | 7/9/2018 |
| Miller, Jean | 160 | 8/19/2021 | 8/19/2018 | 2/28/2017 |
| Miller, Miranda M | 185 | 10/4/2021 | 10/4/2018 | 8/15/2018 |
| Milligan, Heather | 154 | 8/10/2021 | 8/10/2018 | 6/9/2016 |
| Mitchell, Markie | 154 | 8/10/2021 | 8/10/2018 | 4/7/2016 |
| Mitchell, Lynn K | 154 | 8/10/2021 | 8/10/2018 | 3/17/2017 |
| Moffett, Rayce A | 158 | 8/13/2021 | 8/13/2018 | 8/3/2017 |
| Moghadam, Hope | 169 | 9/1/2021 | 9/1/2018 | 3/11/2016 |
| Moore, Melissa D | 158 | 8/13/2021 | 8/13/2018 | 5/27/2018 |
| Morecraft, Mark A | 164 | 8/25/2021 | 8/25/2018 | 8/19/2017 |
| Morrison, Alesha | 179 | 9/22/2021 | 9/22/2018 | 11/18/2015 |

| Opt-In Plaintiff Name | ECF | DATE CONSENT FILED | 3 Years SOL Cut Off | Last Date as Store Manager |
|---|---|---|---|---|
| Morrow, N. Pauline | 154 | 8/10/2021 | 8/10/2018 | 12/31/2015 |
| Mowbray, Billi L | 154 | 8/10/2021 | 8/10/2018 | 6/4/2017 |
| Muehlberg, Janet E | 171 | 9/10/2021 | 9/10/2018 | 3/17/2017 |
| Mullen Jr, Jimmy L | 154 | 8/10/2021 | 8/10/2018 | 12/10/2017 |
| Mumm, Patricia | 182 | 9/28/2021 | 9/28/2018 | 4/20/2015 |
| Myers, Brittney R | 165 | 8/26/2021 | 8/26/2018 | 6/25/2018 |
| Napier, Victoria S | 154 | 8/10/2021 | 8/10/2018 | 1/9/2017 |
| Neely, Sarah M | 153 | 8/5/2021 | 8/5/2018 | 1/6/2017 |
| Neith, Alice | 151 | 7/30/2021 | 7/30/2018 | 9/8/2017 |
| Nelson, Jenice | 176 | 9/17/2021 | 9/17/2018 | 5/14/2015 |
| Nelson, Stephen | 154 | 8/10/2021 | 8/10/2018 | 9/9/2016 |
| Nez, Stacy A | 154 | 8/10/2021 | 8/10/2018 | 6/11/2018 |
| Nienhueser, Hannah J | 154 | 8/10/2021 | 8/10/2018 | 7/1/2017 |
| Null, Cynthia K | 154 | 8/10/2021 | 8/10/2018 | 7/25/2018 |
| O'banion, Cynthia L | 154 | 8/10/2021 | 8/10/2018 | 5/27/2017 |
| O'connell, Dena L | 154 | 8/10/2021 | 8/10/2018 | 2/5/2018 |
| Orth, Gena R | 148 | 7/28/2021 | 7/28/2018 | 11/6/2017 |
| Osborn, Greg | 154 | 8/10/2021 | 8/10/2018 | 4/30/2015 |
| Osborn, Debbie M | 157 | 8/13/2021 | 8/13/2018 | 10/31/2016 |
| Osborne Jr, Roger P | 171 | 9/10/2021 | 9/10/2018 | 7/25/2018 |
| Overton, Jan E | 151 | 7/30/2021 | 7/30/2018 | 11/8/2017 |
| Pack, Belinda J | 169 | 9/1/2021 | 9/1/2018 | 4/28/2017 |
| Palmer, Heather | 169 | 9/1/2021 | 9/1/2018 | 6/28/2016 |
| Parker, Maryann F | 154 | 8/10/2021 | 8/10/2018 | 5/19/2017 |
| Parker, Nancy A | 153 | 8/5/2021 | 8/5/2018 | 6/2/2018 |
| Patterson, Debi A | 160 | 8/19/2021 | 8/19/2018 | 1/20/2017 |
| Patterson, Harold W | 157 | 8/13/2021 | 8/13/2018 | 4/7/2017 |
| Patterson, Matthew R | 172 | 9/14/2021 | 9/14/2018 | 9/13/2017 |
| Phillips, Teri L | 150 | 7/29/2021 | 7/29/2018 | 2/23/2018 |
| Pierson, Linda | 160 | 8/19/2021 | 8/19/2018 | 4/16/2015 |
| Pollat, Maryanne | 158 | 8/13/2021 | 8/13/2018 | 7/24/2018 |
| Porter, Christy | 169 | 9/1/2021 | 9/1/2018 | 4/16/2015 |
| Portner, Donna | 154 | 8/10/2021 | 8/10/2018 | 7/21/2016 |
| Powell, Amanda | 153 | 8/5/2021 | 8/5/2018 | 7/2/2017 |
| Powell, Amanda C | 153 | 8/5/2021 | 8/5/2018 | 9/6/2017 |
| Pranger, Rushell | 154 | 8/10/2021 | 8/10/2018 | 6/1/2015 |
| Pregon, Kandis | 169 | 9/1/2021 | 9/1/2018 | 3/7/2017 |

