IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| NANCY WHITE, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CASEY'S GENERAL STORES, INC., CASEY'S MARKETING COMPANY, and CASEY'S RETAIL COMPANY,<br><br>　　　　　　Defendants. | Case No.2:18-cv-00072 (DRL) (JEM) |

**DEFENDANTS' STATEMENT OF MATERIAL FACTS NOT IN DISPUTE IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56 and N.D. Ind. L.R. 56-1, Defendants Casey's General Stores, Inc., Casey's Marketing Company, and Casey's Retail Company ("Casey's") respectfully submits this Statement of Material Facts Not in Dispute in Support of their Motion for Summary Judgment in accordance with L.R. 56-1(a)(3)(A) and (B):

　　1.　　Original Named Plaintiff Joy McColley filed this FLSA collective action, which alleges unpaid overtime compensation to Store Managers, on February 16, 2018. ECF No. 1, ¶ 1.[1]

　　2.　　Ms. McColley filed a Motion for Conditional Certification on November 16, 2018, seeking a collective comprised of Casey's "Store Managers throughout the United States who are or were classified as exempt Store Managers" during the relevant period. ECF No. 65 at 2–3.

---

[1] Ms. McColley has passed away. Upon motion by Plaintiffs, the Court substituted Nancy White as the named plaintiff and instructed the clerk to revise the case caption accordingly. ECF No. 296.

3. On January 14, 2020, prior to decision on the Motion for Conditional Certification, Plaintiffs filed a Motion for Equitable Tolling (the "First Tolling Motion"), seeking blanket tolling for persons in the putative collective. ECF No. 93.

4. On March 31, 2021, the Court granted the Motion for Conditional Certification, but denied the First Tolling Motion as premature. ECF No. 131.

5. Subsequently, the Court ordered that notice be sent to persons that worked as Store Managers from February 16, 2015, three years from the date the Complaint was filed, through the date the Court granted the Motion for Conditional Certification. *See* ECF Nos. 131, 146, 156.

6. More than 1900 current and former employees of Casey's filed consents to join this litigation as opt-in plaintiffs under 29 U.S.C. § 216(b). *See* ECF No. 237 at 1.

7. Plaintiffs subsequently filed a second tolling motion, which the Court denied on September 12, 2022. *See* ECF No. 237.

8. Of the opt-in plaintiffs that have sought to join this litigation, 450 filed consents to join more than three years after the last date they worked as a Store Manager for Casey's. These opt-in plaintiffs are:

| Opt-In Plaintiff Name | ECF | DATE CONSENT FILED | 3 Years SOL Cut Off | Last Date as Store Manager |
|---|---|---|---|---|
| Ackerman, Sherry K | 153 | 8/5/2021 | 8/5/2018 | 7/24/2017 |
| Adams, Randy | 179 | 9/22/2021 | 9/22/2018 | 5/7/2015 |
| Aguirre, Amy J | 163 | 8/24/2021 | 8/24/2018 | 9/13/2017 |
| Alexander, Amy M | 152 | 8/3/2021 | 8/3/2018 | 1/2/2018 |
| Allison, Tammy L | 171 | 9/10/2021 | 9/10/2018 | 12/19/2017 |
| Allphin, Joshua D | 154 | 8/10/2021 | 8/10/2018 | 2/2/2018 |
| Althof, Amie | 158 | 8/13/2021 | 8/13/2018 | 7/9/2016 |
| Anderson, Arlene A | 154 | 8/10/2021 | 8/10/2018 | 1/24/2017 |

2

| Opt-In Plaintiff Name | ECF | DATE CONSENT FILED | 3 Years SOL Cut Off | Last Date as Store Manager |
|---|---|---|---|---|
| Angle, Martha | 154 | 8/10/2021 | 8/10/2018 | 10/19/2015 |
| Ash, Deborah J | 169 | 9/1/2021 | 9/1/2018 | 8/4/2018 |
| Atchison, Suzanne E | 158 | 8/13/2021 | 8/13/2018 | 7/27/2018 |
| Backenger, Nicolas L | 150 | 7/29/2021 | 7/29/2018 | 11/3/2017 |
| Baker, Derek | 160 | 8/19/2021 | 8/19/2018 | 8/19/2016 |
| Baker, Angel | 160 | 8/19/2021 | 8/19/2018 | 7/1/2018 |
| Bartscher, Shannon | 154 | 8/10/2021 | 8/10/2018 | 12/11/2015 |
| Beard, Garan C | 151 | 7/30/2021 | 7/30/2018 | 5/5/2018 |
| Bearden, Howard E | 164 | 8/25/2021 | 8/25/2018 | 10/17/2016 |
| Becktel, Angela | 153 | 8/5/2021 | 8/5/2018 | 4/4/2018 |
| Bendzunas, Abby | 165 | 8/26/2021 | 8/26/2018 | 6/16/2015 |
| Berg, Tara | 171 | 9/10/2021 | 9/10/2018 | 9/8/2017 |
| Bergland, Anthony | 153 | 8/5/2021 | 8/5/2018 | 9/23/2015 |
| Bernaix, Rod | 157 | 8/13/2021 | 8/13/2018 | 5/14/2017 |
| Beving, Heather R | 158 | 8/13/2021 | 8/13/2018 | 6/23/2018 |
| Billmeier, Annette | 160 | 8/19/2021 | 8/19/2018 | 5/28/2015 |
| Bland, Janie | 154 | 8/10/2021 | 8/10/2018 | 6/30/2015 |
| Blasberg, Erin J | 157 | 8/13/2021 | 8/13/2018 | 8/10/2018 |
| Blohm, Mary L | 154 | 8/10/2021 | 8/10/2018 | 2/10/2017 |
| Bogunovich, Beau | 160 | 8/19/2021 | 8/19/2018 | 8/7/2015 |
| Bohm, Tanna R | 153 | 8/5/2021 | 8/5/2018 | 11/3/2017 |
| Booker, Jamie L | 153 | 8/5/2021 | 8/5/2018 | 6/14/2017 |
| Bouzek, Phylicia | 169 | 9/1/2021 | 9/1/2018 | 10/26/2016 |
| Brake, Linsay R | 153 | 8/5/2021 | 8/5/2018 | 6/5/2017 |
| Brehm, Sandra | 177 | 9/20/2021 | 9/20/2018 | 9/3/2016 |
| Breneman, Bryan | 164 | 8/25/2021 | 8/25/2018 | 5/31/2016 |
| Breshears, Diane | 171 | 9/10/2021 | 9/10/2018 | 3/18/2016 |
| Breshears, Meladee R | 157 | 8/13/2021 | 8/13/2018 | 3/31/2017 |
| Brewer, Jessica L | 182 | 9/28/2021 | 9/28/2018 | 7/21/2018 |
| Bridges, Kathy J | 184 | 9/30/2021 | 9/30/2018 | 5/2/2017 |
| Brock, Samantha | 153 | 8/5/2021 | 8/5/2018 | 7/15/2015 |
| Brogan, Andrea | 154 | 8/10/2021 | 8/10/2018 | 3/25/2016 |
| Broich, Michael S | 182 | 9/28/2021 | 9/28/2018 | 3/24/2018 |
| Brown, Nancy D | 154 | 8/10/2021 | 8/10/2018 | 6/30/2018 |
| Brown, Ruth A | 171 | 9/10/2021 | 9/10/2018 | 10/18/2016 |
| Brown, Sandra A | 160 | 8/19/2021 | 8/19/2018 | 1/26/2018 |
| Budd, Douglas P | 180 | 9/24/2021 | 9/24/2018 | 9/21/2018 |

