**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**

**Nancy White, on behalf of herself and all others similarly situated,**

**Plaintiffs,**

**v.**

**CASEY'S GENERAL STORES, INC., CASEY'S MARKETING COMPANY, and CASEY'S RETAIL COMPANY,**

Defendants.

**Case No. 2:18-cv-00072-JVB-JEM**

**DECLARATION OF JANET CLASSON**

I, Janet Classon do hereby swear, affirm and attest as follows, based upon my personal knowledge of the matters contained herein:

1.      I am an adult over eighteen (18) years of age and a resident of the State of Iowa. I have personal knowledge of and am competent to testify regarding the facts set forth in this Declaration.

2.      I give this Declaration voluntarily and of my own free will. I have not been promised any benefits, coerced, or threatened in any manner in exchange for or in relation to this Declaration or the information stated in this Declaration. Before signing this Declaration, I reviewed it completely for accuracy and made any changes that were necessary to ensure it is accurate.

3.      I submit this Declaration in support Defendants' Motion for Summary Judgment as to the Claims of 466 of the Opt-In Plaintiffs.

4.    I am currently employed by Casey's Marketing Company ("Casey's") as the Director of Human Resources Systems and Payroll.  I have held this position since June 2020.  In my current position, I have access to and can verify current and former employees' dates of employment and positions held.  I have been employed by Casey's since October 2016.

5.    I have confirmed the following 450 individuals exited the Store Manager position on the dates indicated in the chart below:

| Opt-In Plaintiff Name | Last Date As Store Manager |
|---|---|
| Ackerman, Sherry K | 7/24/2017 |
| Adams, Randy | 5/7/2015 |
| Aguirre, Amy J | 9/13/2017 |
| Alexander, Amy M | 1/2/2018 |
| Allison, Tammy L | 12/19/2017 |
| Allphin, Joshua D | 2/2/2018 |
| Althof, Amie | 7/9/2016 |
| Anderson, Arlene A | 1/24/2017 |
| Angle, Martha | 10/19/2015 |
| Ash, Deborah J | 8/4/2018 |
| Atchison, Suzanne E | 7/27/2018 |
| Backenger, Nicolas L | 11/3/2017 |
| Baker, Derek | 8/19/2016 |
| Baker, Angel | 7/1/2018 |
| Bartscher, Shannon | 12/11/2015 |
| Beard, Garan C | 5/5/2018 |

| | |
|---|---|
| Bearden, Howard E | 10/17/2016 |
| Becktel, Angela | 4/4/2018 |
| Bendzunas, Abby | 6/16/2015 |
| Berg, Tara | 9/8/2017 |
| Bergland, Anthony | 9/23/2015 |
| Bernaix, Rod | 5/14/2017 |
| Beving, Heather R | 6/23/2018 |
| Billmeier, Annette | 5/28/2015 |
| Bland, Janie | 6/30/2015 |
| Blasberg, Erin J | 8/10/2018 |
| Blohm, Mary L | 2/10/2017 |
| Bogunovich, Beau | 8/7/2015 |
| Bohm, Tanna R | 11/3/2017 |
| Booker, Jamie L | 6/14/2017 |
| Bouzek, Phylicia | 10/26/2016 |
| Brake, Linsay R | 6/5/2017 |
| Brehm, Sandra | 9/3/2016 |
| Breneman, Bryan | 5/31/2016 |
| Breshears, Diane | 3/18/2016 |
| Breshears, Meladee R | 3/31/2017 |
| Brewer, Jessica L | 7/21/2018 |
| Bridges, Kathy J | 5/2/2017 |
| Brock, Samantha | 7/15/2015 |
| Brogan, Andrea | 3/25/2016 |

| | |
|---|---|
| Broich, Michael S | 3/24/2018 |
| Brown, Nancy D | 6/30/2018 |
| Brown, Ruth A | 10/18/2016 |
| Brown, Sandra A | 1/26/2018 |
| Budd, Douglas P | 9/21/2018 |
| Bunnell, Joann | 6/7/2017 |
| Burger, Stephanie A | 5/29/2017 |
| Burns, Dilana L | 5/20/2018 |
| Bushong, Sandra L | 2/24/2018 |
| Butler, Cheryl K | 12/29/2017 |
| Byrd, April M | 5/28/2017 |
| Callahan, Rachel R | 10/19/2017 |
| Capps, Melanie A | 5/15/2017 |
| Carpenter, Rose M | 8/15/2018 |
| Carter, Angelique | 2/8/2018 |
| Castillo, Kelli J | 11/16/2017 |
| Casto, Janice U | 2/23/2017 |
| Castrogiovanni, Billy | 1/9/2017 |
| Chambers, Tammy L | 3/29/2017 |
| Chapman, Teresa | 4/19/2015 |
| Cheyney, Alisha M | 8/11/2017 |
| Cichon, James M | 10/25/2017 |
| Clark, Erin M | 4/3/2017 |
| Clemens, Heather | 3/3/2018 |

