# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| NANCY WHITE, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CASEY'S GENERAL STORES, INC., CASEY'S MARKETING COMPANY, and CASEY'S RETAIL COMPANY,<br><br>　　　　　Defendants. | Case No.: 2:18-CV-00072 (DRL) (JEM) |

## MEDIATION STATUS REPORT

Plaintiff Nancy White, on behalf of herself and the Opt-in Plaintiffs, and Defendants Casey's General Stores, Inc., Casey's Marketing Company, and Casey's Retail Company (together as "Casey's) submit this mediation status report. On October 10, 2025, at ECF No. 343, the Court Ordered the parties to provide a mediation status report by November 14, 2025.

The parties participated in an in-person mediation with respected wage and hour mediator Anne Marie Estevez in Chicago, Illinois on November 12, 2025. While the parties made progress toward resolution, they did not reach settlement terms at mediation. The parties continue to discuss potential resolution.

Date:  November 14, 2025                Respectfully submitted,

*/s/ John H. Lassetter*
John H. Lassetter (MN #0389009)
Niloy Ray (MN #0398699)
Brendan C. Johnson (MN #0403009)
**LITTLER MENDELSON, P.C.**
1300 IDS Center
80 South 8th Street
Minneapolis, MN  55402.2136
Telephone: 612.630.1000
E-mail:  jlassetter@littler.com
E-mail:  nray@littler.com
E-mail:  bcjohnson@littler.com

Sarah Doty (#35007-53)
**LITTLER MENDELSON, P.C.**
111 Monument Circle, Suite 702
Indianapolis, IN  46204
Telephone:  317.287.3600
Facsimile:   317.636.0712
E-mail:  sdoty@littler.com

*Attorneys for Defendants*

Date:  November 14, 2025

*/s/ Gregg I. Shavitz*
Marc S. Hepworth*
Charles Gershbaum*
David A. Roth*
Rebecca S. Predovan*
**HEPWORTH, GERSHBAUM & ROTH, PLLC**
192 Lexington Avenue, Suite 802
New York, NY  10016
E-mail:  mhepworth@hgrlawyers.com
E-mail:  cgershbaum@hgrlawyers.com
E-mail:  droth@hgrlawyers.com
E-mail:  rpredovan@hgrlawyers.com

2

Michael J. Palitz*
**SHAVITZ LAW GROUP, P.A.**
830 3rd Avenue, 5th Floor
New York, NY 10022
Telephone: 800-616-4000
Facsimile: (561) 447-8831
mpalitz@shavitzlaw.com

Gregg I. Shavitz*
Loren Donnell*
**SHAVITZ LAW GROUP, P.A.**
951 Yamato Road, Suite 285
Boca Raton, FL 33431
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
E-mail: gshavitz@shavitzlaw.com
E-mail: ldonnell@shavitzlaw.com

Richard E. Shevitz
Scott Gilchrist
**COHEN & MALAD, LLP**
One Indiana Square Suite 1400
Indianapolis, Indiana 46204
Telephone: (317) 636-6481
Facsimile: (317) 636-2593
Email: rshevitz@cohenandmalad.com
Email:  sgilchrist@cohenandmalad.com

*Attorneys for Plaintiffs*

*admitted or applied for admission *pro hac vice*