# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF
# INDIANA

NANCY WHITE, on behalf of herself and all others similarly situated,

    Plaintiffs,

v.

CASEY'S GENERAL STORES, INC., CASEY'S MARKETING COMPANY, and CASEY'S RETAIL COMPANY,

    Defendants.

Case No.: 2:18-CV-00072 (DRL) (JEM)

## **MOTION TO EXTEND DEADLINES**

Plaintiff Nancy White, on behalf of herself and the Opt-in Plaintiffs, submits this motion and moves this Court for an extension of their deadline to file Plaintiffs' Motion to Compel Discovery pursuant to Dkt. No. 343. Plaintiff seeks an extension of time from today's current due date until December 10, 2025. The reason for the requested extension is as follows:

1. The parties participated in an in-person mediation with wage and hour mediator Anne Marie Estevez, Esq. in Chicago, Illinois on November 12, 2025.

2. While the parties made progress toward resolution, they did not reach settlement terms at mediation. The parties continue to discuss potential resolution.

3. On October 9, 2025, this Court held a conference with the parties and ordered that motions to compel regarding outstanding discovery be made by November 19, 2025. Plaintiffs seek an extension of time to make any contemplated motion to compel regarding discovery issues including electronically stored information.

4. At the Court conference with the parties and given the proximity of the deadline to the

parties' scheduled mediation, the Court had mentioned that if one of the parties needs an extension, they were free to make an application to the Court.

5. Plaintiffs require an extension as their focus has been on the settlement discussions which remain ongoing with counsel and the mediator. One of Plaintiffs' attorneys who has been leading the electronic discovery discussions is also on trial and he needs additional time to work on the motion to compel.

6. Plaintiffs' counsel contacted Defendants to seek an extension until December 10, 2025, to file their motion to compel. Defendants advised that they do not consent to an extension.

7. Good cause exists for the extension as it would allow Plaintiffs to finalize settlement discussions with Defendants prior to filing any motion to compel. An extension also would allow Plaintiffs' counsel who is engaged in trial to prepare the motion to compel and address the electronic discovery issues to be raised therein. The extension sought is limited – 21 days – and will not prejudice any party.

WHEREFORE, Plaintiffs respectfully request that the Court extend their deadline to file Plaintiffs' Motion to Compel Discovery pursuant to Dkt. No. 343 to a date on or after December 10, 2025.

Dated: November 19, 2025

Respectfully submitted,

*s/Rebecca S. Predovan*
Rebecca S. Predovan*
Marc S. Hepworth*
Charles Gershbaum*
David A. Roth*
**HEPWORTH, GERSHBAUM & ROTH, PLLC**
192 Lexington Avenue, Suite 802
New York, New York 10016
Telephone: (212) 545-1199
Facsimile: (212) 532-3801
E-mail: mhepworth@hgrlawyers.com
E-mail: cgershbaum@hgrlawyers.com
E-mail: droth@hgrlawyers.com
E-mail: rpredovan@hgrlawyers.com

Michael Palitz*
**SHAVITZ LAW GROUP, P.A.**
477 Madison Avenue, 6th Floor
New York, NY 10022
Telephone: (800) 616-4000
Facsimile: (561) 447-8831
E-mail: mpalitz@shavitzlaw.com

Gregg I. Shavitz*
Camar Jones*
**SHAVITZ LAW GROUP, P.A.**
622 Banyan Trail, Suite 200
Boca Raton, FL 33431
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
E-mail: gshavitz@shavitzlaw.com
E-mail: cjones@shavitzlaw.com

Richard E. Shevitz
Scott Gilchrist
**COHEN & MALAD, LLP**
One Indiana Square Suite 1400
Indianapolis, IN 46204
Phone: (317) 636-6481
Facsimile: (317) 636-2593
E-mail: rshevitz@cohenandmalad.com
E-mail: sgilchrist@cohenandmalad.com

*Attorneys for Plaintiffs and the FLSA Collective Members*

*admitted or to apply for admission *pro hac vice*

**CERTIFICATE OF SERVICE**

I certify that on November 19, 2025, I served a true copy of this document by all counsel of record via the Court's Electronic Case Filing system.

*/s/ Rebecca Predovan*
Rebecca Predovan

3