UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| NANCY WHITE, on behalf of herself and all others similarly situated, Plaintiffs, | ) ) ) ) | |
| v. | ) ) | CAUSE NO.: 2:18-CV-72-DRL-JEM |
| CASEY'S GENERAL STORES, INC., *et al.*, Defendants. | ) ) ) ) | |

**ORDER**

This matter is before the Court on a Motion to Extend Deadlines [DE 352]. Plaintiffs request a 21-day extension of the deadline to file a motion to compel, explaining that counsel has been engaged in mediation and settlement discussions in this case as well as trial in another case. Plaintiffs represent that counsel for Defendants do not agree to the requested extension.

Discovery disputes have been ongoing in this matter. In the most recent hearing, held October 9, 2025, the parties discussed the disputes and agreed that any motions to compel would be filed by November 19, after the parties' mediation on November 12, 2025, with responses to be filed by December 10, 2025, and any replies by December 23, 2025. Defendants filed their motion to compel on November 5, 2025, prior to the mediation, followed immediately by a motion for summary judgment on November 6, 2025.

Plaintiffs filed a report of mediation on November 14, 2025, explaining that the parties made progress in mediation, but did not reach settlement. In the instant motion, counsel explains that their focus in this case has been on ongoing settlement discussions, and that they wish to continue to fully engage in those negotiations prior to filing their motion to compel.

1

To encourage the parties to fully participate in settlement discussions while also allowing time for briefing on discovery issues, the Court finds good cause for an extension of the discovery motion deadline.

Accordingly, the Court hereby **GRANTS** the Motion to Extend Deadlines [DE 352] and **ORDERS** that deadline for Plaintiffs to file a motion to compel is extended to **December 10, 2025**, with any response to be filed by **December 31, 2025**, and any reply to be filed by **January 14, 2026**. The Court **ORDERS** that Plaintiffs' response to Defendants' motion to compel [DE 344] remains **December 10, 2025**, but extends the deadline to file any reply to **December 31, 2025**. The Court **REAFFIRMS** the deadline of **December 4, 2025**, for Plaintiffs to file a response to the pending motion for summary judgment [DE 347], with any motions for extension of that deadline, including any motion under Federal Rule of Civil Procedure 56(d), to be filed by **December 1, 2025**.

SO ORDERED this 20th day of November, 2025.

                                        s/ John E. Martin  
                                        MAGISTRATE JUDGE JOHN E. MARTIN  
                                        UNITED STATES DISTRICT COURT

cc:    All counsel of record