IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| NANCY WHITE, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>CASEY'S GENERAL STORES, INC., CASEY'S MARKETING COMPANY, and CASEY'S RETAIL COMPANY,<br><br>　　　　　Defendants. | Case No.: 2:18-CV-00072 (DRL) (JEM) |

### JOINT MOTION TO EXTEND DEADLINES REGARDING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND MOTION TO COMPEL

Plaintiff Nancy White, on behalf of herself and the Opt-in Plaintiffs, and Defendants Casey's General Stores, Inc., Casey's Marketing Company, and Casey's Retail Company (together "Defendants") submit this motion and move this Court for an extension of various deadlines.

1.　　On November 6, 2025, Defendants filed a motion for summary judgment addressing the claims of 466 Opt-In Plaintiffs. ECF No. 347.

2.　　The Parties participated in an all-day in-person mediation with wage and hour mediator Anne Marie Estevez in Chicago, Illinois on November 12, 2025.

3.　　Due to the settlement discussions, the Thanksgiving holiday, and out-of-state travel required next week in another legal matter, Plaintiffs request a 14-day extension of time to respond to Defendants' summary judgment motion from December 4, 2025 to December 18, 2025.

4.　　Defendants seek three extensions because the briefing due falls during the holidays. First, with the new proposed summary judgment response date for Plaintiffs of December 18, 2025, Defendants seek a two-week extension of time to file their reply brief. Defendants seek to file their reply brief in support of their summary judgment motion on January 14, 2026.

5. Defendants also seek to extend their time to file a both a response brief to Plaintiffs' anticipated motion to compel and a reply brief in support of their own motion to compel (ECF No. 344) from December 31, 2025 to January 14, 2026.

6. Plaintiffs consent to Defendants' extension requests.

WHEREFORE, the parties jointly request that the Court set a briefing schedule as follows:

1. December 18, 2025: Plaintiffs' response to Defendants' Motion for Summary Judgment.

2. January 14, 2026: Defendants' reply to Defendants' Motion for Summary Judgment. (ECF No. 347).

3. January 14, 2026: Defendants' reply to Defendants' Motion to Compel (ECF No. 344).

4. January 14, 2026: Defendants' response to Plaintiffs' anticipated Motion to Compel.

Dated: November 25, 2025                     Respectfully submitted,

*s/Michael Palitz*
Michael Palitz*
**SHAVITZ LAW GROUP, P.A.**
477 Madison Avenue, 6th Floor
New York, NY 10022
Telephone: (800) 616-4000
Facsimile: (561) 447-8831
E-mail: mpalitz@shavitzlaw.com

Gregg I. Shavitz*
Camar Jones*
**SHAVITZ LAW GROUP, P.A.**
622 Banyan Trail, Suite 200
Boca Raton, FL 33431
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
E-mail: gshavitz@shavitzlaw.com
E-mail: cjones@shavitzlaw.com

Rebecca S. Predovan*
Marc S. Hepworth*
Charles Gershbaum*

2

David A. Roth*
**HEPWORTH, GERSHBAUM & ROTH, PLLC**
192 Lexington Avenue, Suite 802
New York, New York 10016
Telephone: (212) 545-1199
Facsimile: (212) 532-3801
E-mail: mhepworth@hgrlawyers.com
E-mail: cgershbaum@hgrlawyers.com
E-mail: droth@hgrlawyers.com
E-mail: rpredovan@hgrlawyers.com

Richard E. Shevitz
Scott Gilchrist
**COHEN & MALAD, LLP**
One Indiana Square Suite 1400
Indianapolis, IN46204
Phone: (317) 636-6481
Facsimile: (317) 636-2593
E-mail: rshevitz@cohenandmalad.com
E-mail: sgilchrist@cohenandmalad.com

*Attorneys for Plaintiffs and the FLSA Collective Members*

Respectfully submitted,

By:   s/John H. Lassetter
John H. Lassetter (MN #0389009)
Niloy Ray (MN #0398699)
Brendan C. Johnson (MN #0403009)
LITTLER MENDELSON, P.C.
1300 IDS Center
80 South 8th Street
Minneapolis, MN  55402.2136
Telephone: 612.630.1000
E-mail:  jlassetter@littler.com
E-mail:  nray@littler.com
E-mail:  bcjohnson@littler.com

Sarah Doty (#35007-53)
**LITTLER MENDELSON, P.C.**

111 Monument Circle, Suite 702  
Indianapolis, IN  46204  
Telephone:  317.287.3600  
Facsimile:   317.636.0712  
E-mail:  sdoty@littler.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on November 25, 2025, I served a true copy of this document by all counsel of record via the Court's Electronic Case Filing system.

*/s/ Michael Palitz*  
Michael Palitz