IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| NANCY WHITE, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CASEY'S GENERAL STORES, INC., CASEY'S MARKETING COMPANY, and CASEY'S RETAIL COMPANY,<br><br>Defendants. | Case No.: 2:18-CV-00072 (DRL) (JEM) |

### UNOPPOSED MOTION TO EXTEND DEADLINES

Plaintiff Nancy White, on behalf of herself and the Opt-in Plaintiffs ("Plaintiffs) submit this motion and move this Court for an extension of their December 10, 2025, deadline to file Plaintiffs' Motion to Compel Discovery pursuant to Dkt. No. 343, 353 and Opposition to Defendants' Motion to Compel (*see* Dkt. No. 344, 345, 346) a week making the new deadline December 17, 2025.

1. The parties participated in an in-person mediation with wage and hour mediator Anne Marie Estevez in Chicago, Illinois on November 12, 2025. While the parties made progress toward resolution, they did not reach settlement terms at mediation. The parties continued to discuss potential resolution after the mediation, but those settlement discussions did not conclude in a settlement of this action.

2. On October 9, 2025, this Court held a conference with the parties and ordered that motions to compel regarding outstanding discovery be made by November 19, 2025, the Court order references a motion to compel to be made by Defendants but in an abundance of caution Plaintiffs sought an extension of time to make any contemplated motion to compel regarding discovery

issues including electronically stored information on December 10.

3. The Court was kind enough to extend that deadline for Plaintiffs and clarified in its order that both Plaintiffs' Motion to Compel and Plaintiffs' Opposition to Defendants Motion to Compel would be due on December 10, 2025, which allowed the parties to finalize their post mediation settlement discussions. Dkt. No. 353.

4. In the interim, lead counsel on discovery issues and trial matters, David Roth unfortunately had a surgical procedure on December 4 in connection with which he is experiencing complications. This has delayed Plaintiffs' Motion to Compel, and Opposition to Defendants' Motion to Compel. When Plaintiffs contacted Defendants on their position in connection with extending Plaintiffs' deadlines for a week, Defendants indicated that they do not oppose given the circumstances precipitating the extension request. This limited extension request will not prejudice either party.

WHEREFORE, Plaintiffs respectfully request that the Court extend their deadlines to file Plaintiffs' Motion to Compel Discovery pursuant to Dkt. No. 343, 353, and Opposition to Defendants' Motion to Compel to December 17, 2025. Plaintiffs also request that a reciprocal extension be applied to Defendants' Reply in connection with Defendants' Motion to Compel and Defendants' Opposition to Plaintiffs' Motion to Compel ESI, by extending the deadline for these briefs to January 21, 2026.

Dated: December 9, 2025    Respectfully submitted,

_s/Rebecca S. Predovan_
Rebecca S. Predovan*
Marc S. Hepworth*
Charles Gershbaum*
David A. Roth*
**HEPWORTH, GERSHBAUM & ROTH, PLLC**
192 Lexington Avenue, Suite 802
New York, New York 10016

Telephone: (212) 545-1199  
Facsimile: (212) 532-3801  
E-mail: mhepworth@hgrlawyers.com  
E-mail: cgershbaum@hgrlawyers.com  
E-mail: droth@hgrlawyers.com  
E-mail: rpredovan@hgrlawyers.com  

Michael Palitz*  
**SHAVITZ LAW GROUP, P.A.**  
477 Madison Avenue, 6th Floor  
New York, NY 10022  
Telephone: (800) 616-4000  
Facsimile: (561) 447-8831  
E-mail: mpalitz@shavitzlaw.com  

Gregg I. Shavitz*  
Camar Jones*  
**SHAVITZ LAW GROUP, P.A.**  
622 Banyan Trail, Suite 200  
Boca Raton, FL 33431  
Telephone: (561) 447-8888  
Facsimile: (561) 447-8831  
E-mail: gshavitz@shavitzlaw.com  
E-mail: cjones@shavitzlaw.com  

Richard E. Shevitz  
Scott Gilchrist  
**COHEN & MALAD, LLP**  
One Indiana Square Suite 1400  
Indianapolis, IN 46204  
Phone: (317) 636-6481  
Facsimile: (317) 636-2593  
E-mail: rshevitz@cohenandmalad.com  
E-mail: sgilchrist@cohenandmalad.com  

*Attorneys for Plaintiffs and the FLSA Collective Members*

*admitted or to apply for admission *pro hac vice*

**CERTIFICATE OF SERVICE**

3

I certify that on December 9, 2025, I served a true copy of this document by all counsel of record via the Court's Electronic Case Filing system.

>*/s/ Rebecca Predovan*
>Rebecca Predovan