**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| NANCY WHITE, on behalf of herself and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>CASEY'S GENERAL STORES, INC., CASEY'S MARKETING COMPANY, and CASEY'S RETAIL COMPANY,<br><br>        Defendants. | Case No.: 2:18-CV-00072 (DRL) (JEM) |

## PLAINTIFFS' RESPONSE TO DEFENDANTS' STATEMENT OF MATERIAL FACTS NOT IN DISPUTE (ECF NO. 349)

Plaintiff Nancy White, on behalf of herself and the Opt-in Plaintiffs, submit this response to Defendants' Statement of Material Facts Not In Dispute (ECF No. 349).

On November 6, 2025, Defendants filed a motion for summary judgment addressing the claims of 466 Opt-In Plaintiffs. ECF No. 347. Defendants' motion argues that 450 Opt-In Plaintiffs should be dismissed from the case as they did not work as Store Managers within the applicable time period. ECF No. 347 at 1-14. Defendants' motion also asserts that 16 individuals never worked as Store Managers and cannot join the case. ECF No. 347 at 14.

On November 28, 2025, Plaintiffs filed a Motion for Reconsideration asking the Court to reconsider its decision denying equitable tolling to the Opt-In Plaintiffs (including the 450 at issue in Defendants' summary judgment motion). ECF No. 356. If Plaintiffs' Motion for Reconsideration is granted, that decision would impact the claims of the 450 Opt-In Plaintiffs at issue in Defendants' motion for summary judgment. Plaintiffs' responses to Defendants' Statement of Material Facts are made subject to the Court's ruling on Plaintiffs' Motion for Reconsideration. If granted, these 450 Opt-In Plaintiffs would all have time within the Fair Labor

Standards Act's three-year statutory period to assert unpaid overtime claims.

Subject to the Court's decision on Plaintiffs' Motion for Reconsideration, Plaintiffs response to Defendants' Statement of Material Facts Not In Dispute are as follows:[1]

1.    Admit.

2.    Admit.

3.    Admit but clarify Plaintiffs' did not seek "blanket tolling" and sought equitable tolling.

4.    Admit.

5.    Admit.

6.    Admit.

7.    Admit.

8.    Admit but such admission is subject to the Court granting Plaintiffs' Motion for Reconsideration and equitably tolling the statute of limitations for these Opt-In Plaintiffs.

9.    Admit but state that Defendants included these individuals in the collective list provided to the notice administrator and they joined the case after receiving notice of the lawsuit per Defendants' list.

Dated: December 16, 2025                    Respectfully submitted,

                                            *s/Michael Palitz*
                                            Michael Palitz*
                                            **SHAVITZ LAW GROUP, P.A.**
                                            477 Madison Avenue, 6th Floor
                                            New York, NY 10022
                                            Telephone: (800) 616-4000
                                            Facsimile: (561) 447-8831
                                            E-mail: mpalitz@shavitzlaw.com

                                            Rebecca S. Predovan*
                                            Marc S. Hepworth*

---

[1] Plaintiffs' responses follow the numbering set forth in ECF No. 349.

Charles Gershbaum*
David A. Roth*
**HEPWORTH, GERSHBAUM & ROTH, PLLC**
192 Lexington Avenue, Suite 802
New York, New York 10016
Telephone: (212) 545-1199
Facsimile: (212) 532-3801
E-mail:  mhepworth@hgrlawyers.com
E-mail: cgershbaum@hgrlawyers.com
E-mail: droth@hgrlawyers.com
E-mail: rpredovan@hgrlawyers.com

Gregg I. Shavitz*
Camar Jones*
**SHAVITZ LAW GROUP, P.A.**
622 Banyan Trail, Suite 200
Boca Raton, FL 33431
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
E-mail: gshavitz@shavitzlaw.com
E-mail: cjones@shavitzlaw.com

Richard E. Shevitz
Scott Gilchrist
**COHEN & MALAD, LLP**
One Indiana Square Suite 1400
Indianapolis, IN46204
Phone: (317) 636-6481
Facsimile: (317) 636-2593
E-mail: rshevitz@cohenandmalad.com
E-mail: sgilchrist@cohenandmalad.com

***Attorneys for Plaintiffs and the FLSA Collective Members***

*admitted or to apply for admission *pro hac vice*

## CERTIFICATE OF SERVICE

I certify that on December 16, 2025, I served a true copy of this document by all counsel

of record via the Court's Electronic Case Filing system.

*/s/ Michael Palitz*
Michael Palitz

3