**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**

NANCY WHITE, on behalf of herself and all
others similarly situated,

        Plaintiffs,

      v.

CASEY'S GENERAL STORES, INC.,
CASEY'S MARKETING COMPANY, and
CASEY'S RETAIL COMPANY,

        Defendants.

Case No.: 2:18-CV-00072 (DRL) (JEM)

## <u>MOTION TO EXTEND DEADLINES</u>

Plaintiff Nancy White, on behalf of herself and the Opt-in Plaintiffs ("Plaintiffs) submit this motion and move this Court for an extension of their December 17, 2025, deadline to file Plaintiffs' Motion to Compel Discovery and Opposition to Defendants' Motion to Compel (*see* Dkt. No. 358) making the new deadline **December 23, 2025**. This is the Plaintiffs' final anticipated motion for an extension which is made exclusively due to significant ongoing medical complications of the attorney handling these filings.

1. The parties participated in an in-person mediation with wage and hour mediator Anne Marie Estevez in Chicago, Illinois on November 12, 2025. While the parties made progress toward resolution, they did not reach settlement terms at mediation. The parties continued to discuss potential resolution after the mediation, but those settlement discussions did not conclude in a settlement of this action.

2. On October 9, 2025, this Court held a conference with the parties and ordered that motions to compel regarding outstanding discovery be made by November 19, 2025, the Court order references a motion to compel to be made by Defendants but in an abundance of caution Plaintiffs

sought an extension of time to make any contemplated motion to compel regarding discovery issues including electronically stored information on December 10.

3.   The Court was kind enough to extend that deadline for Plaintiffs and clarified in its order that both Plaintiffs' Motion to Compel and Plaintiffs' Opposition to Defendants Motion to Compel would be due on December 10, 2025, which allowed the parties to finalize their post mediation settlement discussions.  Dkt. No. 353.

4.   On December 9th, Plaintiffs' Counsel wrote to the Court to advise that, lead counsel on discovery issues and trial matters, David Roth unfortunately had a surgical procedure on December 4 in connection with which he is experiencing complications.  This has delayed Plaintiffs' Motion to Compel, and Opposition to Defendants' Motion to Compel and the Court extended Plaintiffs deadline again to December 17, 2025.  An additional and severe medical complication has arisen following Mr. Roth's surgery.  The result of which ultimately requires other attorneys in the firm to finalize these filings in his stead.  Plaintiffs ask for a final four-business day extension to December 23, 2025, to effectuate this. Plaintiffs contacted Defendants yesterday concerning their position on the relief requested herein however at the time of filing Plaintiffs have not yet heard back from Defendant. This final limited extension request will not prejudice either party.

WHEREFORE, Plaintiffs respectfully request that the Court extend their deadlines to file Plaintiffs' Motion to Compel Discovery, and Opposition to Defendants' Motion to Compel to December 23, 2025. Plaintiffs also request that a reciprocal extension be applied to Defendants' Reply in connection with Defendants' Motion to Compel and Defendants' Opposition to Plaintiffs' Motion to Compel ESI, by extending the deadline for these briefs to January 27, 2026.

Dated: December 17, 2025                    Respectfully submitted,

*s/Rebecca S. Predovan*
Rebecca S. Predovan*

2

Marc S. Hepworth*
Charles Gershbaum*
David A. Roth*
**HEPWORTH, GERSHBAUM & ROTH, PLLC**
192 Lexington Avenue, Suite 802
New York, New York 10016
Telephone: (212) 545-1199
Facsimile: (212) 532-3801
E-mail:  mhepworth@hgrlawyers.com
E-mail: cgershbaum@hgrlawyers.com
E-mail: droth@hgrlawyers.com
E-mail: rpredovan@hgrlawyers.com

Michael Palitz*
**SHAVITZ LAW GROUP, P.A.**
477 Madison Avenue, 6th Floor
New York, NY 10022
Telephone: (800) 616-4000
Facsimile: (561) 447-8831
E-mail: mpalitz@shavitzlaw.com

Gregg I. Shavitz*
Camar Jones*
**SHAVITZ LAW GROUP, P.A.**
622 Banyan Trail, Suite 200
Boca Raton, FL 33431
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
E-mail: gshavitz@shavitzlaw.com
E-mail: cjones@shavitzlaw.com

Richard E. Shevitz
Scott Gilchrist
**COHEN & MALAD, LLP**
One Indiana Square Suite 1400
Indianapolis, IN46204
Phone: (317) 636-6481
Facsimile: (317) 636-2593
E-mail: rshevitz@cohenandmalad.com
E-mail: sgilchrist@cohenandmalad.com

***Attorneys for Plaintiffs and the FLSA Collective Members***

*admitted or to apply for admission *pro hac vice*

3

## CERTIFICATE OF SERVICE

I certify that on December 17, 2025, I served a true copy of this document by all counsel of record via the Court's Electronic Case Filing system.


*/s/ Rebecca Predovan*
Rebecca Predovan