**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| NANCY WHITE, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>CASEY'S GENERAL STORES, INC., CASEY'S MARKETING COMPANY, and CASEY'S RETAIL COMPANY,<br><br>        Defendants. | **No. 2:18-cv-00072-JVB-JEM** |

## PLAINTIFF'S NOTICE OF WITHDRAWAL OF OPT-INS

PLEASE TAKE NOTICE that Opt-in Plaintiffs, Teri Kouri, Pamela Beavers, and Jean Spurlock hereby withdraw their Consents to Join this lawsuit.

Dated: December 19, 2025        Respectfully submitted,

By: */s/ Rebecca Predovan*
Rebecca Predovan
Marc S. Hepworth
Charles Gershbaum
David A. Roth
**HEPWORTH GERSHBAUM & ROTH LLP**
192 Lexington Avenue, Suite 802
New York, NY 10016
Telephone: (212) 545-1199
rpredovan@hgrlawyers.com
mhepworth@hgrlawyers.com
cgershbaum@hgrlawyers.com
droth@hgrlawyers.com

**ATTORNEYS FOR PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on December 19, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sends notification of such filing to all counsel of record.

*/s/ Rebecca Predovan*
Rebecca Predovan