**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| NANCY WHITE, on behalf of herself and all others similarly situated,<br><br>    Plaintiffs,<br><br>      v.<br><br>CASEY'S GENERAL STORES, INC.,<br>CASEY'S MARKETING COMPANY, and<br>CASEY'S RETAIL COMPANY,<br><br>    Defendants. | Case No.: 2:18-CV-00072 (DRL) (JEM) |

**PLAINTIFFS' RENEWED MOTION TO COMPEL PRODUCTION OF
DOCUMENTS AND ELECTRONICALLY STORED INFORMATION OF THE
AREA SUPERVISORS, DISTRICT MANAGERS, AND REGIONAL DIRECTORS
WHO SUPERVISED PLAINTIFF AND THE 75 REPRESENTATIVE PLAINTIFFS
AND MOTION TO COMPEL ESI PRODUCTION FROM THE
STORE EMAIL BOXES**

Plaintiff, Nancy White and all Opt-Ins (together as "Plaintiffs") pursuant to Federal

Rule of Civil Procedure 37(a), move the Court to compel Defendants to produce documents,

including electronically stored information ("ESI") of the Area Supervisors, District Managers,

and Regional Directors who supervised plaintiff and the 75 Representative Plaintiffs and move

to compel ESI discovery from the store email boxes, sought by Plaintiffs pursuant to their

Requests for Production of Documents.

WHEREFORE, Plaintiffs respectfully requests that this Court issue an Order granting

the following discovery:

1) 10-weeks of ESI responsive to Plaintiffs' discovery requests (and limited by the search terms contained therein) for the 75-Representative Opt-ins as well for each of the approximately 300 Co-Employees identified by Defendants in paragraph 28 of Defendants' Fourth Supplemental Initial Disclosures and Exhibits B through DD. Each 10-week period (approximately one-quarter) will be selected by Plaintiffs from six years within the statutory period, totaling six 10-week periods;

2) ESI responsive to Plaintiffs' discovery requests (and limited by the search terms contained therein) for each Up-the-Chain Supervisor identified in paragraph 26 of Defendants' Fourth Supplemental Initial Disclosures.   For every Up-the-Chain Supervisor identified Defendants will produce a 10-week period of responsive ESI (approximately one-quarter) to be selected by Plaintiffs from six years within the statutory period, totaling six 10-week periods; and

3) An index for its Casey's Connection production detailing for each produced record the stores and Opt-ins to which a record relates and detailing the date of each record.

In support of this Motion Plaintiffs have filed a separate Memorandum.

Dated: December 23, 2025

Respectfully submitted,

s/ *Rebecca S. Predovan*
Rebecca S. Predovan*
Marc S. Hepworth*
Charles Gershbaum*
David A. Roth*
**HEPWORTH, GERSHBAUM & ROTH, PLLC**
192 Lexington Avenue, Suite 802
New York, New York 10016
Telephone: (212) 545-1199
Facsimile: (212) 532-3801
E-mail: mhepworth@hgrlawyers.com
E-mail: cgershbaum@hgrlawyers.com
E-mail: droth@hgrlawyers.com
E-mail: rpredovan@hgrlawyers.com

Michael Palitz*
**SHAVITZ LAW GROUP, P.A.**
830 3rd Avenue, 5th Floor New York, NY 10022
Telephone: (800) 616-4000
Facsimile: (561) 447-8831
E-mail: mpalitz@shavitzlaw.com

Gregg I. Shavitz (*pro hac* admitted)
**SHAVITZ LAW GROUP, P.A.**
1515 South Federal Highway, Suite 404 Boca Raton, FL 33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
E-mail: gshavitz@shavitzlaw.com

Richard E. Shevitz
Scott D. Gilchrist
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Phone: (317) 636-6481
Facsimile: (317) 636-2593
Email: rshevitz@cohenandmalad.com

***Attorneys for Plaintiffs and the Putative FLSA Collective Members***

*\*Admitted Pro hac vice*

## CERTIFICATE OF SERVICE

I certify that on December 23, 2025, I served a true copy of this document by all counsel of record via the Court's Electronic Case Filing system.

*s/ Rebecca Predovan*
Rebecca Predovan, Esq.