## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF INDIANA

NANCY WHITE, on behalf of herself and all others similarly situated,

Plaintiffs,

v.

CASEY'S GENERAL STORES, INC., CASEY'S MARKETING COMPANY, and CASEY'S RETAIL COMPANY,

Defendants.

Case No.: 2:18-CV-00072 (DRL) (JEM)

### [PROPOSED] ORDER

Upon review of Plaintiffs' Renewed Motion to Compel Production of Documents and Electronically Stored Information of the Area Supervisors, District Managers, and Regional Directors Who Supervised Plaintiff and the 75 Representative Plaintiffs and Motion to Compel ESI Production from the Store Email Boxes, IT IS HEREBY ORDERED that Defendants will produce:

1)      10-weeks of ESI responsive to Plaintiffs' discovery requests (and limited by the search terms contained therein) for the 75-Representative Opt-ins as well for each of the approximately 300 Co-Employees identified by Defendants in paragraph 28 of Defendants' Fourth Supplemental Initial Disclosures and Exhibits B through DD.  Each 10-week period (approximately one-quarter) will be selected by Plaintiffs from six years within the statutory period, totaling six 10-week periods;

2)      ESI responsive to Plaintiffs' discovery requests (and limited by the search terms contained therein) for each Up-the-Chain Supervisor identified in paragraph 26 of Defendants' Fourth Supplemental Initial Disclosures.  For every Up-the-Chain Supervisor identified

Defendants will produce a 10-week period of responsive ESI (approximately one-quarter) to be selected by Plaintiffs from six years within the statutory period, totaling six 10-week periods; and

3)      An index for its Casey's Connection production detailing for each produced record the stores and Opt-ins to which a record relates and detailing the date of each record.

Dated:_____

_____
Hon. John E. Martin