| Opt-In Plaintiff Name | ECF | DATE CONSENT FILED | 3 Years SOL Cut Off | Last Date as Store Manager |
|---|---|---|---|---|
| Price, Julie A | 154 | 8/10/2021 | 8/10/2018 | 3/14/2018 |
| Query, Tricia L | 157 | 8/13/2021 | 8/13/2018 | 5/25/2017 |
| Raak, Rachel L | 154 | 8/10/2021 | 8/10/2018 | 2/5/2017 |
| Ray, Kim M | 171 | 9/10/2021 | 9/10/2018 | 9/1/2018 |
| Redker, Kristen R | 163 | 8/24/2021 | 8/24/2018 | 8/4/2017 |
| Reed, Stacy | 160 | 8/19/2021 | 8/19/2018 | 8/20/2015 |
| Reisner, Marlys | 154 | 8/10/2021 | 8/10/2018 | 11/20/2015 |
| Reiss, Stacy D | 157 | 8/13/2021 | 8/13/2018 | 10/6/2017 |
| Rempt, Shirley | 153 | 8/5/2021 | 8/5/2018 | 6/21/2015 |
| Rensvold, Linda K | 154 | 8/10/2021 | 8/10/2018 | 11/5/2016 |
| Reurink, Ann | 154 | 8/10/2021 | 8/10/2018 | 10/31/2016 |
| Reynoso, Melissa | 171 | 9/10/2021 | 9/10/2018 | 8/2/2016 |
| Rice-Lucht, Desiree D | 153 | 8/5/2021 | 8/5/2018 | 5/13/2018 |
| Rickert, Michele R | 157 | 8/13/2021 | 8/13/2018 | 1/25/2017 |
| Ridout, Justin M | 179 | 9/22/2021 | 9/22/2018 | 2/16/2017 |
| Rieken, Deborah | 150 | 7/29/2021 | 7/29/2018 | 6/16/2017 |
| Roberts, Debra K | 153 | 8/5/2021 | 8/5/2018 | 2/22/2018 |
| Robinson, Cindy D | 158 | 8/13/2021 | 8/13/2018 | 3/17/2018 |
| Rose, Mallory L | 165 | 8/26/2021 | 8/26/2018 | 8/24/2018 |
| Rothwell, Tina M | 153 | 8/5/2021 | 8/5/2018 | 7/31/2018 |
| Roy, Dawn E | 154 | 8/10/2021 | 8/10/2018 | 5/4/2018 |
| Rudolph, Alisha R | 157 | 8/13/2021 | 8/13/2018 | 7/31/2017 |
| Ruiz, Jessica K | 157 | 8/13/2021 | 8/13/2018 | 4/22/2018 |
| Russell, Heidi E | 161 | 8/20/2021 | 8/20/2018 | 10/18/2016 |
| Rutherford, Laura L | 151 | 7/30/2021 | 7/30/2018 | 4/29/2018 |
| Sader, Mary H | 167 | 8/30/2021 | 8/30/2018 | 7/15/2017 |
| Sanders, Jessica | 164 | 8/25/2021 | 8/25/2018 | 2/25/2016 |
| Sawatzke, Ronald L | 171 | 9/10/2021 | 9/10/2018 | 9/23/2017 |
| Scearcy, Riea M | 176 | 9/17/2021 | 9/17/2018 | 2/18/2017 |
| Schaefer, Catherine | 157 | 8/13/2021 | 8/13/2018 | 8/26/2016 |
| Schaefer, Corey J | 153 | 8/5/2021 | 8/5/2018 | 5/20/2017 |
| Schmidt, Karen A | 165 | 8/26/2021 | 8/26/2018 | 9/21/2017 |
| Schultz, Teri M | 153 | 8/5/2021 | 8/5/2018 | 12/7/2016 |
| Schulze, Chris A | 160 | 8/19/2021 | 8/19/2018 | 11/21/2016 |
| Schwager, Patricia A | 157 | 8/13/2021 | 8/13/2018 | 1/19/2018 |
| Schwerin, Tara K | 203 | 11/12/2021 | 11/12/2018 | 9/29/2017 |
| Seibel, Kelly P | 177 | 9/20/2021 | 9/20/2018 | 11/1/2016 |