| Opt-In Plaintiff Name | ECF | DATE CONSENT FILED | 3 Years SOL Cut Off | Last Date as Store Manager |
|---|---|---|---|---|
| Bunnell, Joann | 157 | 8/13/2021 | 8/13/2018 | 6/7/2017 |
| Burger, Stephanie A | 160 | 8/19/2021 | 8/19/2018 | 5/29/2017 |
| Burns, Dilana L | 157 | 8/13/2021 | 8/13/2018 | 5/20/2018 |
| Bushong, Sandra L | 158 | 8/13/2021 | 8/13/2018 | 2/24/2018 |
| Butler, Cheryl K | 157 | 8/13/2021 | 8/13/2018 | 12/29/2017 |
| Byrd, April M | 160 | 8/19/2021 | 8/19/2018 | 5/28/2017 |
| Callahan, Rachel R | 153 | 8/5/2021 | 8/5/2018 | 10/19/2017 |
| Capps, Melanie A | 158 | 8/13/2021 | 8/13/2018 | 5/15/2017 |
| Carpenter, Rose M | 164 | 8/25/2021 | 8/25/2018 | 8/15/2018 |
| Carter, Angelique | 153 | 8/5/2021 | 8/5/2018 | 2/8/2018 |
| Castillo, Kelli J | 157 | 8/13/2021 | 8/13/2018 | 11/16/2017 |
| Casto, Janice U | 174 | 9/15/2021 | 9/15/2018 | 2/23/2017 |
| Castrogiovanni, Billy | 150 | 7/29/2021 | 7/29/2018 | 1/9/2017 |
| Chambers, Tammy L | 173 | 9/14/2021 | 9/14/2018 | 3/29/2017 |
| Chapman, Teresa | 157 | 8/13/2021 | 8/13/2018 | 4/19/2015 |
| Cheyney, Alisha M | 154 | 8/10/2021 | 8/10/2018 | 8/11/2017 |
| Cichon, James M | 175 | 9/16/2021 | 9/16/2018 | 10/25/2017 |
| Clark, Erin M | 174 | 9/15/2021 | 9/15/2018 | 4/3/2017 |
| Clemens, Heather | 153 | 8/5/2021 | 8/5/2018 | 3/3/2018 |
| Cluck, Sandra | 154 | 8/10/2021 | 8/10/2018 | 5/25/2017 |
| Collins, Tanyka R | 148 | 7/28/2021 | 7/28/2018 | 10/14/2017 |
| Combs, Kyle A | 158 | 8/13/2021 | 8/13/2018 | 1/20/2018 |
| Condon, Bonnie E | 171 | 9/10/2021 | 9/10/2018 | 8/29/2017 |
| Connett, Ashlee M | 160 | 8/19/2021 | 8/19/2018 | 5/25/2018 |
| Conrad, April D | 160 | 8/19/2021 | 8/19/2018 | 12/14/2016 |
| Conway, Bette J | 179 | 9/22/2021 | 9/22/2018 | 11/7/2016 |
| Cooksley, Jesse J | 150 | 7/29/2021 | 7/29/2018 | 1/13/2018 |
| Cooley, Kelly | 157 | 8/13/2021 | 8/13/2018 | 4/10/2015 |
| Cooper, Carrie | 160 | 8/19/2021 | 8/19/2018 | 9/18/2015 |
| Cooper, Pamela | 154 | 8/10/2021 | 8/10/2018 | 8/17/2015 |
| Corter, James | 171 | 9/10/2021 | 9/10/2018 | 5/18/2016 |
| Cossman, Nicole M | 157 | 8/13/2021 | 8/13/2018 | 9/12/2017 |
| Cronin, Connie | 165 | 8/26/2021 | 8/26/2018 | 11/13/2015 |
| Crooks, Kathy F | 160 | 8/19/2021 | 8/19/2018 | 9/3/2016 |
| Crow, Jessica | 171 | 9/10/2021 | 9/10/2018 | 6/12/2015 |
| Cummins, Bridgete A | 157 | 8/13/2021 | 8/13/2018 | 5/29/2018 |
| Cupples, April A | 154 | 8/10/2021 | 8/10/2018 | 3/20/2017 |

| Opt-In Plaintiff Name | ECF | DATE CONSENT FILED | 3 Years SOL Cut Off | Last Date as Store Manager |
|---|---|---|---|---|
| Currin, Joni A | 154 | 8/10/2021 | 8/10/2018 | 8/19/2017 |
| Cusick Jr., Robert | 172 | 9/14/2021 | 9/14/2018 | 5/28/2015 |
| Danielson, Michaela M | 182 | 9/28/2021 | 9/28/2018 | 1/2/2017 |
| Darnall, Regina | 153 | 8/5/2021 | 8/5/2018 | 9/9/2015 |
| Davidson, Vanessa M | 153 | 8/5/2021 | 8/5/2018 | 9/12/2017 |
| Davis, Savannah | 154 | 8/10/2021 | 8/10/2018 | 4/1/2015 |
| Davis, Sharon K | 154 | 8/10/2021 | 8/10/2018 | 11/7/2017 |
| Deeringer, Shelly | 157 | 8/13/2021 | 8/13/2018 | 4/13/2015 |
| Delay, Kimberly A | 157 | 8/13/2021 | 8/13/2018 | 5/1/2018 |
| Denham, Jenny | 171 | 9/10/2021 | 9/10/2018 | 3/24/2016 |
| Denham, Nicole S | 154 | 8/10/2021 | 8/10/2018 | 12/15/2017 |
| Deschamp, Karla | 153 | 8/5/2021 | 8/5/2018 | 9/26/2015 |
| Dies, Paula E | 171 | 9/10/2021 | 9/10/2018 | 6/13/2016 |
| Dowell, Christi | 160 | 8/19/2021 | 8/19/2018 | 10/12/2015 |
| Downing, Lynnette | 157 | 8/13/2021 | 8/13/2018 | 6/9/2016 |
| Downing, Melissa E | 192 | 10/14/2021 | 10/14/2018 | 3/22/2018 |
| Drake, Carrie E | 157 | 8/13/2021 | 8/13/2018 | 7/19/2017 |
| Durnell, Karen K | 169 | 9/1/2021 | 9/1/2018 | 7/20/2016 |
| Dye, Christine | 158 | 8/13/2021 | 8/13/2018 | 4/20/2018 |
| Edgett, Melissa K | 164 | 8/25/2021 | 8/25/2018 | 11/19/2017 |
| Edwards, Carlotta L | 154 | 8/10/2021 | 8/10/2018 | 10/1/2016 |
| Enloe, Ronda | 157 | 8/13/2021 | 8/13/2018 | 2/12/2018 |
| Evans, Susan | 154 | 8/10/2021 | 8/10/2018 | 9/14/2016 |
| Evans, Denise M | 198 | 10/21/2021 | 10/21/2018 | 10/18/2016 |
| Everett, Kimberly J | 160 | 8/19/2021 | 8/19/2018 | 7/2/2018 |
| Everhart, Pamela S | 153 | 8/5/2021 | 8/5/2018 | 7/22/2017 |
| Falcon, Shimara | 180 | 9/24/2021 | 9/24/2018 | 3/2/2015 |
| Fandrich, Bradley | 157 | 8/13/2021 | 8/13/2018 | 12/6/2017 |
| Fate, Barbara | 161 | 8/20/2021 | 8/20/2018 | 5/24/2016 |
| Fear, Kimberly | 171 | 9/10/2021 | 9/10/2018 | 12/17/2016 |
| Fieldseth, Gary | 153 | 8/5/2021 | 8/5/2018 | 6/5/2015 |
| Fisher, Elaine M | 154 | 8/10/2021 | 8/10/2018 | 10/28/2017 |
| Fitzgerald, Janet | 158 | 8/13/2021 | 8/13/2018 | 6/3/2015 |
| Foote, Catherine | 175 | 9/16/2021 | 9/16/2018 | 6/2/2016 |
| Ford, Robert K | 157 | 8/13/2021 | 8/13/2018 | 6/4/2018 |
| Fowler, Peggy I | 154 | 8/10/2021 | 8/10/2018 | 12/31/2017 |
| Frank, Ellen L | 185 | 10/4/2021 | 10/4/2018 | 6/30/2017 |