4

| | |
|---|---|
| Cluck, Sandra | 5/25/2017 |
| Collins, Tanyka R | 10/14/2017 |
| Combs, Kyle A | 1/20/2018 |
| Condon, Bonnie E | 8/29/2017 |
| Connett, Ashlee M | 5/25/2018 |
| Conrad, April D | 12/14/2016 |
| Conway, Bette J | 11/7/2016 |
| Cooksley, Jesse J | 1/13/2018 |
| Cooley, Kelly | 4/10/2015 |
| Cooper, Carrie | 9/18/2015 |
| Cooper, Pamela | 8/17/2015 |
| Corter, James | 5/18/2016 |
| Cossman, Nicole M | 9/12/2017 |
| Cronin, Connie | 11/13/2015 |
| Crooks, Kathy F | 9/3/2016 |
| Crow, Jessica | 6/12/2015 |
| Cummins, Bridgete A | 5/29/2018 |
| Cupples, April A | 3/20/2017 |
| Currin, Joni A | 8/19/2017 |
| Cusick Jr., Robert | 5/28/2015 |
| Danielson, Michaela M | 1/2/2017 |
| Darnall, Regina | 9/9/2015 |
| Davidson, Vanessa M | 9/12/2017 |
| Davis, Savannah | 4/1/2015 |

| | |
|---|---|
| Davis, Sharon K | 11/7/2017 |
| Deeringer, Shelly | 4/13/2015 |
| Delay, Kimberly A | 5/1/2018 |
| Denham, Jenny | 3/24/2016 |
| Denham, Nicole S | 12/15/2017 |
| Deschamp, Karla | 9/26/2015 |
| Dies, Paula E | 6/13/2016 |
| Dowell, Christi | 10/12/2015 |
| Downing, Lynnette | 6/9/2016 |
| Downing, Melissa E | 3/22/2018 |
| Drake, Carrie E | 7/19/2017 |
| Durnell, Karen K | 7/20/2016 |
| Dye, Christine | 4/20/2018 |
| Edgett, Melissa K | 11/19/2017 |
| Edwards, Carlotta L | 10/1/2016 |
| Enloe, Ronda | 2/12/2018 |
| Evans, Susan | 9/14/2016 |
| Evans, Denise M | 10/18/2016 |
| Everett, Kimberly J | 7/2/2018 |
| Everhart, Pamela S | 7/22/2017 |
| Falcon, Shimara | 3/2/2015 |
| Fandrich, Bradley | 12/6/2017 |
| Fate, Barbara | 5/24/2016 |
| Fear, Kimberly | 12/17/2016 |

| | |
|---|---|
| Fieldseth, Gary | 6/5/2015 |
| Fisher, Elaine M | 10/28/2017 |
| Fitzgerald, Janet | 6/3/2015 |
| Foote, Catherine | 6/2/2016 |
| Ford, Robert K | 6/4/2018 |
| Fowler, Peggy I | 12/31/2017 |
| Frank, Ellen L | 6/30/2017 |
| Freese, Kelly | 3/18/2016 |
| Fulton, Sabrina | 7/25/2018 |
| Gage, Vanessa J | 5/25/2018 |
| Gann, Martha A | 4/4/2018 |
| Gaulke, Leanne K | 4/15/2017 |
| Gaxiola, Eva | 6/4/2015 |
| Gemar, Benjamin W | 7/6/2018 |
| Gillespie, Patrick L | 11/30/2017 |
| Gillming, Carla | 2/26/2015 |
| Gilman, Randy L | 4/15/2017 |
| Gittings, Bonnie S | 8/5/2018 |
| Godsey, Tracey L | 1/18/2017 |
| Goforth, Carolyn L | 10/25/2017 |
| Gonnerman, Dennis | 3/17/2016 |
| Good, Crystal D | 6/16/2017 |
| Goodwin, Mary B | 9/2/2017 |
| Gosnell, Jennifer | 2/19/2017 |