| Opt-In Plaintiff Name | ECF | DATE CONSENT FILED | 3 Years SOL Cut Off | Last Date as Store Manager |
|---|---|---|---|---|
| Sellers, Rosetta G | 160 | 8/19/2021 | 8/19/2018 | 8/5/2017 |
| Shaw, Barbara M | 157 | 8/13/2021 | 8/13/2018 | 12/31/2017 |
| Shepherd, Shannon M | 153 | 8/5/2021 | 8/5/2018 | 8/28/2017 |
| Shidler, Dustin A | 154 | 8/10/2021 | 8/10/2018 | 8/22/2017 |
| Shipman, Megan | 157 | 8/13/2021 | 8/13/2018 | 9/3/2015 |
| Shirey, Michelle | 158 | 8/13/2021 | 8/13/2018 | 6/12/2015 |
| Simmons, Patricia E | 154 | 8/10/2021 | 8/10/2018 | 9/2/2016 |
| Sims, Jennifer | 171 | 9/10/2021 | 9/10/2018 | 4/7/2017 |
| Sims, Roklyn | 169 | 9/1/2021 | 9/1/2018 | 3/8/2017 |
| Skank, Lynn A | 158 | 8/13/2021 | 8/13/2018 | 5/11/2017 |
| Sloan, Cheryl | 153 | 8/5/2021 | 8/5/2018 | 7/15/2016 |
| Sloan, Rebecca J | 153 | 8/5/2021 | 8/5/2018 | 7/18/2017 |
| Smeltzer, Rhonda | 153 | 8/5/2021 | 8/5/2018 | 11/11/2017 |
| Smith, Shawn M | 160 | 8/19/2021 | 8/19/2018 | 7/15/2016 |
| Smith, Shawn M | 160 | 8/19/2021 | 8/19/2018 | 7/5/2016 |
| Smith, Tonya | 174 | 9/15/2021 | 9/15/2018 | 2/21/2016 |
| Smith, Amy L | 160 | 8/19/2021 | 8/19/2018 | 8/13/2017 |
| Smith, Kim D | 160 | 8/19/2021 | 8/19/2018 | 8/15/2017 |
| Smith, Sandra K | 159 | 8/16/2021 | 8/16/2018 | 9/22/2017 |
| Sneed, Teresa A | 165 | 8/26/2021 | 8/26/2018 | 5/30/2017 |
| Soltesz, Jackie R | 153 | 8/5/2021 | 8/5/2018 | 7/23/2017 |
| Sosa Sixto, Shasta R | 153 | 8/5/2021 | 8/5/2018 | 4/3/2018 |
| Spann, Sherrie | 157 | 8/13/2021 | 8/13/2018 | 10/23/2015 |
| Sparks, Sherri | 159 | 8/16/2021 | 8/16/2018 | 3/20/2015 |
| Spivey, Marsha | 171 | 9/10/2021 | 9/10/2018 | 10/30/2015 |
| Sprague, Lindsey | 154 | 8/10/2021 | 8/10/2018 | 12/1/2015 |
| Sprague, Robert | 182 | 9/28/2021 | 9/28/2018 | 5/19/2016 |
| Squires, Tina R | 165 | 8/26/2021 | 8/26/2018 | 9/25/2016 |
| Stallings, Heather C | 154 | 8/10/2021 | 8/10/2018 | 9/26/2017 |
| Steinberg, Wanda | 188 | 10/7/2021 | 10/7/2018 | 9/12/2016 |
| Stevens, Melissa | 173 | 9/14/2021 | 9/14/2018 | 3/30/2015 |
| Stevens, Tara L | 152 | 8/3/2021 | 8/3/2018 | 5/9/2018 |
| Stevenson, Edward M | 157 | 8/13/2021 | 8/13/2018 | 8/1/2018 |
| Stimson, Kim D | 185 | 10/4/2021 | 10/4/2018 | 2/12/2018 |
| Stinnett, Jerrie J | 150 | 7/29/2021 | 7/29/2018 | 5/26/2017 |
| Stock, Brad A | 179 | 9/22/2021 | 9/22/2018 | 9/14/2016 |
| Stokes, Michael D | 148 | 7/28/2021 | 7/28/2018 | 5/24/2017 |