5

| Opt-In Plaintiff Name | ECF | DATE CONSENT FILED | 3 Years SOL Cut Off | Last Date as Store Manager |
|---|---|---|---|---|
| Freese, Kelly | 154 | 8/10/2021 | 8/10/2018 | 3/18/2016 |
| Fulton, Sabrina | 169 | 9/1/2021 | 9/1/2018 | 7/25/2018 |
| Gage, Vanessa J | 160 | 8/19/2021 | 8/19/2018 | 5/25/2018 |
| Gann, Martha A | 157 | 8/13/2021 | 8/13/2018 | 4/4/2018 |
| Gaulke, Leanne K | 157 | 8/13/2021 | 8/13/2018 | 4/15/2017 |
| Gaxiola, Eva | 157 | 8/13/2021 | 8/13/2018 | 6/4/2015 |
| Gemar, Benjamin W | 157 | 8/13/2021 | 8/13/2018 | 7/6/2018 |
| Gillespie, Patrick L | 180 | 9/24/2021 | 9/24/2018 | 11/30/2017 |
| Gillming, Carla | 160 | 8/19/2021 | 8/19/2018 | 2/26/2015 |
| Gilman, Randy L | 154 | 8/10/2021 | 8/10/2018 | 4/15/2017 |
| Gittings, Bonnie S | 171 | 9/10/2021 | 9/10/2018 | 8/5/2018 |
| Godsey, Tracey L | 157 | 8/13/2021 | 8/13/2018 | 1/18/2017 |
| Goforth, Carolyn L | 171 | 9/10/2021 | 9/10/2018 | 10/25/2017 |
| Gonnerman, Dennis | 152 | 8/3/2021 | 8/3/2018 | 3/17/2016 |
| Good, Crystal D | 166 | 8/27/2021 | 8/27/2018 | 6/16/2017 |
| Goodwin, Mary B | 171 | 9/10/2021 | 9/10/2018 | 9/2/2017 |
| Gosnell, Jennifer | 169 | 9/1/2021 | 9/1/2018 | 2/19/2017 |
| Graham, Desiree | 164 | 8/25/2021 | 8/25/2018 | 5/27/2017 |
| Grim, Kyle M | 179 | 9/22/2021 | 9/22/2018 | 6/24/2017 |
| Grimm, Andrea G | 178 | 9/21/2021 | 9/21/2018 | 10/10/2017 |
| Grimm, Gregory S | 157 | 8/13/2021 | 8/13/2018 | 7/13/2018 |
| Gross, Judy | 154 | 8/10/2021 | 8/10/2018 | 2/24/2018 |
| Gross, Kathleen | 200 | 10/25/2021 | 10/25/2018 | 6/5/2015 |
| Grotjan, Donald L | 177 | 9/20/2021 | 9/20/2018 | 6/19/2017 |
| Guest, Melody | 166 | 8/27/2021 | 8/27/2018 | 11/11/2015 |
| Gwillim, Scott L | 171 | 9/10/2021 | 9/10/2018 | 7/24/2017 |
| Hadley, Randall E | 180 | 9/24/2021 | 9/24/2018 | 11/6/2017 |
| Haff, Jennifer L | 157 | 8/13/2021 | 8/13/2018 | 7/25/2018 |
| Hagen, Kay D | 167 | 8/30/2021 | 8/30/2018 | 5/26/2017 |
| Hake, Kara M | 160 | 8/19/2021 | 8/19/2018 | 12/28/2017 |
| Hale, Rebecca L | 154 | 8/10/2021 | 8/10/2018 | 10/6/2017 |
| Halford, Carrie L | 181 | 9/27/2021 | 9/27/2018 | 2/19/2018 |
| Hall, Carol L | 164 | 8/25/2021 | 8/25/2018 | 3/15/2017 |
| Hall, Shannon M | 167 | 8/30/2021 | 8/30/2018 | 6/5/2017 |
| Hamilton, Bethany | 157 | 8/13/2021 | 8/13/2018 | 4/12/2016 |
| Hamilton, Beverly R | 154 | 8/10/2021 | 8/10/2018 | 5/11/2018 |
| Hancock, Sheryl L | 157 | 8/13/2021 | 8/13/2018 | 9/23/2016 |