| | |
|---|---|
| Graham, Desiree | 5/27/2017 |
| Grim, Kyle M | 6/24/2017 |
| Grimm, Andrea G | 10/10/2017 |
| Grimm, Gregory S | 7/13/2018 |
| Gross, Judy | 2/24/2018 |
| Gross, Kathleen | 6/5/2015 |
| Grotjan, Donald L | 6/19/2017 |
| Guest, Melody | 11/11/2015 |
| Gwillim, Scott L | 7/24/2017 |
| Hadley, Randall E | 11/6/2017 |
| Haff, Jennifer L | 7/25/2018 |
| Hagen, Kay D | 5/26/2017 |
| Hake, Kara M | 12/28/2017 |
| Hale, Rebecca L | 10/6/2017 |
| Halford, Carrie L | 2/19/2018 |
| Hall, Carol L | 3/15/2017 |
| Hall, Shannon M | 6/5/2017 |
| Hamilton, Bethany | 4/12/2016 |
| Hamilton, Beverly R | 5/11/2018 |
| Hancock, Sheryl L | 9/23/2016 |
| Harmless, Phyllis J | 11/22/2017 |
| Harris, Debbie L | 4/28/2018 |
| Harris, Jason M | 7/7/2017 |
| Hartman, Rhonda | 6/1/2016 |

| | |
|---|---|
| Haught, Pamela J | 6/16/2017 |
| Hawkins, Amber | 6/24/2016 |
| Haworth, Gregory | 11/8/2017 |
| Haws, Gary M | 4/15/2017 |
| Hefel, Reta M | 7/2/2017 |
| Heggebo, Dan | 7/13/2015 |
| Heisser, Shari M | 5/9/2017 |
| Hennix, Jerome D | 3/24/2018 |
| Herr-Johnson, Pamela | 2/21/2016 |
| Higuera, Thomas | 7/22/2016 |
| Hildebrand, Karen | 5/23/2016 |
| Hobson, Kathleen E | 8/7/2017 |
| Hoelscher, Cora | 4/8/2015 |
| Hoglan, Barbra D | 6/2/2018 |
| Hollowell, Sarah | 4/18/2016 |
| Holm, Andrea J | 3/23/2018 |
| Hord, Shannon | 8/25/2015 |
| Hosmann, Jeanette | 1/3/2018 |
| Howard, Alice M | 6/1/2018 |
| Hughes, Harold | 3/27/2015 |
| Hunt, Gideon | 7/9/2015 |
| Hurley, Billie | 1/4/2016 |
| Jackson, Anita | 8/26/2016 |
| Jenkins, Onita | 7/18/2016 |

| | |
|---|---|
| Johnson, Cheri | 4/9/2015 |
| Johnson, Jennifer | 6/30/2016 |
| Johnson, Mallory | 1/25/2016 |
| Johnson, Jill A | 3/2/2018 |
| Johnson, Pamella J | 9/9/2017 |
| Johnston, Shell | 8/1/2018 |
| Jones, Renee E | 6/19/2016 |
| Kansier, Chasidi | 10/26/2016 |
| Kaufman, Sue | 4/19/2016 |
| Kawik, Tiffany S | 6/26/2017 |
| Keeney, Pamela J | 2/1/2018 |
| Keidel, Kathi A | 3/31/2018 |
| Keiffer, Teresa K | 2/2/2018 |
| Kerr, Shawn | 4/14/2017 |
| Kerry, Gretchen S | 5/24/2018 |
| Kime, Rebecca L | 2/14/2017 |
| Kinchel, Kim M | 8/15/2018 |
| Kite, Gerald D | 1/15/2018 |
| Klein, Earla | 12/4/2015 |
| Krueger, Kembeleigh | 6/10/2016 |
| Kruger-Lahr, Teresa L | 8/12/2017 |
| Kucera Beister, Angie | 9/29/2015 |
| Kuhn, Tawnya R | 8/30/2017 |
| Labelle, Vickie L | 5/6/2018 |