| Opt-In Plaintiff Name | ECF | DATE CONSENT FILED | 3 Years SOL Cut Off | Last Date as Store Manager |
|---|---|---|---|---|
| Stone, Gwynn | 176 | 9/17/2021 | 9/17/2018 | 1/15/2016 |
| Stone, Tara M | 160 | 8/19/2021 | 8/19/2018 | 2/20/2017 |
| Strode, Kelly | 188 | 10/7/2021 | 10/7/2018 | 6/2/2015 |
| Stump, Julie | 157 | 8/13/2021 | 8/13/2018 | 3/16/2015 |
| Sudenga, Lila G | 183 | 9/29/2021 | 9/29/2018 | 7/2/2017 |
| Sullivan, Debra | 157 | 8/13/2021 | 8/13/2018 | 9/13/2016 |
| Summers, Amy R | 171 | 9/10/2021 | 9/10/2018 | 5/18/2018 |
| Sweet, Gregg | 154 | 8/10/2021 | 8/10/2018 | 4/28/2016 |
| Sweigart, Brenda | 158 | 8/13/2021 | 8/13/2018 | 3/6/2015 |
| Tabor, Alyssa D | 161 | 8/20/2021 | 8/20/2018 | 6/5/2017 |
| Taylor, Chandra J | 162 | 8/23/2021 | 8/23/2018 | 1/26/2018 |
| Taylor, Jessica E | 157 | 8/13/2021 | 8/13/2018 | 10/2/2016 |
| Techau, Sheila D | 184 | 9/30/2021 | 9/30/2018 | 3/13/2017 |
| Templin, Wendy J | 157 | 8/13/2021 | 8/13/2018 | 9/15/2016 |
| Terhaar, Cassie P | 151 | 7/30/2021 | 7/30/2018 | 12/23/2017 |
| Thomas, Alisha A | 161 | 8/20/2021 | 8/20/2018 | 5/5/2017 |
| Thomas, Lorey A | 148 | 7/28/2021 | 7/28/2018 | 5/27/2017 |
| Thompson, Kelly | 173 | 9/14/2021 | 9/14/2018 | 2/28/2018 |
| Thurlow, Daisy A | 154 | 8/10/2021 | 8/10/2018 | 7/6/2018 |
| Tomasino, Amber R | 157 | 8/13/2021 | 8/13/2018 | 6/1/2018 |
| Tompkins, Jessica | 169 | 9/1/2021 | 9/1/2018 | 9/18/2017 |
| Trejo, Irasema | 161 | 8/20/2021 | 8/20/2018 | 3/21/2017 |
| Trimble, Michelle | 171 | 9/10/2021 | 9/10/2018 | 6/16/2015 |
| Trontvet, Matthew J | 175 | 9/16/2021 | 9/16/2018 | 12/8/2016 |
| Trudell, Leialyn M | 157 | 8/13/2021 | 8/13/2018 | 6/19/2018 |
| True, Erin R | 167 | 8/30/2021 | 8/30/2018 | 8/1/2018 |
| Tursini, Mona A | 173 | 9/14/2021 | 9/14/2018 | 5/26/2017 |
| Unger, Angela | 171 | 9/10/2021 | 9/10/2018 | 9/21/2015 |
| Vanblaricon, Melody | 171 | 9/10/2021 | 9/10/2018 | 9/3/2015 |
| Vaneck, Charlene S | 169 | 9/1/2021 | 9/1/2018 | 8/16/2017 |
| Vanlaningham, Coleen | 164 | 8/25/2021 | 8/25/2018 | 4/27/2015 |
| Vaughan, Rachel R | 157 | 8/13/2021 | 8/13/2018 | 3/26/2018 |
| Vautaw, Harry | 153 | 8/5/2021 | 8/5/2018 | 3/27/2015 |
| Ver Straten, Lisa M | 157 | 8/13/2021 | 8/13/2018 | 11/10/2017 |
| Vice, Janelle | 157 | 8/13/2021 | 8/13/2018 | 10/15/2015 |
| Villa, Lori L | 157 | 8/13/2021 | 8/13/2018 | 12/27/2016 |
| Vogel, Linda M | 183 | 9/29/2021 | 9/29/2018 | 4/4/2017 |