| Opt-In Plaintiff Name | ECF | DATE CONSENT FILED | 3 Years SOL Cut Off | Last Date as Store Manager |
|---|---|---|---|---|
| Harmless, Phyllis J | 160 | 8/19/2021 | 8/19/2018 | 11/22/2017 |
| Harris, Debbie L | 157 | 8/13/2021 | 8/13/2018 | 4/28/2018 |
| Harris, Jason M | 157 | 8/13/2021 | 8/13/2018 | 7/7/2017 |
| Hartman, Rhonda | 197 | 10/20/2021 | 10/20/2018 | 6/1/2016 |
| Haught, Pamela J | 153 | 8/5/2021 | 8/5/2018 | 6/16/2017 |
| Hawkins, Amber | 157 | 8/13/2021 | 8/13/2018 | 6/24/2016 |
| Haworth, Gregory | 153 | 8/5/2021 | 8/5/2018 | 11/8/2017 |
| Haws, Gary M | 153 | 8/5/2021 | 8/5/2018 | 4/15/2017 |
| Hefel, Reta M | 154 | 8/10/2021 | 8/10/2018 | 7/2/2017 |
| Heggebo, Dan | 181 | 9/27/2021 | 9/27/2018 | 7/13/2015 |
| Heisser, Shari M | 164 | 8/25/2021 | 8/25/2018 | 5/9/2017 |
| Hennix, Jerome D | 153 | 8/5/2021 | 8/5/2018 | 3/24/2018 |
| Herr-Johnson, Pamela | 160 | 8/19/2021 | 8/19/2018 | 2/21/2016 |
| Higuera, Thomas | 171 | 9/10/2021 | 9/10/2018 | 7/22/2016 |
| Hildebrand, Karen | 172 | 9/14/2021 | 9/14/2018 | 5/23/2016 |
| Hobson, Kathleen E | 148 | 7/28/2021 | 7/28/2018 | 8/7/2017 |
| Hoelscher, Cora | 169 | 9/1/2021 | 9/1/2018 | 4/8/2015 |
| Hoglan, Barbra D | 158 | 8/13/2021 | 8/13/2018 | 6/2/2018 |
| Hollowell, Sarah | 160 | 8/19/2021 | 8/19/2018 | 4/18/2016 |
| Holm, Andrea J | 152 | 8/3/2021 | 8/3/2018 | 3/23/2018 |
| Hord, Shannon | 154 | 8/10/2021 | 8/10/2018 | 8/25/2015 |
| Hosmann, Jeanette | 153 | 8/5/2021 | 8/5/2018 | 1/3/2018 |
| Howard, Alice M | 157 | 8/13/2021 | 8/13/2018 | 6/1/2018 |
| Hughes, Harold | 157 | 8/13/2021 | 8/13/2018 | 3/27/2015 |
| Hunt, Gideon | 171 | 9/10/2021 | 9/10/2018 | 7/9/2015 |
| Hurley, Billie | 171 | 9/10/2021 | 9/10/2018 | 1/4/2016 |
| Jackson, Anita | 154 | 8/10/2021 | 8/10/2018 | 8/26/2016 |
| Jenkins, Onita | 180 | 9/24/2021 | 9/24/2018 | 7/18/2016 |
| Johnson, Cheri | 154 | 8/10/2021 | 8/10/2018 | 4/9/2015 |
| Johnson, Jennifer | 157 | 8/13/2021 | 8/13/2018 | 6/30/2016 |
| Johnson, Mallory | 171 | 9/10/2021 | 9/10/2018 | 1/25/2016 |
| Johnson, Jill A | 169 | 9/1/2021 | 9/1/2018 | 3/2/2018 |
| Johnson, Pamella J | 154 | 8/10/2021 | 8/10/2018 | 9/9/2017 |
| Johnston, Shell | 171 | 9/10/2021 | 9/10/2018 | 8/1/2018 |
| Jones, Renee E | 154 | 8/10/2021 | 8/10/2018 | 6/19/2016 |
| Kansier, Chasidi | 169 | 9/1/2021 | 9/1/2018 | 10/26/2016 |
| Kaufman, Sue | 160 | 8/19/2021 | 8/19/2018 | 4/19/2016 |

| Opt-In Plaintiff Name | ECF | DATE CONSENT FILED | 3 Years SOL Cut Off | Last Date as Store Manager |
|---|---|---|---|---|
| Kawik, Tiffany S | 153 | 8/5/2021 | 8/5/2018 | 6/26/2017 |
| Keeney, Pamela J | 152 | 8/3/2021 | 8/3/2018 | 2/1/2018 |
| Keidel, Kathi A | 153 | 8/5/2021 | 8/5/2018 | 3/31/2018 |
| Keiffer, Teresa K | 154 | 8/10/2021 | 8/10/2018 | 2/2/2018 |
| Kerr, Shawn | 160 | 8/19/2021 | 8/19/2018 | 4/14/2017 |
| Kerry, Gretchen S | 153 | 8/5/2021 | 8/5/2018 | 5/24/2018 |
| Kime, Rebecca L | 200 | 10/25/2021 | 10/25/2018 | 2/14/2017 |
| Kinchel, Kim M | 165 | 8/26/2021 | 8/26/2018 | 8/15/2018 |
| Kite, Gerald D | 157 | 8/13/2021 | 8/13/2018 | 1/15/2018 |
| Klein, Earla | 163 | 8/24/2021 | 8/24/2018 | 12/4/2015 |
| Krueger, Kembeleigh | 179 | 9/22/2021 | 9/22/2018 | 6/10/2016 |
| Kruger-Lahr, Teresa L | 154 | 8/10/2021 | 8/10/2018 | 8/12/2017 |
| Kucera Beister, Angie | 179 | 9/22/2021 | 9/22/2018 | 9/29/2015 |
| Kuhn, Tawnya R | 154 | 8/10/2021 | 8/10/2018 | 8/30/2017 |
| Labelle, Vickie L | 153 | 8/5/2021 | 8/5/2018 | 5/6/2018 |
| Lack, Heather | 179 | 9/22/2021 | 9/22/2018 | 4/8/2016 |
| Lakey, Christie | 154 | 8/10/2021 | 8/10/2018 | 8/11/2016 |
| Lamkin, Janine | 153 | 8/5/2021 | 8/5/2018 | 9/11/2016 |
| Lane, Becky | 171 | 9/10/2021 | 9/10/2018 | 1/29/2016 |
| Lang, Kimberley R | 154 | 8/10/2021 | 8/10/2018 | 7/20/2017 |
| Lant, Erna C | 157 | 8/13/2021 | 8/13/2018 | 7/11/2018 |
| Lasalle, Shanole L | 158 | 8/13/2021 | 8/13/2018 | 10/13/2017 |
| Laturner, Bessie L | 154 | 8/10/2021 | 8/10/2018 | 8/27/2016 |
| Lawrence, David | 154 | 8/10/2021 | 8/10/2018 | 6/8/2017 |
| Lawrence, Deborah | 169 | 9/1/2021 | 9/1/2018 | 3/29/2015 |
| Leach, Shara | 169 | 9/1/2021 | 9/1/2018 | 7/15/2016 |
| Legros, Penny L | 179 | 9/22/2021 | 9/22/2018 | 11/1/2016 |
| Leonard, Rachel C | 167 | 8/30/2021 | 8/30/2018 | 5/9/2017 |
| Lepard, Lois A | 154 | 8/10/2021 | 8/10/2018 | 3/29/2017 |
| Lepisto, Georgia L | 181 | 9/27/2021 | 9/27/2018 | 6/4/2018 |
| Leslie, Karie A | 174 | 9/15/2021 | 9/15/2018 | 6/8/2018 |
| Lewis, Lori A | 154 | 8/10/2021 | 8/10/2018 | 11/11/2016 |
| Lipscomb, Kristal S | 182 | 9/28/2021 | 9/28/2018 | 5/3/2017 |
| Litherland, Whitney | 153 | 8/5/2021 | 8/5/2018 | 11/13/2015 |
| Lloyd, Leslie A | 154 | 8/10/2021 | 8/10/2018 | 12/1/2016 |
| Loegering, Hollis | 161 | 8/20/2021 | 8/20/2018 | 4/27/2016 |
| Loos, Cara M | 153 | 8/5/2021 | 8/5/2018 | 6/8/2018 |