| | |
|---|---|
| Lack, Heather | 4/8/2016 |
| Lakey, Christie | 8/11/2016 |
| Lamkin, Janine | 9/11/2016 |
| Lane, Becky | 1/29/2016 |
| Lang, Kimberley R | 7/20/2017 |
| Lant, Erna C | 7/11/2018 |
| Lasalle, Shanole L | 10/13/2017 |
| Laturner, Bessie L | 8/27/2016 |
| Lawrence, David | 6/8/2017 |
| Lawrence, Deborah | 3/29/2015 |
| Leach, Shara | 7/15/2016 |
| Legros, Penny L | 11/1/2016 |
| Leonard, Rachel C | 5/9/2017 |
| Lepard, Lois A | 3/29/2017 |
| Lepisto, Georgia L | 6/4/2018 |
| Leslie, Karie A | 6/8/2018 |
| Lewis, Lori A | 11/11/2016 |
| Lipscomb, Kristal S | 5/3/2017 |
| Litherland, Whitney | 11/13/2015 |
| Lloyd, Leslie A | 12/1/2016 |
| Loegering, Hollis | 4/27/2016 |
| Loos, Cara M | 6/8/2018 |
| Loveless, Tammy L | 4/6/2018 |
| Lucas, Jonathan | 10/11/2017 |

| | |
|---|---|
| Madderra, Margaret E | 7/16/2018 |
| Madix, Lisa | 12/24/2015 |
| Maine, Brandi A | 4/17/2017 |
| Marple, Frank | 4/30/2015 |
| Marshall, Tamara S | 8/30/2016 |
| Martin, Marla | 5/31/2017 |
| Marts, Pam S | 9/15/2002 |
| Mcburney, Pearle | 8/5/2016 |
| Mckinney, Pamela D | 12/25/2017 |
| Mcknight, Tina M | 4/3/2017 |
| Meador, Andrea | 6/22/2016 |
| Medina, Martin | 5/4/2015 |
| Medlock, Tammy | 11/12/2015 |
| Mendel, Margaret E | 12/21/2016 |
| Mergler, Charlene L | 2/5/2017 |
| Meza, Kaycia | 3/16/2016 |
| Miles-Kotik, Angela | 12/1/2015 |
| Miller, Dawn | 7/7/2018 |
| Miller, Nicole | 9/16/2016 |
| Miller, Stacey | 3/23/2015 |
| Miller, Christina L | 1/10/2018 |
| Miller, Heather J | 7/9/2018 |
| Miller, Jean | 2/28/2017 |
| Miller, Miranda M | 8/15/2018 |

| | |
|---|---|
| Milligan, Heather | 6/9/2016 |
| Mitchell, Markie | 4/7/2016 |
| Mitchell, Lynn K | 3/17/2017 |
| Moffett, Rayce A | 8/3/2017 |
| Moghadam, Hope | 3/11/2016 |
| Moore, Melissa D | 5/27/2018 |
| Morecraft, Mark A | 8/19/2017 |
| Morrison, Alesha | 11/18/2015 |
| Morrow, N. Pauline | 12/31/2015 |
| Mowbray, Billi L | 6/4/2017 |
| Muehlberg, Janet E | 3/17/2017 |
| Mullen Jr, Jimmy L | 12/10/2017 |
| Mumm, Patricia | 4/20/2015 |
| Myers, Brittney R | 6/25/2018 |
| Napier, Victoria S | 1/9/2017 |
| Neely, Sarah M | 1/6/2017 |
| Neith, Alice | 9/8/2017 |
| Nelson, Jenice | 5/14/2015 |
| Nelson, Stephen | 9/9/2016 |
| Nez, Stacy A | 6/11/2018 |
| Nienhueser, Hannah J | 7/1/2017 |
| Null, Cynthia K | 7/25/2018 |
| O'banion, Cynthia L | 5/27/2017 |
| O'connell, Dena L | 2/5/2018 |

| | |
|---|---|
| Orth, Gena R | 11/6/2017 |
| Osborn, Greg | 4/30/2015 |
| Osborn, Debbie M | 10/31/2016 |
| Osborne Jr, Roger P | 7/25/2018 |
| Overton, Jan E | 11/8/2017 |
| Pack, Belinda J | 4/28/2017 |
| Palmer, Heather | 6/28/2016 |
| Parker, Maryann F | 5/19/2017 |
| Parker, Nancy A | 6/2/2018 |
| Patterson, Debi A | 1/20/2017 |
| Patterson, Harold W | 4/7/2017 |
| Patterson, Matthew R | 9/13/2017 |
| Phillips, Teri L | 2/23/2018 |
| Pierson, Linda | 4/16/2015 |
| Pollat, Maryanne | 7/24/2018 |
| Porter, Christy | 4/16/2015 |
| Portner, Donna | 7/21/2016 |
| Powell, Amanda | 7/2/2017 |
| Powell, Amanda C | 9/6/2017 |
| Pranger, Rushell | 6/1/2015 |
| Pregon, Kandis | 3/7/2017 |
| Price, Julie A | 3/14/2018 |
| Query, Tricia L | 5/25/2017 |
| Raak, Rachel L | 2/5/2017 |