| Opt-In Plaintiff Name | ECF | DATE CONSENT FILED | 3 Years SOL Cut Off | Last Date as Store Manager |
|---|---|---|---|---|
| Vogl, Tracy M | 157 | 8/13/2021 | 8/13/2018 | 12/7/2017 |
| Waggoner, Christina | 160 | 8/19/2021 | 8/19/2018 | 9/18/2015 |
| Wagner, Corey | 153 | 8/5/2021 | 8/5/2018 | 8/23/2016 |
| Walker, Linda | 153 | 8/5/2021 | 8/5/2018 | 10/2/2016 |
| Warden, Heidi M | 171 | 9/10/2021 | 9/10/2018 | 5/10/2018 |
| Watson, Carla L | 154 | 8/10/2021 | 8/10/2018 | 7/27/2017 |
| Weaver, Stacy L | 181 | 9/27/2021 | 9/27/2018 | 6/23/2017 |
| Weideman, Tamara J | 154 | 8/10/2021 | 8/10/2018 | 5/2/2018 |
| Weimerskirch, Kimberly | 157 | 8/13/2021 | 8/13/2018 | 6/24/2015 |
| Weinstock, Kenneth L | 157 | 8/13/2021 | 8/13/2018 | 9/18/2017 |
| Wentz, Jennifer | 153 | 8/5/2021 | 8/5/2018 | 9/15/2017 |
| West, Justine D | 157 | 8/13/2021 | 8/13/2018 | 7/25/2018 |
| Wharton, Nila J | 160 | 8/19/2021 | 8/19/2018 | 12/11/2017 |
| White, Ronald | 160 | 8/19/2021 | 8/19/2018 | 7/22/2015 |
| Whitehead, Monica L | 154 | 8/10/2021 | 8/10/2018 | 5/6/2017 |
| Whitney, Carol | 169 | 9/1/2021 | 9/1/2018 | 8/25/2015 |
| Wilcox, Vickie L | 180 | 9/24/2021 | 9/24/2018 | 3/24/2018 |
| Wiley, Melissa A | 181 | 9/27/2021 | 9/27/2018 | 11/5/2016 |
| Wilks, Kayla M | 171 | 9/10/2021 | 9/10/2018 | 12/28/2016 |
| Wilson, Carrie | 169 | 9/1/2021 | 9/1/2018 | 8/7/2018 |
| Wilson, Danny | 169 | 9/1/2021 | 9/1/2018 | 7/6/2017 |
| Wilson, Terri L | 153 | 8/5/2021 | 8/5/2018 | 7/7/2018 |
| Winters, Lena | 177 | 9/20/2021 | 9/20/2018 | 10/22/2015 |
| Winthers, Kimberly J | 165 | 8/26/2021 | 8/26/2018 | 11/10/2017 |
| Wise, Carla D | 157 | 8/13/2021 | 8/13/2018 | 1/1/2018 |
| Wolfe, Cynthia | 182 | 9/28/2021 | 9/28/2018 | 11/13/2015 |
| Woodard, Marilyn | 154 | 8/10/2021 | 8/10/2018 | 6/8/2016 |
| Woodring, Lindie K | 154 | 8/10/2021 | 8/10/2018 | 1/13/2018 |
| Woods, Troy | 169 | 9/1/2021 | 9/1/2018 | 1/11/2018 |
| Wright, Rebecca | 163 | 8/24/2021 | 8/24/2018 | 5/30/2015 |
| Wright, Patrick M | 154 | 8/10/2021 | 8/10/2018 | 1/12/2017 |
| Wyer, Lee Ann | 154 | 8/10/2021 | 8/10/2018 | 10/26/2017 |
| Yeater, Kayla R | 157 | 8/13/2021 | 8/13/2018 | 10/14/2016 |
| York Daugherty, Dee | 153 | 8/5/2021 | 8/5/2018 | 6/15/2018 |
| Young, Angelique | 154 | 8/10/2021 | 8/10/2018 | 2/28/2017 |
| Zimmer, Kathryn E | 153 | 8/5/2021 | 8/5/2018 | 8/5/2017 |
| Zimmerman, Holly L | 163 | 8/24/2021 | 8/24/2018 | 6/27/2018 |