| Opt-In Plaintiff Name | ECF | DATE CONSENT FILED | 3 Years SOL Cut Off | Last Date as Store Manager |
|---|---|---|---|---|
| Loveless, Tammy L | 167 | 8/30/2021 | 8/30/2018 | 4/6/2018 |
| Lucas, Jonathan | 154 | 8/10/2021 | 8/10/2018 | 10/11/2017 |
| Madderra, Margaret E | 154 | 8/10/2021 | 8/10/2018 | 7/16/2018 |
| Madix, Lisa | 171 | 9/10/2021 | 9/10/2018 | 12/24/2015 |
| Maine, Brandi A | 153 | 8/5/2021 | 8/5/2018 | 4/17/2017 |
| Marple, Frank | 171 | 9/10/2021 | 9/10/2018 | 4/30/2015 |
| Marshall, Tamara S | 157 | 8/13/2021 | 8/13/2018 | 8/30/2016 |
| Martin, Marla | 161 | 8/20/2021 | 8/20/2018 | 5/31/2017 |
| Marts, Pam S | 157 | 8/13/2021 | 8/13/2018 | 9/15/2002 |
| Mcburney, Pearle | 158 | 8/13/2021 | 8/13/2018 | 8/5/2016 |
| Mckinney, Pamela D | 167 | 8/30/2021 | 8/30/2018 | 12/25/2017 |
| Mcknight, Tina M | 157 | 8/13/2021 | 8/13/2018 | 4/3/2017 |
| Meador, Andrea | 154 | 8/10/2021 | 8/10/2018 | 6/22/2016 |
| Medina, Martin | 163 | 8/24/2021 | 8/24/2018 | 5/4/2015 |
| Medlock, Tammy | 157 | 8/13/2021 | 8/13/2018 | 11/12/2015 |
| Mendel, Margaret E | 158 | 8/13/2021 | 8/13/2018 | 12/21/2016 |
| Mergler, Charlene L | 154 | 8/10/2021 | 8/10/2018 | 2/5/2017 |
| Meza, Kaycia | 182 | 9/28/2021 | 9/28/2018 | 3/16/2016 |
| Miles-Kotik, Angela | 167 | 8/30/2021 | 8/30/2018 | 12/1/2015 |
| Miller, Dawn | 169 | 9/1/2021 | 9/1/2018 | 7/7/2018 |
| Miller, Nicole | 157 | 8/13/2021 | 8/13/2018 | 9/16/2016 |
| Miller, Stacey | 153 | 8/5/2021 | 8/5/2018 | 3/23/2015 |
| Miller, Christina L | 154 | 8/10/2021 | 8/10/2018 | 1/10/2018 |
| Miller, Heather J | 163 | 8/24/2021 | 8/24/2018 | 7/9/2018 |
| Miller, Jean | 160 | 8/19/2021 | 8/19/2018 | 2/28/2017 |
| Miller, Miranda M | 185 | 10/4/2021 | 10/4/2018 | 8/15/2018 |
| Milligan, Heather | 154 | 8/10/2021 | 8/10/2018 | 6/9/2016 |
| Mitchell, Markie | 154 | 8/10/2021 | 8/10/2018 | 4/7/2016 |
| Mitchell, Lynn K | 154 | 8/10/2021 | 8/10/2018 | 3/17/2017 |
| Moffett, Rayce A | 158 | 8/13/2021 | 8/13/2018 | 8/3/2017 |
| Moghadam, Hope | 169 | 9/1/2021 | 9/1/2018 | 3/11/2016 |
| Moore, Melissa D | 158 | 8/13/2021 | 8/13/2018 | 5/27/2018 |
| Morecraft, Mark A | 164 | 8/25/2021 | 8/25/2018 | 8/19/2017 |
| Morrison, Alesha | 179 | 9/22/2021 | 9/22/2018 | 11/18/2015 |
| Morrow, N. Pauline | 154 | 8/10/2021 | 8/10/2018 | 12/31/2015 |
| Mowbray, Billi L | 154 | 8/10/2021 | 8/10/2018 | 6/4/2017 |
| Muehlberg, Janet E | 171 | 9/10/2021 | 9/10/2018 | 3/17/2017 |

| Opt-In Plaintiff Name | ECF | DATE CONSENT FILED | 3 Years SOL Cut Off | Last Date as Store Manager |
|---|---|---|---|---|
| Mullen Jr, Jimmy L | 154 | 8/10/2021 | 8/10/2018 | 12/10/2017 |
| Mumm, Patricia | 182 | 9/28/2021 | 9/28/2018 | 4/20/2015 |
| Myers, Brittney R | 165 | 8/26/2021 | 8/26/2018 | 6/25/2018 |
| Napier, Victoria S | 154 | 8/10/2021 | 8/10/2018 | 1/9/2017 |
| Neely, Sarah M | 153 | 8/5/2021 | 8/5/2018 | 1/6/2017 |
| Neith, Alice | 151 | 7/30/2021 | 7/30/2018 | 9/8/2017 |
| Nelson, Jenice | 176 | 9/17/2021 | 9/17/2018 | 5/14/2015 |
| Nelson, Stephen | 154 | 8/10/2021 | 8/10/2018 | 9/9/2016 |
| Nez, Stacy A | 154 | 8/10/2021 | 8/10/2018 | 6/11/2018 |
| Nienhueser, Hannah J | 154 | 8/10/2021 | 8/10/2018 | 7/1/2017 |
| Null, Cynthia K | 154 | 8/10/2021 | 8/10/2018 | 7/25/2018 |
| O'banion, Cynthia L | 154 | 8/10/2021 | 8/10/2018 | 5/27/2017 |
| O'connell, Dena L | 154 | 8/10/2021 | 8/10/2018 | 2/5/2018 |
| Orth, Gena R | 148 | 7/28/2021 | 7/28/2018 | 11/6/2017 |
| Osborn, Greg | 154 | 8/10/2021 | 8/10/2018 | 4/30/2015 |
| Osborn, Debbie M | 157 | 8/13/2021 | 8/13/2018 | 10/31/2016 |
| Osborne Jr, Roger P | 171 | 9/10/2021 | 9/10/2018 | 7/25/2018 |
| Overton, Jan E | 151 | 7/30/2021 | 7/30/2018 | 11/8/2017 |
| Pack, Belinda J | 169 | 9/1/2021 | 9/1/2018 | 4/28/2017 |
| Palmer, Heather | 169 | 9/1/2021 | 9/1/2018 | 6/28/2016 |
| Parker, Maryann F | 154 | 8/10/2021 | 8/10/2018 | 5/19/2017 |
| Parker, Nancy A | 153 | 8/5/2021 | 8/5/2018 | 6/2/2018 |
| Patterson, Debi A | 160 | 8/19/2021 | 8/19/2018 | 1/20/2017 |
| Patterson, Harold W | 157 | 8/13/2021 | 8/13/2018 | 4/7/2017 |
| Patterson, Matthew R | 172 | 9/14/2021 | 9/14/2018 | 9/13/2017 |
| Phillips, Teri L | 150 | 7/29/2021 | 7/29/2018 | 2/23/2018 |
| Pierson, Linda | 160 | 8/19/2021 | 8/19/2018 | 4/16/2015 |
| Pollat, Maryanne | 158 | 8/13/2021 | 8/13/2018 | 7/24/2018 |
| Porter, Christy | 169 | 9/1/2021 | 9/1/2018 | 4/16/2015 |
| Portner, Donna | 154 | 8/10/2021 | 8/10/2018 | 7/21/2016 |
| Powell, Amanda | 153 | 8/5/2021 | 8/5/2018 | 7/2/2017 |
| Powell, Amanda C | 153 | 8/5/2021 | 8/5/2018 | 9/6/2017 |
| Pranger, Rushell | 154 | 8/10/2021 | 8/10/2018 | 6/1/2015 |
| Pregon, Kandis | 169 | 9/1/2021 | 9/1/2018 | 3/7/2017 |
| Price, Julie A | 154 | 8/10/2021 | 8/10/2018 | 3/14/2018 |
| Query, Tricia L | 157 | 8/13/2021 | 8/13/2018 | 5/25/2017 |
| Raak, Rachel L | 154 | 8/10/2021 | 8/10/2018 | 2/5/2017 |