| | |
|---|---|
| Ray, Kim M | 9/1/2018 |
| Redker, Kristen R | 8/4/2017 |
| Reed, Stacy | 8/20/2015 |
| Reisner, Marlys | 11/20/2015 |
| Reiss, Stacy D | 10/6/2017 |
| Rempt, Shirley | 6/21/2015 |
| Rensvold, Linda K | 11/5/2016 |
| Reurink, Ann | 10/31/2016 |
| Reynoso, Melissa | 8/2/2016 |
| Rice-Lucht, Desiree D | 5/13/2018 |
| Rickert, Michele R | 1/25/2017 |
| Ridout, Justin M | 2/16/2017 |
| Rieken, Deborah | 6/16/2017 |
| Roberts, Debra K | 2/22/2018 |
| Robinson, Cindy D | 3/17/2018 |
| Rose, Mallory L | 8/24/2018 |
| Rothwell, Tina M | 7/31/2018 |
| Roy, Dawn E | 5/4/2018 |
| Rudolph, Alisha R | 7/31/2017 |
| Ruiz, Jessica K | 4/22/2018 |
| Russell, Heidi E | 10/18/2016 |
| Rutherford, Laura L | 4/29/2018 |
| Sader, Mary H | 7/15/2017 |
| Sanders, Jessica | 2/25/2016 |

| | |
|---|---|
| Sawatzke, Ronald L | 9/23/2017 |
| Scearcy, Riea M | 2/18/2017 |
| Schaefer, Catherine | 8/26/2016 |
| Schaefer, Corey J | 5/20/2017 |
| Schmidt, Karen A | 9/21/2017 |
| Schultz, Teri M | 12/7/2016 |
| Schulze, Chris A | 11/21/2016 |
| Schwager, Patricia A | 1/19/2018 |
| Schwerin, Tara K | 9/29/2017 |
| Seibel, Kelly P | 11/1/2016 |
| Sellers, Rosetta G | 8/5/2017 |
| Shaw, Barbara M | 12/31/2017 |
| Shepherd, Shannon M | 8/28/2017 |
| Shidler, Dustin A | 8/22/2017 |
| Shipman, Megan | 9/3/2015 |
| Shirey, Michelle | 6/12/2015 |
| Simmons, Patricia E | 9/2/2016 |
| Sims, Jennifer | 4/7/2017 |
| Sims, Roklyn | 3/8/2017 |
| Skank, Lynn A | 5/11/2017 |
| Sloan, Cheryl | 7/15/2016 |
| Sloan, Rebecca J | 7/18/2017 |
| Smeltzer, Rhonda | 11/11/2017 |
| Smith, Shawn M | 7/15/2016 |

| | |
|---|---|
| Smith, Shawn M | 7/5/2016 |
| Smith, Tonya | 2/21/2016 |
| Smith, Amy L | 8/13/2017 |
| Smith, Kim D | 8/15/2017 |
| Smith, Sandra K | 9/22/2017 |
| Sneed, Teresa A | 5/30/2017 |
| Soltesz, Jackie R | 7/23/2017 |
| Sosa Sixto, Shasta R | 4/3/2018 |
| Spann, Sherrie | 10/23/2015 |
| Sparks, Sherri | 3/20/2015 |
| Spivey, Marsha | 10/30/2015 |
| Sprague, Lindsey | 12/1/2015 |
| Sprague, Robert | 5/19/2016 |
| Squires, Tina R | 9/25/2016 |
| Stallings, Heather C | 9/26/2017 |
| Steinberg, Wanda | 9/12/2016 |
| Stevens, Melissa | 3/30/2015 |
| Stevens, Tara L | 5/9/2018 |
| Stevenson, Edward M | 8/1/2018 |
| Stimson, Kim D | 2/12/2018 |
| Stinnett, Jerrie J | 5/26/2017 |
| Stock, Brad A | 9/14/2016 |
| Stokes, Michael D | 5/24/2017 |
| Stone, Gwynn | 1/15/2016 |