| Opt-In Plaintiff Name | ECF | DATE CONSENT FILED | 3 Years SOL Cut Off | Last Date as Store Manager |
|---|---|---|---|---|
| Ziolkowski, Stan D | 154 | 8/10/2021 | 8/10/2018 | 5/11/2018 |

Additionally, Casey's moves for summary judgment with respect to the claims of the following 16 Opt-in Plaintiffs because they never held the Store Manager position at any time:

| Legal Name | ECF | DATE CONSENT FILED |
|---|---|---|
| Paxton, Brian M | 150 | 7/29/2021 |
| Howard, Kristi | 153 | 8/5/2021 |
| Allen, Vicky | 154 | 8/10/2021 |
| Pfaff, Brenda L | 154 | 8/10/2021 |
| Wright, Barbara | 154 | 8/10/2021 |
| Furbeck, Frances | 157 | 8/13/2021 |
| Dirks, Rhiannon J | 157 | 8/13/2021 |
| Tiernan, Megan | 160 | 8/19/2021 |
| Smith, Deanna | 164 | 8/25/2021 |
| Hixson, Sonia | 169 | 9/1/2021 |
| Yearian, Barbara | 171 | 9/10/2021 |
| Smith, Benjamin | 171 | 9/10/2021 |
| Peeples, Kelly | 174 | 9/15/2021 |
| Kenning, Heidi J | 176 | 9/17/2021 |
| Simmerman, Lori | 180 | 9/24/2021 |
| Arthur, Andy | 182 | 9/28/2021 |

There are no genuine issues of material fact with respect to whether any of these Opt-in Plaintiffs were misclassified as exempt Store Managers or worked any alleged overtime hours within the three-year limitations period and, therefore, Casey's is entitled to summary judgment

14

as a matter of law. In support of this Motion, Casey's is contemporaneously filing their Statement of Material Facts Not in Dispute in Support of Their Motion for Summary Judgment and Memorandum of Law in Support of Their Motion for Summary Judgment that sets forth the reasons why Casey's is entitled to summary judgment.

WHEREFORE, Casey's respectfully moves the Court to grant summary judgment in its favor and against the opt in plaintiffs named above on all of their claims, dismiss their claims with prejudice, and grant Casey's all other relief the Court deems just and proper.

## CONCLUSION

For the reasons set forth above and in the accompanying memorandum of law, the Court should grant summary judgment to Casey's with respect to the claims of each of the Opt-in Plaintiffs listed above.

Date:  November 6, 2025                                  Respectfully submitted,

*/s/ John H. Lassetter*
John H. Lassetter (MN #0389009)
Niloy Ray (MN #0398699)
Brendan C. Johnson (MN #0403009)
**LITTLER MENDELSON, P.C.**
1300 IDS Center
80 South 8th Street
Minneapolis, MN 55402.2136
Telephone: 612.630.1000
E-mail:  jlassetter@littler.com
E-mail:  nray@littler.com
E-mail:  bcjohnson@littler.com

Sarah Doty (#35007-53)
**LITTLER MENDELSON, P.C.**
111 Monument Circle, Suite 702
Indianapolis, IN  46204
Telephone:  317.287.3600
Facsimile:   317.636.0712
E-mail: sdoty@littler.com

*Attorneys for Defendants*

4934-6721-9523 / 091581.1001