| Opt-In Plaintiff Name | ECF | DATE CONSENT FILED | 3 Years SOL Cut Off | Last Date as Store Manager |
|---|---|---|---|---|
| Ray, Kim M | 171 | 9/10/2021 | 9/10/2018 | 9/1/2018 |
| Redker, Kristen R | 163 | 8/24/2021 | 8/24/2018 | 8/4/2017 |
| Reed, Stacy | 160 | 8/19/2021 | 8/19/2018 | 8/20/2015 |
| Reisner, Marlys | 154 | 8/10/2021 | 8/10/2018 | 11/20/2015 |
| Reiss, Stacy D | 157 | 8/13/2021 | 8/13/2018 | 10/6/2017 |
| Rempt, Shirley | 153 | 8/5/2021 | 8/5/2018 | 6/21/2015 |
| Rensvold, Linda K | 154 | 8/10/2021 | 8/10/2018 | 11/5/2016 |
| Reurink, Ann | 154 | 8/10/2021 | 8/10/2018 | 10/31/2016 |
| Reynoso, Melissa | 171 | 9/10/2021 | 9/10/2018 | 8/2/2016 |
| Rice-Lucht, Desiree D | 153 | 8/5/2021 | 8/5/2018 | 5/13/2018 |
| Rickert, Michele R | 157 | 8/13/2021 | 8/13/2018 | 1/25/2017 |
| Ridout, Justin M | 179 | 9/22/2021 | 9/22/2018 | 2/16/2017 |
| Rieken, Deborah | 150 | 7/29/2021 | 7/29/2018 | 6/16/2017 |
| Roberts, Debra K | 153 | 8/5/2021 | 8/5/2018 | 2/22/2018 |
| Robinson, Cindy D | 158 | 8/13/2021 | 8/13/2018 | 3/17/2018 |
| Rose, Mallory L | 165 | 8/26/2021 | 8/26/2018 | 8/24/2018 |
| Rothwell, Tina M | 153 | 8/5/2021 | 8/5/2018 | 7/31/2018 |
| Roy, Dawn E | 154 | 8/10/2021 | 8/10/2018 | 5/4/2018 |
| Rudolph, Alisha R | 157 | 8/13/2021 | 8/13/2018 | 7/31/2017 |
| Ruiz, Jessica K | 157 | 8/13/2021 | 8/13/2018 | 4/22/2018 |
| Russell, Heidi E | 161 | 8/20/2021 | 8/20/2018 | 10/18/2016 |
| Rutherford, Laura L | 151 | 7/30/2021 | 7/30/2018 | 4/29/2018 |
| Sader, Mary H | 167 | 8/30/2021 | 8/30/2018 | 7/15/2017 |
| Sanders, Jessica | 164 | 8/25/2021 | 8/25/2018 | 2/25/2016 |
| Sawatzke, Ronald L | 171 | 9/10/2021 | 9/10/2018 | 9/23/2017 |
| Scearcy, Riea M | 176 | 9/17/2021 | 9/17/2018 | 2/18/2017 |
| Schaefer, Catherine | 157 | 8/13/2021 | 8/13/2018 | 8/26/2016 |
| Schaefer, Corey J | 153 | 8/5/2021 | 8/5/2018 | 5/20/2017 |
| Schmidt, Karen A | 165 | 8/26/2021 | 8/26/2018 | 9/21/2017 |
| Schultz, Teri M | 153 | 8/5/2021 | 8/5/2018 | 12/7/2016 |
| Schulze, Chris A | 160 | 8/19/2021 | 8/19/2018 | 11/21/2016 |
| Schwager, Patricia A | 157 | 8/13/2021 | 8/13/2018 | 1/19/2018 |
| Schwerin, Tara K | 203 | 11/12/2021 | 11/12/2018 | 9/29/2017 |
| Seibel, Kelly P | 177 | 9/20/2021 | 9/20/2018 | 11/1/2016 |
| Sellers, Rosetta G | 160 | 8/19/2021 | 8/19/2018 | 8/5/2017 |
| Shaw, Barbara M | 157 | 8/13/2021 | 8/13/2018 | 12/31/2017 |
| Shepherd, Shannon M | 153 | 8/5/2021 | 8/5/2018 | 8/28/2017 |