| | |
|---|---|
| Stone, Tara M | 2/20/2017 |
| Strode, Kelly | 6/2/2015 |
| Stump, Julie | 3/16/2015 |
| Sudenga, Lila G | 7/2/2017 |
| Sullivan, Debra | 9/13/2016 |
| Summers, Amy R | 5/18/2018 |
| Sweet, Gregg | 4/28/2016 |
| Sweigart, Brenda | 3/6/2015 |
| Tabor, Alyssa D | 6/5/2017 |
| Taylor, Chandra J | 1/26/2018 |
| Taylor, Jessica E | 10/2/2016 |
| Techau, Sheila D | 3/13/2017 |
| Templin, Wendy J | 9/15/2016 |
| Terhaar, Cassie P | 12/23/2017 |
| Thomas, Alisha A | 5/5/2017 |
| Thomas, Lorey A | 5/27/2017 |
| Thompson, Kelly | 2/28/2018 |
| Thurlow, Daisy A | 7/6/2018 |
| Tomasino, Amber R | 6/1/2018 |
| Tompkins, Jessica | 9/18/2017 |
| Trejo, Irasema | 3/21/2017 |
| Trimble, Michelle | 6/16/2015 |
| Trontvet, Matthew J | 12/8/2016 |
| Trudell, Leialyn M | 6/19/2018 |

| | |
|---|---|
| True, Erin R | 8/1/2018 |
| Tursini, Mona A | 5/26/2017 |
| Unger, Angela | 9/21/2015 |
| Vanblaricon, Melody | 9/3/2015 |
| Vaneck, Charlene S | 8/16/2017 |
| Vanlaningham, Coleen | 4/27/2015 |
| Vaughan, Rachel R | 3/26/2018 |
| Vautaw, Harry | 3/27/2015 |
| Ver Straten, Lisa M | 11/10/2017 |
| Vice, Janelle | 10/15/2015 |
| Villa, Lori L | 12/27/2016 |
| Vogel, Linda M | 4/4/2017 |
| Vogl, Tracy M | 12/7/2017 |
| Waggoner, Christina | 9/18/2015 |
| Wagner, Corey | 8/23/2016 |
| Walker, Linda | 10/2/2016 |
| Warden, Heidi M | 5/10/2018 |
| Watson, Carla L | 7/27/2017 |
| Weaver, Stacy L | 6/23/2017 |
| Weideman, Tamara J | 5/2/2018 |
| Weimerskirch, Kimberly | 6/24/2015 |
| Weinstock, Kenneth L | 9/18/2017 |
| Wentz, Jennifer | 9/15/2017 |
| West, Justine D | 7/25/2018 |

| | |
|---|---|
| Wharton, Nila J | 12/11/2017 |
| White, Ronald | 7/22/2015 |
| Whitehead, Monica L | 5/6/2017 |
| Whitney, Carol | 8/25/2015 |
| Wilcox, Vickie L | 3/24/2018 |
| Wiley, Melissa A | 11/5/2016 |
| Wilks, Kayla M | 12/28/2016 |
| Wilson, Carrie | 8/7/2018 |
| Wilson, Danny | 7/6/2017 |
| Wilson, Terri L | 7/7/2018 |
| Winters, Lena | 10/22/2015 |
| Winthers, Kimberly J | 11/10/2017 |
| Wise, Carla D | 1/1/2018 |
| Wolfe, Cynthia | 11/13/2015 |
| Woodard, Marilyn | 6/8/2016 |
| Woodring, Lindie K | 1/13/2018 |
| Woods, Troy | 1/11/2018 |
| Wright, Rebecca | 5/30/2015 |
| Wright, Patrick M | 1/12/2017 |
| Wyer, Lee Ann | 10/26/2017 |
| Yeater, Kayla R | 10/14/2016 |
| York Daugherty, Dee | 6/15/2018 |
| Young, Angelique | 2/28/2017 |
| Zimmer, Kathryn E | 8/5/2017 |

| Zimmerman, Holly L | 6/27/2018 |
|---|---|
| Ziolkowski, Stan D | 5/11/2018 |

6.        I have also confirmed the following 16 individuals never held the Store Manager position:  Brian M. Paxton, Kristi Howard, Vicky Allen, Brenda L. Pfaff, Barbara Wright, Frances Furbeck, Rhiannon J. Dirks, Megan Tiernan, Deanna Smith, Sonia Hixson, Barbara Yearian, Benjamin Smith, Kelly Peebles, Heidi J. Kenning, Lori Simmerman, and Andy Arthur.


**PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Date: 11/6/25                              Signature: _____
                                                          **JANET CLASSON**

FIRMWIDE:157853894.1 091581.1001

21