| Opt-In Plaintiff Name | ECF | DATE CONSENT FILED | 3 Years SOL Cut Off | Last Date as Store Manager |
|---|---|---|---|---|
| Shidler, Dustin A | 154 | 8/10/2021 | 8/10/2018 | 8/22/2017 |
| Shipman, Megan | 157 | 8/13/2021 | 8/13/2018 | 9/3/2015 |
| Shirey, Michelle | 158 | 8/13/2021 | 8/13/2018 | 6/12/2015 |
| Simmons, Patricia E | 154 | 8/10/2021 | 8/10/2018 | 9/2/2016 |
| Sims, Jennifer | 171 | 9/10/2021 | 9/10/2018 | 4/7/2017 |
| Sims, Roklyn | 169 | 9/1/2021 | 9/1/2018 | 3/8/2017 |
| Skank, Lynn A | 158 | 8/13/2021 | 8/13/2018 | 5/11/2017 |
| Sloan, Cheryl | 153 | 8/5/2021 | 8/5/2018 | 7/15/2016 |
| Sloan, Rebecca J | 153 | 8/5/2021 | 8/5/2018 | 7/18/2017 |
| Smeltzer, Rhonda | 153 | 8/5/2021 | 8/5/2018 | 11/11/2017 |
| Smith, Shawn M | 160 | 8/19/2021 | 8/19/2018 | 7/15/2016 |
| Smith, Shawn M | 160 | 8/19/2021 | 8/19/2018 | 7/5/2016 |
| Smith, Tonya | 174 | 9/15/2021 | 9/15/2018 | 2/21/2016 |
| Smith, Amy L | 160 | 8/19/2021 | 8/19/2018 | 8/13/2017 |
| Smith, Kim D | 160 | 8/19/2021 | 8/19/2018 | 8/15/2017 |
| Smith, Sandra K | 159 | 8/16/2021 | 8/16/2018 | 9/22/2017 |
| Sneed, Teresa A | 165 | 8/26/2021 | 8/26/2018 | 5/30/2017 |
| Soltesz, Jackie R | 153 | 8/5/2021 | 8/5/2018 | 7/23/2017 |
| Sosa Sixto, Shasta R | 153 | 8/5/2021 | 8/5/2018 | 4/3/2018 |
| Spann, Sherrie | 157 | 8/13/2021 | 8/13/2018 | 10/23/2015 |
| Sparks, Sherri | 159 | 8/16/2021 | 8/16/2018 | 3/20/2015 |
| Spivey, Marsha | 171 | 9/10/2021 | 9/10/2018 | 10/30/2015 |
| Sprague, Lindsey | 154 | 8/10/2021 | 8/10/2018 | 12/1/2015 |
| Sprague, Robert | 182 | 9/28/2021 | 9/28/2018 | 5/19/2016 |
| Squires, Tina R | 165 | 8/26/2021 | 8/26/2018 | 9/25/2016 |
| Stallings, Heather C | 154 | 8/10/2021 | 8/10/2018 | 9/26/2017 |
| Steinberg, Wanda | 188 | 10/7/2021 | 10/7/2018 | 9/12/2016 |
| Stevens, Melissa | 173 | 9/14/2021 | 9/14/2018 | 3/30/2015 |
| Stevens, Tara L | 152 | 8/3/2021 | 8/3/2018 | 5/9/2018 |
| Stevenson, Edward M | 157 | 8/13/2021 | 8/13/2018 | 8/1/2018 |
| Stimson, Kim D | 185 | 10/4/2021 | 10/4/2018 | 2/12/2018 |
| Stinnett, Jerrie J | 150 | 7/29/2021 | 7/29/2018 | 5/26/2017 |
| Stock, Brad A | 179 | 9/22/2021 | 9/22/2018 | 9/14/2016 |
| Stokes, Michael D | 148 | 7/28/2021 | 7/28/2018 | 5/24/2017 |
| Stone, Gwynn | 176 | 9/17/2021 | 9/17/2018 | 1/15/2016 |
| Stone, Tara M | 160 | 8/19/2021 | 8/19/2018 | 2/20/2017 |
| Strode, Kelly | 188 | 10/7/2021 | 10/7/2018 | 6/2/2015 |

| Opt-In Plaintiff Name | ECF | DATE CONSENT FILED | 3 Years SOL Cut Off | Last Date as Store Manager |
|---|---|---|---|---|
| Stump, Julie | 157 | 8/13/2021 | 8/13/2018 | 3/16/2015 |
| Sudenga, Lila G | 183 | 9/29/2021 | 9/29/2018 | 7/2/2017 |
| Sullivan, Debra | 157 | 8/13/2021 | 8/13/2018 | 9/13/2016 |
| Summers, Amy R | 171 | 9/10/2021 | 9/10/2018 | 5/18/2018 |
| Sweet, Gregg | 154 | 8/10/2021 | 8/10/2018 | 4/28/2016 |
| Sweigart, Brenda | 158 | 8/13/2021 | 8/13/2018 | 3/6/2015 |
| Tabor, Alyssa D | 161 | 8/20/2021 | 8/20/2018 | 6/5/2017 |
| Taylor, Chandra J | 162 | 8/23/2021 | 8/23/2018 | 1/26/2018 |
| Taylor, Jessica E | 157 | 8/13/2021 | 8/13/2018 | 10/2/2016 |
| Techau, Sheila D | 184 | 9/30/2021 | 9/30/2018 | 3/13/2017 |
| Templin, Wendy J | 157 | 8/13/2021 | 8/13/2018 | 9/15/2016 |
| Terhaar, Cassie P | 151 | 7/30/2021 | 7/30/2018 | 12/23/2017 |
| Thomas, Alisha A | 161 | 8/20/2021 | 8/20/2018 | 5/5/2017 |
| Thomas, Lorey A | 148 | 7/28/2021 | 7/28/2018 | 5/27/2017 |
| Thompson, Kelly | 173 | 9/14/2021 | 9/14/2018 | 2/28/2018 |
| Thurlow, Daisy A | 154 | 8/10/2021 | 8/10/2018 | 7/6/2018 |
| Tomasino, Amber R | 157 | 8/13/2021 | 8/13/2018 | 6/1/2018 |
| Tompkins, Jessica | 169 | 9/1/2021 | 9/1/2018 | 9/18/2017 |
| Trejo, Irasema | 161 | 8/20/2021 | 8/20/2018 | 3/21/2017 |
| Trimble, Michelle | 171 | 9/10/2021 | 9/10/2018 | 6/16/2015 |
| Trontvet, Matthew J | 175 | 9/16/2021 | 9/16/2018 | 12/8/2016 |
| Trudell, Leialyn M | 157 | 8/13/2021 | 8/13/2018 | 6/19/2018 |
| True, Erin R | 167 | 8/30/2021 | 8/30/2018 | 8/1/2018 |
| Tursini, Mona A | 173 | 9/14/2021 | 9/14/2018 | 5/26/2017 |
| Unger, Angela | 171 | 9/10/2021 | 9/10/2018 | 9/21/2015 |
| Vanblaricon, Melody | 171 | 9/10/2021 | 9/10/2018 | 9/3/2015 |
| Vaneck, Charlene S | 169 | 9/1/2021 | 9/1/2018 | 8/16/2017 |
| Vanlaningham, Coleen | 164 | 8/25/2021 | 8/25/2018 | 4/27/2015 |
| Vaughan, Rachel R | 157 | 8/13/2021 | 8/13/2018 | 3/26/2018 |
| Vautaw, Harry | 153 | 8/5/2021 | 8/5/2018 | 3/27/2015 |
| Ver Straten, Lisa M | 157 | 8/13/2021 | 8/13/2018 | 11/10/2017 |
| Vice, Janelle | 157 | 8/13/2021 | 8/13/2018 | 10/15/2015 |
| Villa, Lori L | 157 | 8/13/2021 | 8/13/2018 | 12/27/2016 |
| Vogel, Linda M | 183 | 9/29/2021 | 9/29/2018 | 4/4/2017 |
| Vogl, Tracy M | 157 | 8/13/2021 | 8/13/2018 | 12/7/2017 |
| Waggoner, Christina | 160 | 8/19/2021 | 8/19/2018 | 9/18/2015 |
| Wagner, Corey | 153 | 8/5/2021 | 8/5/2018 | 8/23/2016 |

| Opt-In Plaintiff Name | ECF | DATE CONSENT FILED | 3 Years SOL Cut Off | Last Date as Store Manager |
|---|---|---|---|---|
| Walker, Linda | 153 | 8/5/2021 | 8/5/2018 | 10/2/2016 |
| Warden, Heidi M | 171 | 9/10/2021 | 9/10/2018 | 5/10/2018 |
| Watson, Carla L | 154 | 8/10/2021 | 8/10/2018 | 7/27/2017 |
| Weaver, Stacy L | 181 | 9/27/2021 | 9/27/2018 | 6/23/2017 |
| Weideman, Tamara J | 154 | 8/10/2021 | 8/10/2018 | 5/2/2018 |
| Weimerskirch, Kimberly | 157 | 8/13/2021 | 8/13/2018 | 6/24/2015 |
| Weinstock, Kenneth L | 157 | 8/13/2021 | 8/13/2018 | 9/18/2017 |
| Wentz, Jennifer | 153 | 8/5/2021 | 8/5/2018 | 9/15/2017 |
| West, Justine D | 157 | 8/13/2021 | 8/13/2018 | 7/25/2018 |
| Wharton, Nila J | 160 | 8/19/2021 | 8/19/2018 | 12/11/2017 |
| White, Ronald | 160 | 8/19/2021 | 8/19/2018 | 7/22/2015 |
| Whitehead, Monica L | 154 | 8/10/2021 | 8/10/2018 | 5/6/2017 |
| Whitney, Carol | 169 | 9/1/2021 | 9/1/2018 | 8/25/2015 |
| Wilcox, Vickie L | 180 | 9/24/2021 | 9/24/2018 | 3/24/2018 |
| Wiley, Melissa A | 181 | 9/27/2021 | 9/27/2018 | 11/5/2016 |
| Wilks, Kayla M | 171 | 9/10/2021 | 9/10/2018 | 12/28/2016 |
| Wilson, Carrie | 169 | 9/1/2021 | 9/1/2018 | 8/7/2018 |
| Wilson, Danny | 169 | 9/1/2021 | 9/1/2018 | 7/6/2017 |
| Wilson, Terri L | 153 | 8/5/2021 | 8/5/2018 | 7/7/2018 |
| Winters, Lena | 177 | 9/20/2021 | 9/20/2018 | 10/22/2015 |
| Winthers, Kimberly J | 165 | 8/26/2021 | 8/26/2018 | 11/10/2017 |
| Wise, Carla D | 157 | 8/13/2021 | 8/13/2018 | 1/1/2018 |
| Wolfe, Cynthia | 182 | 9/28/2021 | 9/28/2018 | 11/13/2015 |
| Woodard, Marilyn | 154 | 8/10/2021 | 8/10/2018 | 6/8/2016 |
| Woodring, Lindie K | 154 | 8/10/2021 | 8/10/2018 | 1/13/2018 |
| Woods, Troy | 169 | 9/1/2021 | 9/1/2018 | 1/11/2018 |
| Wright, Rebecca | 163 | 8/24/2021 | 8/24/2018 | 5/30/2015 |
| Wright, Patrick M | 154 | 8/10/2021 | 8/10/2018 | 1/12/2017 |
| Wyer, Lee Ann | 154 | 8/10/2021 | 8/10/2018 | 10/26/2017 |
| Yeater, Kayla R | 157 | 8/13/2021 | 8/13/2018 | 10/14/2016 |
| York Daugherty, Dee | 153 | 8/5/2021 | 8/5/2018 | 6/15/2018 |
| Young, Angelique | 154 | 8/10/2021 | 8/10/2018 | 2/28/2017 |
| Zimmer, Kathryn E | 153 | 8/5/2021 | 8/5/2018 | 8/5/2017 |
| Zimmerman, Holly L | 163 | 8/24/2021 | 8/24/2018 | 6/27/2018 |
| Ziolkowski, Stan D | 154 | 8/10/2021 | 8/10/2018 | 5/11/2018 |

*See* ECF Nos: 148, 150–54, 157–67, 169, 171–85, 188, 192, 197, 198, 200, 203; Declaration of Janet Classon ("Classon Dec.") ¶ 5.

9. Additionally, 16 opt-in plaintiffs never held the Store Manager position. These opt-in plaintiffs are:

| Legal Name | ECF | DATE CONSENT FILED |
|---|---|---|
| Paxton, Brian M | 150 | 7/29/2021 |
| Howard, Kristi | 153 | 8/5/2021 |
| Allen, Vicky | 154 | 8/10/2021 |
| Pfaff, Brenda L | 154 | 8/10/2021 |
| Wright, Barbara | 154 | 8/10/2021 |
| Furbeck, Frances | 157 | 8/13/2021 |
| Dirks, Rhiannon J | 157 | 8/13/2021 |
| Tiernan, Megan | 160 | 8/19/2021 |
| Smith, Deanna | 164 | 8/25/2021 |
| Hixson, Sonia | 169 | 9/1/2021 |
| Yearian, Barbara | 171 | 9/10/2021 |
| Smith, Benjamin | 171 | 9/10/2021 |
| Peeples, Kelly | 174 | 9/15/2021 |
| Kenning, Heidi J | 176 | 9/17/2021 |
| Simmerman, Lori | 180 | 9/24/2021 |
| Arthur, Andy | 182 | 9/28/2021 |

*See* ECF Nos: 150, 153, 154, 157, 160, 164, 169, 171, 174, 176, 180, 182; Classon Dec. ¶ 6.

| | |
|---|---|
| Date:  November 6, 2025 | Respectfully submitted, |

*/s/ John H. Lassetter*
John H. Lassetter (MN #0389009)
Niloy Ray (MN #0398699)
Brendan C. Johnson (MN #0403009)
**LITTLER MENDELSON, P.C.**
1300 IDS Center
80 South 8th Street
Minneapolis, MN 55402.2136
Telephone: 612.630.1000
E-mail:  jlassetter@littler.com
E-mail:  nray@littler.com
E-mail:  bcjohnson@littler.com

Sarah Doty (#35007-53)
**LITTLER MENDELSON, P.C.**
111 Monument Circle, Suite 702
Indianapolis, IN  46204
Telephone:  317.287.3600
Facsimile:  317.636.0712
E-mail: sdoty@littler.com

*Attorneys for Defendants*

4924-5030-2533 / 091581.1001