## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **NANCY WHITE, on behalf of herself and all others similarly situated,**<br><br>      Plaintiffs,<br><br>  v.<br><br>**CASEY'S GENERAL STORES, INC., CASEY'S MARKETING COMPANY, and CASEY'S RETAIL COMPANY**<br><br>      Defendants. | Case No.2:18-cv-00072 |

## DEFENDANTS' FOURTH SUPPLEMENTAL INITIAL DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a), Defendants Casey's Marketing Company, Casey's Retail Company, and Casey's General Stores, Inc.[1] submit their Supplemental Initial Disclosures. The responses set forth herein constitute the best information currently available. Defendants continue to investigate the facts underlying this lawsuit, however, and have not completed its discovery or preparation of this case for trial. Accordingly, the responses are provided without prejudice to Defendants' rights to timely amend, supplement, or change responses, if and when additional, different, or more accurate information becomes available.

---

[1] Casey's General Stores, Inc. is not a proper Defendant, as it is a holding company and did not employ any Plaintiff. The store at which Plaintiff was employed was and is owned and operated by Casey's Marketing Company. Any reference to "Defendants" contained herein refers to the three entities Plaintiff has identified as Defendants and against whom she has alleged claims, but is not an admission that Casey's General Store, Inc. is a proper defendant in this case.

**A.    Names of Individuals Likely to Have Discoverable Information.**

Pursuant to Rule 26(a)(1)(A), Defendants identify the following individuals who Defendants believe are likely to have discoverable knowledge that Defendants may use to support their claims or defenses, unless the use would be solely for impeachment.

Communications with current and former members of management and Defendants' employees shall be directed through Defendants' counsel.

1.    **Jeff Gerling**, former District Supervisor.  Former Named Plaintiff Joy McColley ("McColley") reported to Gerling during her tenure as a Store Manager.  Gerling may have knowledge or information relating to McColley's employment as a Store Manager, including McColley's job duties and responsibilities as a Store Manager.

2.    **Josh Nunez**, former District Manager.  McColley reported to Nunez during her tenure as a Store Manager.  Nunez may have knowledge or information relating to McColley's employment as a Store Manager, including McColley's job duties and responsibilities as a Store Manager.

3.    **Dianne Cooper**, former District Manager.  McColley reported to Ms. Cooper during her tenure as a Store Manager.  Cooper may have knowledge or information relating to McColley's employment as a Store Manager, including McColley's job duties and responsibilities as a Store Manager.

4.    **Gina Lange**, former Area Supervisor.  McColley reported directly to Lange during her tenure as a Store Manager.  Lange may have knowledge or information relating to McColley's employment as a Store Manager, including McColley's job duties and responsibilities as a Store Manager.

5.    **Traci Bryant**, former Area Supervisor.  McColley reported directly to Bryant during her tenure as a Store Manager.  Bryant may have knowledge or information relating to McColley's employment as a Store Manager, including McColley's job duties and responsibilities as a Store Manager.

6.    **Cynthia Van Vleck**, former Area Supervisor.  McColley reported directly to Ms. Van Vleck during her tenure as a Store Manager.  Van Vleck may have knowledge or information relating to McColley's employment as a Store Manager, including McColley's job duties and responsibilities as a Store Manager.

7.    **Candace Wilson**, former employee.  Wilson reported to McColley when McColley was Store Manager of the Griffith, Indiana store.  Wilson may have

4926-3888-0605.2 / 091581.1001

knowledge or information related to McColley's employment as Store Manager.

8.  **Robin Schlagel**, former Pizza Delivery Shift Leader.  Schlagel reported to McColley when McColley was Store Manager of the Griffith, Indiana store.  Schlagel may have knowledge or information related to McColley's employment as Store Manager.

9.  **Lashonda Pearson**, current Shift Leader.  Pearson reported to McColley when McColley was Store Manager of the Griffith, Indiana store.  Pearson may have knowledge or information related to McColley's employment as Store Manager.

10. **Amanda Langel**, former Store Team Member.  Langel reported to McColley when McColley was Store Manager of the Griffith, Indiana store.  Langel may have knowledge or information related to McColley's employment as Store Manager.

11. **Nancy Henske**, former District Supervisor.  Opt-in Plaintiff Melinda Korte ("Korte") reported to Henske during her tenure as a Store Manager.  Henske may have knowledge or information relating to Korte's employment as a Store Manager, including Korte's job duties and responsibilities as a Store Manager.

12. **Steve Huhman**, former Division Vice President of Store Operations.  Korte formerly reported to Huhman during her tenure as a Store Manager.  Huhman may have knowledge or information relating to Korte's employment as a Store Manager, including Korte's job duties and responsibilities as a Store Manager.

13. **Melissa Cunningham**, current Human Resources Generalist.  Korte reported directly to Cunningham during Korte's tenure as a Store Manager.  Cunningham may have knowledge or information relating to Korte's employment as a Store Manager, including Korte's job duties and responsibilities as a Store Manager.

14. **Cynthia L. Maedge**, current Human Resources Generalist.  Korte reported directly to Maedge during her tenure as a Store Manager.  Maedge may have knowledge or information relating to Korte's employment as a Store Manager, including Korte's job duties and responsibilities as a Store Manager.

15. **Paul Morence**, current Store Manager.  Morence reported to Korte when Korte was Store Manager of the Highland, Illinois Store.  Morence may have knowledge or information related to Korte's employment as Store Manager.  In addition, Morence may have knowledge regarding his own duties and responsibilities in the Store Manager role.

16. **Jennifer Korte**, current Store Manager.  Jennifer Korte reported to Melinda Korte when Melinda Korte was Store Manager of two different store located in

3

4926-3888-0605.2 / 091581.1001

Troy, Illinois. Jennifer Korte may have knowledge or information related to Melinda Korte's employment as Store Manager.

17. **Bob Ford**, former Vice President of Store Operations. Ford may have knowledge and information relating to expectations of Store Managers' duties, responsibilities and job performance and Store Manager compensation.

18. **Cindi Summers**, former Senior Vice President of Human Resources. Summers may have knowledge and information regarding Store Manager hiring, training, compensation, classification, and performance evaluation.

19. **Chris Boling**, current Senior Vice President of Store Operations. Boling may have knowledge and information relating to expectations of Store Managers' duties, responsibilities and job performance and Store Manager compensation.

20. **Nan Thomae**, current Vice President of Human Resources Field Operations. Thomae may have knowledge and information regarding Store Manager hiring, training, compensation, classification, and performance evaluation.

21. **Named Plaintiff Nancy White.** Ms. White has knowledge or information relating to her employment as a Store Manager, including her job duties and responsibilities as a Store Manager. Ms. White may also have knowledge of the duties and responsibilities of non-exempt employees who reported directly to her.

22. **Opt-In Plaintiff Melinda Korte.** Ms. Korte has knowledge or information relating to her employment as a Store Manager, including her job duties and responsibilities as a Store Manager. Ms. Korte may also have knowledge of the duties and responsibilities of non-exempt employees who reported directly to her.

23. **Mark Morecraft,** former District Manager. Named Plaintiff Nancy White ("White") reported to Morecraft during her tenure as a Store Manager. Morecraft may have knowledge or information relating to White's employment as a Store Manager, including White's job duties and responsibilities as a Store Manager.

24. **Deborah Clark,** former District Manager. White reported to Clark during her tenure as a Store Manager. Clark may have knowledge or information relating to White's employment as a Store Manager, including White's job duties and responsibilities as a Store Manager.

25. **Each of the Discovery Opt-Ins identified pursuant to the Parties' Stipulated Discovery Plan.** The Discovery Opt-ins each have knowledge or information relating to their respective employment as a Store Managers, including their respective job duties and responsibilities as Store Managers. Each Discovery Opt-in may also have knowledge of the duties and

4

4926-3888-0605.2 / 091581.1001

responsibilities of non-exempt employees who reported directly to them.  The Discovery Opt-ins are:

- Stephanie Ulstad
- Jewelya Boyd
- Lynn Jeffress
- Tabetha Ciechna
- Melissa Drays
- Jo Anna Fedler
- Jodelle Ferguson
- Clara Flowers
- Amie Golden
- Todd Heath
- Scarlett Jackson
- Hardin Magruder
- Marci Markley
- Michelle Pfannenstiel
- Suzanna Turner
- Thomas Ward
- Teri Kouri
- Karen Zumbrun
- Deann Skinner
- Michelle Goette
- Tressa Moore
- Lynda Engel
- Trace Thompson
- Amy Shields
- Patricia Harrell
- Nichole Biehl
- Paula McGinnis
- Amie Slimick
- Lincoln Johnson, Jr.
- Ginny Blythe
- Deborah Zalud
- Stephanie Crawford
- Shannon Williams
- Elizabeth Rice
- Thomas Hoden, Jr.
- Carolyn Logan
- Gail O'Connor
- Racia Hill
- Lisa Matheny
- Amber Mattmiller
- Shawna Croft

5

4926-3888-0605.2 / 091581.1001

- Terra Walker
- Chrystal Warren
- Jeremy Smith
- Tobi Billick
- Monica Bowers
- Rhea Arciga
- Deborah Ness
- Terry Lumma
- Beverly Bailey
- Krysta Gray
- Jamie Rollins
- Jeffrey Sackuvich
- Tonya Atencio
- Ralph Bade
- Sarah Evans
- Rebecca Cassidy
- Brad Baggs
- Karen Calhoun
- Tara Carnicle
- Judy Beatty
- Sharon Struss
- Vicki Simon
- Janie Kress
- Bonnie Barrera
- Mariah Brown
- Luann Burmesch
- Tammy Wheat
- Autumn Dean

26. Pursuant to discussions with Plaintiffs' Counsel, Casey's identifies the last Regional Director and District Manager to whom each Discovery Opt-in identified for deposition reported. These individuals may have information relating to the Discovery Opt-ins' employment as a Store Managers, including the Discovery Opt-ins' job duties and responsibilities as Store Managers.

- Tonya Atencio
  - District Manager: Sutton Rebecca
  - Regional Director: Tiago Coelho
- Ralph Bade
  - District Manager: Nicole Knobloch
  - Regional Director: Lynn Cargin
- Beverly Bailey
  - District Manager: Luke Weaver
  - Regional Director: Jeff Ivarson
- Bonnie Barrera

4926-3888-0605.2 / 091581.1001

- o District Manager: Joe Webster
  - o Regional Director: John Dunn
- Judy Beatty
  - o District Manager: Caleb Woods
  - o Regional Director: Grant Dickinson
- Jewelya Boyd
  - o District Manager: Barbara Leckel
  - o Regional Director: Mark Guild
- Rebecca Cassidy
  - o District Manager: Jane Chancellor
  - o Regional Director: Richard Guidry
- Tabetha Ciechna
  - o District Manager:  Shari Piccatto
  - o Regional Director: Jon Kulaga
- Stephanie Crawford
  - o District Manager: Connie Sublette
  - o Regional Director: Lucy Thomas
- Melissa Drays
  - o District Manager: Brandy Douthit
  - o Regional Director: Chris Bartholomew
- Jodelle Ferguson
  - o District Manager: Jeff VanVelzen
  - o Regional Director: James Olinde
- Clara Flowers
  - o District Manager: Jason Swanger
  - o Regional Director: John Graves
- Amie Golden
  - o District Manager: Jean Thomas
  - o Regional Director: Tiago Coelho
- Todd Heath
  - o District Manager: Mattie Hudson
  - o Regional Director: Joe Buyno
- Lynn Jeffress
  - o District Manager: Susan Denton
  - o Regional Director: Jim Dunaway
- Hardin Magruder
  - o District Manager: Emily Masterson
  - o Regional Director: TJ Heller
- Paula McGinnis
  - o District Manager: Susan Denton
  - o Regional Director: Jim Dunaway
- Tressa Moore
  - o District Manager: Susan Lemman
  - o Regional Director: Tiago Coelho
- Deborah Ness
  - o District Manager: Vincent Shepherd

7

4926-3888-0605.2 / 091581.1001

- o Regional Director: Jeff Ivarson
- Michelle Pfannenstiel
  - o District Manager: Angela Johnson
  - o Regional Director: Josh Anderson
- Elizabeth Rice
  - o District Manager: Steven Clark
  - o Regional Director: Bob Moomjian
- Jamie Rollins
  - o District Manager: Heather Kelsheimer
  - o Regional Director: Annie Alabaugh
- Deeann Skinner
  - o District Manager: Betty Gilmore
  - o Regional Director: Paul Wyman
- Trace Thompson
  - o District Manager: Kimberly Shaw
  - o Regional Director: Samual Woodard
- Stephanie Ulstad
  - o District Manager: Angela Dick
  - o Regional Director: Zoann Ohlson
- Thomas Ward
  - o District Manager: , Loretta Graham
  - o Regional Director: Stephen Huhman
- Tammy Wheat
  - o District Manager: Dana Holleman
  - o Regional Director: Nancy Heske
- Deborah Zalud
  - o District Manager:  Merle Anderson
  - o Regional Director: Tina Stone
- Karen Zumbrun
  - o District Manager: Joshua Galloway
  - o Regional Director: Tiago Coelho

27. Individuals who reported directly to Named Plaintiff Nancy White during her tenure as a Store Manager. These individuals may have knowledge or information relating to White's employment as a Store Manager, including White's job duties and responsibilities as a Store Manager. *See* **Exhibit A**.

28. Individuals who reported to the Discovery Opt-In Plaintiffs identified for deposition.  These individuals may have knowledge or information relating to the Opt-In Plaintiffs' employment as a Store Managers, including the Opt-In Plaintiffs' job duties and responsibilities as Store Managers.  *See* **Exhibits B through DD**.

Defendants further identify: Any and all witnesses identified by Plaintiffs and not objected to by Defendants, and any rebuttal and impeachment witnesses.

8

Additional individuals may be identified in the course of discovery. Defendants reserve the right to supplement or otherwise modify this list as discovery and its investigation continues, and reserves the right to rely on, depose, and/or call any individuals identified by Plaintiffs. Representatives of Defendants may be contacted through counsel.

**B.      Description of Documents.**

1.      Documentation relating to Plaintiffs' job duties, responsibilities, requirements, and expectations.

2.      Documentation relating to work Plaintiffs performed during their Store Manager tenures.

3.      Documentation relating to Plaintiffs' management of Casey's stores and associates who reported directly to them at those stores.

4.      Personnel documentation regarding Plaintiffs.

5.      Documentation relating to training Plaintiffs received specific to their Store Manager role.

6.      Compensation and payroll information concerning Plaintiffs.

7.      Time records concerning Plaintiffs.

8.      Documentation relating to the general job duties, responsibilities, requirements, and expectations of the Store Manager position.

9.      Policies and procedures applicable to the Store Manager position.

10.     Documents identified by Plaintiffs.

11.     Documents identified through discovery.

12.     All pleadings, deposition transcripts, and documents produced by any party.

13.     Documents necessary to impeach or rebut Plaintiffs' evidence.

Discovery and investigation continues. Defendants reserve the right to amend this list and reserve the right to rely on any documents identified by Plaintiffs or identified through discovery. In addition, Defendants anticipate relying upon any documents necessary to impeach or rebut

4926-3888-0605.2 / 091581.1001

Plaintiffs' evidence, and thus additional documents may be identified and disclosed to counsel throughout discovery.

**C.      Damages.**

Other than costs and attorneys' fees associated with the defense of this action, the total amount of which cannot yet accurately be calculated, Defendants are not claiming any damages in this action.

**D.      Any Applicable Insurance.**

Defendants are self-insured for an amount in excess of the alleged damages at issue in this action.

Defendants reserve the right to supplement this disclosure with any information that it discovers subsequent to the date of this disclosure.  Defendants further reserve the right to supplement this disclosure to the extent necessary to meet or rebut any disputes of material facts not presently known to Defendants or which arise in the future or during the course of discovery.

Date:  September 9, 2025                                  Respectfully submitted,

                                                                          */s/ John H. Lassetter*
                                                                          John H. Lassetter (MN #0389009)
                                                                          Niloy Ray (MN #0398699)
                                                                          Brendan C. Johnson (MN #0403009)
                                                                          **LITTLER MENDELSON, P.C.**
                                                                          1300 IDS Center
                                                                          80 South 8th Street
                                                                          Minneapolis, MN  55402.2136
                                                                          Telephone: 612.630.1000
                                                                          E-mail:  jlassetter@littler.com
                                                                          E-mail:  nray@littler.com
                                                                          E-mail:  bcjohnson@littler.com

4926-3888-0605.2 / 091581.1001

Sarah Doty (#35007-53)
**LITTLER MENDELSON, P.C.**
111 Monument Circle, Suite 702
Indianapolis, IN  46204
Telephone:  317.287.3600
Facsimile:   317.636.0712
E-mail: sdoty@littler.com

*Attorneys for Defendants*

11

4926-3888-0605.2 / 091581.1001

**Exhibit A - White, Nancy**

| Legal Name | Position(s) | Home Address Line 1 | Home Address Line 2 | Home Address City | Home Address State | Zip Code | Home Phone |
|---|---|---|---|---|---|---|---|
| Dalton, Alexis | Store Team Member | 1125 Lincolnway E | | Plymouth | IN | 46563 | 574-948-1124 |
| Overmeyer, Andrew | Food Service Leader | 1034 academy rd | | Culver | IN | 46511-1296 | (574) 780-1388 |
| Bell, Brienna | Store Team Member | 7829 N TOPINABEE RD | | Walkerton | IN | 46574 | (219) 242-5879 |
| Weldon, Curt | Store Team Member | 1314 Dora ln | | Plymouth | IN | 46975 | (574) 847-9899 |
| O'Connor, Deborah | 2nd Assistant Mgr Shift Ldr | 14447 State Road 17 | | Culver | IN | 46511-9075 | 574/903-1516 |
| Thatcher, Emily | Store Team Member | 4N McCormick St | | Hamlet | IN | 46532 | (219) 380-4392 |
| Smothers, Indira | Store Team Member | 12163 N woodland acres dr | | Syracuse | IN | 46563 | 260 213 6691 |
| Collins, Jennifer | Store Team Member | P.O.Box 4 | | Plymouth | IN | 46563 | 574-936-7233 |
| Bright, Karen | Store Team Member | 200 S 9th St | | Norfolk | NE | 46563 | (308) 224-8378 |
| Davis, Karyn | Assistant Store Manager | 309 N Walnut | | Plymouth | IN | 46563 | 574-316-2461 |
| Miller, Kasie | Store Team Member | 454 west marshall street | | Argos | IN | 46501 | (574) 767-0621 |
| Gonzalez, Maria | Store Team Member | 13577 Juniper Rd | | Argos | IN | 46501 | (574) 540-7932 |
| Ferree, Stephanie | Store Team Member | 1311 W. Jefferson St. | Apt. 104 | Plymouth | IN | 46563 | (574) 217-3189 |
| Agee, Vicki | Food Service Leader | 1098 N Queen Rd | | Walkerton | IN | 46574 | (574) 933-1368 |

**Exhibit B - Atencio, Tonya**

| Legal Name | Position(s) | Home Address Line 1 | Home Address Line 2 | Home Address City | Home Address State | Zip Code | Home Phone |
|---|---|---|---|---|---|---|---|
| Anderson, Joseph | Food Service Leader, Store Team Member | 720 W 12th St Apt 110 | | Newton | KS | 67114-1441 | 620/381-3581 |
| Flaming, Sarah | Store Team Member | 1012 Trinity Drive | | Newton | KS | 67114 | |
| Lehman, Dixie | Assistant Store Manager, Store Team Member | 402 S Main St | | Canton | KS | 67428-7029 | 620/504-2783 |
| Makovec, Michael | Pizza Delivery Team Member, Store Team Member | 219 E 2nd St | | Newton | KS | 67114-3403 | 316/212-1607 |
| Nance, Drew | Food Service Leader, Pizza Delivery Team Member | 123 1/2 E Broadway St | | Newton | KS | 67114-3076 | 316/252-7916 |
| Smith, Abby | Assistant Store Manager, Food Service Leader | 311 E. Pack | P.O. BOX 645 | Moundridge | KS | 67107 | 620/747-2852 |
| Wheeler, Tristin | Assistant Store Manager, Pizza Deliver Team Member, Shift Leader, Store Team Member | 815 n walnut a | | Newton | KS | 67114-3160 | 620/381-1072 |

| Legal Name | Position(s) | Home Address Line 1 | Home Address Line 2 | Home Address City | Home Address State | Zip Code | Home Phone |
|---|---|---|---|---|---|---|---|
| Warren, Matthew | Assitant Store Manager, Shift Leader, Store Team Member | 800 highland ave | | Newton | KS | 67114-1526 | 316/755-8516 |
| Watts, Isaiah | Store Team Member | 2016 Singletree Dr | | Newton | KS | 67114-9245 | 785/893-1414 |
| Wiseman, Barbara | Store Team Member | 2839 E Ellen | | Wichita | KS | 67219 | |
| Wedel, Brian | Pizza Delivery Team Member | 317 Harrison Street | | Newton | KS | 67114 | 316/708-6534 |
| Huebert, Clinton | Food Service Leader, Store Team Member | 219 east 2nd street | | Newton | KS | 67114 | |

**Exhibit C - Bade, Ralph**

| Legal Name | Position(s) | Home Address Line 1 | Home Address Line 2 | Home Address City | Home Address State | Zip Code | Home Phone |
|---|---|---|---|---|---|---|---|
| Eisele Jr., Jason | Store Team Member | 414 Allen Ave | | North Mankato | MN | 56003 | 952/303-9209 |
| Freiderich, Brady | Pizza Deliver Team Member, Store Team Member | 308 Meadow Woods Dr | | Mankato | MN | 56001 | 507/327-3629 |
| Jerve, Pamela | Assistant Store Manager, Store Team Member | 146 Long Street | | Mankato | MN | 56001 | |
| Johnson, Tracy | Assistant Store Manager, Shift Leader, Store Team Member | 1406 11th Ave | | Belle Plaine | IA | 52208 | 507/351-1501 |
| Luoth, Geng | Store Team Member | 1609 Hoover Dr 14 | | North Mankato | MN | 56003 | 507/803-4075 |
| McGuire, Amanda | Shift Leader, Store Team Member | 200 Summit Park | | Saint Peter | MN | 56082 | |
| Miller, Starcie | Store Team Member | 502 W 8th St | | Mankato | MN | 56001 | |
| Murphy, Kevin | Store Team Member | 325 Paige Ave Apt 335 | | North Mankato | MN | 56003 | |
| Newgord, Joshua | Store Team Member | 111 Joyce Dr. | | Mankato | MN | 56001 | |

| Legal Name | Position(s) | Home Address Line 1 | Home Address Line 2 | Home Address City | Home Address State | Zip Code | Home Phone |
|---|---|---|---|---|---|---|---|
| Sorenson, Shannon | Food Service Leader, Store Team Member | 619 N. Broad St. | | Mankato | MN | 56001 | 507/618-0719 |
| Stump, Kip | Assitant Store Manager | 413 North Broad St | | Mankato | MN | 56001 | |
| Wingen, Sarah | Store Team Member | 17269 State Hwy 66 | | Good Thunder | MN | 56037 | |

**Exhibit D - Bailey, Beverly**

| Legal Name | Position(s) | Home Address Line 1 | Home Address Line 2 | Home Address City | Home Address State | Zip Code | Home Phone |
|---|---|---|---|---|---|---|---|
| Balk, Samantha | Store Team Member | 2501 Rt. 84 | | Thomson | IL | 61285 | (815) 718-5680 |
| Boone, Barbara | Assistant Store Manager, Shift Leader, | 719 Cedar Street | | Savanna | IL | 61074 | (815) 757-1125 |
| Campion, Paul | Store Team Member | Po Box 295 | | Thomson | IL | 61285 | (815) 259-2219 |
| Davis, Skyler | Store Team Member | 1892 illinois route 84 | | Thomson | IL | 61285 | 563/249-6183 |
| Ehrich, Pamela | Assistant Store Manager | 2104 Sandridge Rd | | Thomson | IL | 61285 | (815) 499-1129 |
| Faust, Robert | Store Team Member | 2501 Il Rt 84 | | Thomson | IL | 61285 | (815) 718-5241 |
| Fosdick, Amy | Store Team Member | 9893 Doty Cir | | Savanna | IL | 61074-8427 | 815/990-2934 |
| Hoffman, Anna | Store Team Member | 10631B One Mile Rd | | Thomson | IL | 61285 | 309/281-9039 |
| Lambert, Kimberly | Store Team Member | 2001 Illinois Rt 84 | | Thomson | IL | 61285 | (563) 321-9196 |
| Scobee, Steven | Store Team Member | 3113 skyline drive | | Clinton | IA | 52732 | 309 525 5569 |
| Vos, Cassandra | Store Team Member | P.O. Box 332 | 8231/2 Main St | Thomson | IL | 61285 | (816) 793-2129 |

**Exhibit E - Barrera, Bonnie**

| Legal Name | Position(s) | Home Address Line 1 | Home Address Line 2 | Home Address City | Home Address State | Zip Code | Home Phone |
|---|---|---|---|---|---|---|---|
| Busby, Kylee | Store Team Member | 812 east 8th st apt 201 | | Bartlesville | OK | 74003 | 918/407-7989 |
| Edwards, Ember | Store Team Member | 517 East Noble St | | Drumright | OK | 74030 | 918/352-5812 |
| Gotcher, Amanda | Food Service Leader | 224 E Noble St | | Drumright | OK | 74030-4204 | 918/352-8642 |
| Henness, Jennifer | Store Team Member | 8002 s R2 road | | Cushing | OK | 74023 | 918/729-0226 |
| McCormick, Vanechia | Store Team Member | 707 E Walnut St | | Drumright | OK | 74030-3430 | 539/525-4716 |
| Robinson, Barbara | Assistant Store Manager | 926 W Broadway   St | | Cushing | OK | 74023 | 918/285-6543 |
| Rose, Samantha | Food Service Leader, Store Team Member | PO Box 16 | | Drumright | OK | 74030 | 918/352-1025 |
| Simmons, Kelsey | Shift Leader, Store Team Member | 724 east walnut street Apt 24 | | Drumright | OK | 74030 | 918/729-0894 |
| Thompson, Tammy | Store Team Member | 120 E 6th St | | Drumright | OK | 74030 | 918/500-0937 |
| Young-Theriot, Tristian | Assistant Store Manager, Shift Leader, Store Team Member | 1305 s oak Grove rd | | Cushing | OK | 74023 | 918/223-7928 |

**Exhibit F - Beatty, Judy**

| Legal Name | Position(s) | Home Address Line 1 | Home Address Line 2 | Home Address City | Home Address State | Zip Code | Home Phone |
|---|---|---|---|---|---|---|---|
| Cunningham, Twilla | Assistant Store Manager | 608 N. Garfield | | Marshall | MO | 65340 | (660) 631-6067 |
| Holt, Angela | Store Team Member | 107 w lunbeck | | Malta Bend | MO | 65339 | (660) 815-2086 |
| Johnson, Kathy | Store Team Member | 1935 SouthValley PKWY Apt 4 | | Marshall | MO | 65340 | (660) 815-2166 |
| Lea, Andrea | Shift Leader | 1221 E. Eastwood | | Marshall | MO | 65340 | (660) 631-3907 |
| Parker, Nancy | Store Team Member | 608 N. Lyon  Avenue | | Marshall | MO | 65340 | (916) 759-2739 |
| Poe, David | Store Team Member | 232 E yerby | | Marshall | MO | 65340 | (210) 601-6506 |
| Riggins, James | Store Team Member | 512 N Allen St | | Marshall | MO | 65340 | (660) 831-0402 |
| Root, Shawna | Shift Leader, Store Team Member | 407 N Baker St | | Nelson | MO | 65347 | (573) 873-4327 |
| Toman, Karla | Food Service Leader | 633 E Lacy | | Marshall | MO | 65340 | (660) 202-0922 |
| Wise, Cristy | Store Team Member | 552 South Lafayette | | Marshall | MO | 65340 | (660) 631-7903 |

**Exhibit G - Boyd, Jewelya**

| Legal Name | Position(s) | Home Address Line 1 | Home Address Line 2 | Home Address City | Home Address State | Zip Code | Home Phone |
|---|---|---|---|---|---|---|---|
| Amesquita, Jennifer | Shift Leader, Store Team Member | 4108 N Libby ave | | Oklahoma City | OK | 73122 | 405/990-3592 |
| Carter, Lashone | Shift Leader, Store Team Member | 4500 NW 29th | | Oklahoma | OK | 73127 | 316/339-5315 |
| Davenport, DeMarcus | Store Team Member | 500 Central Park Dr #615 | | Oklahoma City | OK | 73105 | 405/761-9188 |
| Fonba, Patience | Assistant Store Manager | 2325 NW 48th St | | Oklahoma City | OK | 73112 | (405) 802-2279 |
| Fraire, Jessica | Assistant Store Manager | 8009 Wilshire Hills Dr. | | Oklahoma City | OK | 73132 | (405) 446-1879 |
| Gatewood, Dashon | Kitchen Manager, Store Team Member | 432 nw 91st street | | Oklahoma City | OK | 73114 | 405/438-2531 |
| Gooch, Jennifer | Store Team Member | 2812 N Geraldine ave | | Oklahoma City | OK | 73107 | (405) 854-2479 |
| McGuire, Michelle | Kitchen Manager, Shift Leader | 421 sw 33rd st | | Oklahoma city | OK | 73109 | (405) 318-6965 |
| Mize, Jacob | Shift Leader | 1105 SW 38 Th St | | Oklahoma City | OK | 73109 | (405) 835-1923 |
| Potter, Angela | Food Service Leader | PO Box 721308 | | Oklahoma City | OK | 73172 | (405) 408-7563 |

**Exhibit H - Cassidy, Rebecca**

| Legal Name | Position(s) | Home Address Line 1 | Home Address Line 2 | Home Address City | Home Address State | Zip Code | Home Phone |
|---|---|---|---|---|---|---|---|
| Canady, Carmen | Food Service Leader | 521 Sky Vue Drive | Apt C | Raymore | MO | 64083 | 816-456-2611 |
| Harshner, Marsha | Store Team Member | 1407 n Lyne ave | | Raymore | MO | 64083 | 913-209-1611 |
| Hass, Codey | Pizza Delivery Team Member | 1600 Lakewood Ter Apt 106 | | Belton | MO | 64012-6175 | (816) 442-4859 |
| Hass, Karen | Store Team Member | 402B sky vue dr | | Raymore | MO | 64083 | 816/612-6375 |
| Hutson, Ray | Shift Leader | 822 N Washington | | El Dorado | KS | 67042 | 316-251-5692 |
| Kays, Sherry | Store Team Member | 506 NE Chipman Road | Apartment #64 | Lee summit | MO | 64063 | (816) 331-1721 |
| Marceleno, Susan | Store Team Member | 308 S Sunrise Dr | | Raymore | MO | 64083 | (816) 352-8391 |
| Michalski, Amber | Shift Leader | 1144 Helen St. | | Augusta | KS | 67010 | 999/999-9999 |
| Sessions, Linda | Store Employee | 304 Skyvue Drive Apt B | | Raymore | MO | 64083 | 816/606-1357 |
| Wilson, Kayla | Assistant Store Manager | 43 Huntington Rd | | Augusta | KS | 67010-2340 | 316-377-3403 |
| Frasier, Barbara | Store Team Member | 106 E OLIVE STREET | | Raymore | MO | 64083 | 901/412-6328 |
| Frasier, Rudy | Pizza Delivery Team Member | 106 east olive | | Raymore | MO | 64083 | 901/496-9148 |

**Exhibit I - Ciechna, Tabetha**

| Legal Name | Position(s) | Home Address Line 1 | Home Address Line 2 | Home Address City | Home Address State | Zip Code | Home Phone |
|---|---|---|---|---|---|---|---|
| Bong, Anthony | Store Team Member | 520 cherrywood dr | | North Aurora | Illinois | 60115 | (779) 206-0042 |
| Decker, Raquel | Assistant Store Manager | 303 Sunset Pl | G | DeKalb | Illinois | 60115 | (361) 212-1816 |
| Fourdyce, Laura | Assistant Store Manager | 67 S Somonauk Rd | PO Box 1596 | Cortland | Illinois | 60112 | (815) 756-8170 |
| Johnsen, Julie | Store Team Member | 19337 Hahn Drive | | DeKalb | Illinois | 60115 | (815) 217-6426 |
| Kadison, Tricia | Store Team Member | 80 w Linda Ave. | | Cortland | Illinois | 60112 | 630-615-0371 |
| Littlejohn, Vicki | Store Team Member | PO Box 284 | | DeKalb | Illinois | 60112 | 756-5501 |
| Nelson, Dorvin | Store Team Member | 37 E South Ave | | Cortland | Illinois | 60112 | (815) 202-6454 |
| Sebourn, Trena | Store Team Member | 11 E. Railroad Ave | | Cortland | Illinois | 60112 | 815/762-1326 |
| Tan-Christensen, Kelly | Shift Leader | 919 ridge dr | building 2 aprmt2 | DeKalb | Illinois | 60112 | (815) 762-2384 |
| Ziegler, Sandra | Store Team Member | 300 S Somonauk | Lot 28 | Cortland | Illinois | | (815) 756-8105 |

**Exhibit J - Crawford, Stephanie**

| Legal Name | Position(s) | Home Address Line 1 | Home Address Line 2 | Home Address City | Home Address State | Zip Code | Home Phone |
|---|---|---|---|---|---|---|---|
| Bailey, Serenity | Store Team Member | 1002 2nd st #6 | | Wellman | IA | 52356 | 319/677-1864 |
| Brecht, Robin | Store Team Member | 31132 125th st | | Kinross | IA | 52335 | 319/550-1189 |
| Martinez, Michelle | Store Team Member | 220 N HIGHLAND ST | | North English | IA | 52316 | 319/530-0109 |
| Mayeno, Glen | Store Team Member | 515 14th St Apt 1 | | Wellman | IA | 52356-9328 | (206) 545-4715 |
| Miller, Kelly | Assistant Store Manager, Shift Leader, Food Service Leader, Store Team Member | 326 S Walnut St | | North English | IA | 52316-9557 | 319/461-6565 |
| Sampson, Susan | Store Team Member | 29178 137th Street | | South English | IA | 52335 | 319/461-6565 |
| Schneider, Erik | Store Team Member | 1085 Ginkgo Ave | | Wellman | IA | 52356 | (319) 646-5811 |
| Watkins Jr., Aaron | Store Team Member | 816 9th Ave | | Wellman | IA | 52356 | (319) 325-2135 |
| Watkins, Brenda | Store Team Member | 816 9th Ave | | Wellman | IA | 52356 | (319) 646-6683 |

**Exhibit K - Drays, Melissa**

| Legal Name | Position(s) | Home Address Line 1 | Home Address Line 2 | Home Address City | Home Address State | Zip Code | Home Phone |
|---|---|---|---|---|---|---|---|
| Brittle, Michael | Store Team Member | 266 Fernvale Ave #6 | | Rockaway Beach | MO | 65740 | 417/527-4349 |
| Brown, Tyler | Assistant Store Manager | 18 Summit | | Kimberling City | MO | 65686 | (417) 593-1292 |
| Cornelius, Kyle | Store Team Member | 316 Cedar Hills Est | | Hollister | MO | 5195 | 417/239-7284 |
| Esparsen, Bernadette | Store Team Member | 260 Meadow Ridge North | | Branson | MO | 65616 | 970/390-5701 |
| Kellett, Arena | Kitchen Manager, Store Team Member | 1532 State Highway BB | | Hollister | MO | 65672-5426 | 417/239-7073 |
| Malloy, Jason | Shift Leader, Store Team Member | 1057 Iowa County Road | | Hollister | MO | 65672 | 417/527-2644 |
| Mitchell, Angela | Store Team Member | 138 Ruby Lane | | Hollister | MO | 65672 | (417) 402-5049 |
| Morris, Michael | Pizza Delivery Team Member | 546 cedar hills estate | | Hollister | MO | 65672 | 417/593-6877 |
| Small, Craig | Assistant Store Manager, Shift Leader, Store Team Member | 605 Eiserman Avenue | | Branson | MO | 65616 | 479/831-8785 |
| Snavely, Jennifer | Assistant Store Manager | 111 turner st | | Branson | MO | 65616 | 417/593-1492 |

**Exhibit L - Ferguson, Jodelle**

| Legal Name | Position(s) | Home Address Line 1 | Home Address Line 2 | Home Address City | Home Address State | Zip Code | Home Phone |
|---|---|---|---|---|---|---|---|
| Aasal, Jeffrey | Store Team Member | 46582 282nd st | | Lennox | SD | 57039 | (605) 906-0806 |
| Bouska, James | Kitchen Manager, Store Team Member | 1008 east 12th street | | Yankton | SD | 57078 | 605/661-6823 |
| Brandon, Ruthanne | Kitchen Manager, Store Team Member | 927 Allison | | Vermillion | SD | 57069 | 605/215-9895 |
| Brewer, Susan | Store Team Member | 408 Mulberry St | | Yankton | SD | 57078-4507 | 970/903-3402 |
| Brower, Erzsebet | Store Team Member | 200 Anchor Dr | | Yankton | SD | 57078 | (605) 760-7410 |
| Doering, Dakota | Store Team Member | 618 Locust st | | Yankton | SD | 57078 | 605/760-7745 |
| Jones, Larry | Store Team Member | 1903 Douglas Ave | | Yankton | SD | 57078 | 605/760-0212 |
| Olarasu, Chris | Assistant Store Manager, Shift Leader, Store Team Member | 1008 picotte st | Apt 8 | Yankton | SD | 57078 | 605/659-0987 |
| Schollmeyer, Madison | Food Service Leader, Kitchen Manager, Shift Leader, Store Team Member | 1008 Picotte St | | Yankton | SD | 57078-3000 | 402/261-1650 |
| Tackett, Marelee | Store Team Member | 1111 whiting dr | | Yankton | SD | 57078 | 605/661-6604 |

**Exhibit M - Flowers, Clara**

| Legal Name | Position(s) | Home Address Line 1 | Home Address Line 2 | Home Address City | Home Address State | Zip Code | Home Phone |
|---|---|---|---|---|---|---|---|
| Ameigh, Raven | Store Team Member | 112 S Willow St | | Lamoni | IA | 50140 | 641/572-2197 |
| Christopherson, Jeremy | Food Service Leader, Store Team Member | 401 Washington street | | New Market | IA | 51646 | 660/868-0909 |
| Clark, Rachel | Store Team Member | 207 W 10th St. | | Lamoni | IA | 50140 | (641) 414-9872 |
| Dominique, Chava | Assistant Store Manager, Store Team Member | 110 East Main Street | | Lamoni | IA | 50140 | 563/549-4728 |
| Dvorak, Miranda | Shift Leader, Store Team Member | 312 east 3rd street | | Lamoni | IA | 50140 | 641-289-0628 |
| Jones, Robert | Shift Leader, Store Team Member | 510 E 10th street | | Lamoni | IA | 50140 | 641/289-8142 |
| McBroom, Dawna | Kitchen Manager, Store Team Member | 118 W 9th St | | Lamoni | IA | 50140 | (641) 344-6392 |
| Nichols, Stephanie | Assistant Store Manager, Food Service Leader, Kitchen Manager, Store Team Member | 206 w Clark st | | Davis city | IA | 50065 | 641/289-0844 |
| Soll, Mason | Shift Leader, Store Team Member | 928 Blakes Lane | | Osceola | IA | 50213 | 515/782-3791 |

| Legal Name | Position(s) | Home Address Line 1 | Home Address Line 2 | Home Address City | Home Address State | Zip Code | Home Phone |
|---|---|---|---|---|---|---|---|
| Sprague, Robyn | Kitchen Manager, Store Team Member | 318 E Main Street | Apt 101 | Lamoni | IA | 50140 | 816/649-8917 |

**Exhibit N - Golden,Amie**

| Legal Name | Position(s) | Home Address Line 1 | Home Address Line 2 | Home Address City | Home Address State | Zip Code | Home Phone |
|---|---|---|---|---|---|---|---|
| Amos, Marcia | Store Team Member | 148 North 8th | Apt 206 | Salina | KS | 67401 | (785) 819-0667 |
| Branstetter, Kaleb | Store Team Member | 223 N Columbia Ave | | Salina | KS | 67401-8519 | (785) 787-2377 |
| Brewster, Velma | Store Team Member | 751 Osage Ave | | Salina | KS | 67401 | (785) 342-7260 |
| Burns, Brittany | Store Team Member | 1331 Faith Dr. | D | Salina | KS | 67401 | (785) 279-2917 |
| Conway, Charlene | Store Team Member | PO Box 142 | 822 Maple | Gypsum | KS | 67448-9803 | (785) 822-6080 |
| Conway, Virginia | Store Team Member | 822 Maple | | Gypsum | KS | 67448 | (785) 416-0367 |
| Dewitt, Darion | Store Team Member | 730 Fairdale Rd | Apt A4 | Salina | KS | 67401 | (785) 342-9540 |
| Elliott, Stacie | Store Team Member | PO Box 75 | | Tescott | KS | 67401 | (785) 914-7923 |
| Franklin, Brenda | Store Team Member | 1402 Oakmont Street | Apt A | McPherson | KS | 67401 | (620) 487-2723 |
| Galloway, Raymond | Shift Leader | 704 Gypsum | | Salina | KS | 67401 | (972) 536-3362 |
| Gargarello, Samantha | Store Team Member | 428 S Tulip St | | McPherson | KS | 67401-3301 | (785) 404-8676 |
| Hardy, Dawn | Food Service Leader | 208 des moines ave | | Salina | KS | 67401 | (785) 764-6824 |
| Martinez, Reynamar | Food Service Leader, Kitchen Manager, Store Team Member | 1842 Highland ave | | Salina | KS | | (785) 342-7558 |
| Mattison, Lane | Store Team Member | 1123 Stapler Avenue | | Salina | KS | 67401 | (785) 643-3660 |

**Exhibit O - Heath,Todd**

| Legal Name | Position(s) | Home Address Line 1 | Home Address Line 2 | Home Address City | Home Address State | Zip Code | Home Phone |
|---|---|---|---|---|---|---|---|
| Bohlmann, Kristie | Store Team Member | 11 Angela Dr. | | Fisher | IL | 61843 | (217) 766-7194 |
| Hammer, Steven | Pizza Delivery Team Member | 107 West Front Street | | Fisher | IL | 61843-9001 | (217) 706-2085 |
| Hancock, Brandy | Assistant Store Manager | 13 Angela drive | | Fisher | IL | 61843 | (217) 722-9093 |
| Hieser, Cindee | Store Team Member | 529 county road 2550 north | | Mahomet | IL | 61853 | (217) 417-2775 |
| Robbins, Jennifer | Shift Leader | 1332 Magnolia Ln | | Rantoul | IL | 61866-3235 | (217) 480-7882 |
| Rogers, Ramona | Store Team Member | 528 Cr 3000 North | | Fisher | IL | 61843 | (217) 897-6378 |
| Thomas, Shyanne | Store Team Member | 503 north west ave | | Fisher | IL | 61843 | (217) 418-2922 |
| Wall, Timothy | Assistant Store Manager | 500 S 5th St Apt 1 | | Fisher | IL | 61843-9419 | (217) 267-5599 |
| Wallen, Patrick | Store Team Member | 30 Terry dr | | Fisher | IL | 61843 | (607) 743-5499 |
| Welch, Geani | Food Service Leader | 107 West Front STreet | | Fisher | IL | 61843 | |

**Exhibit P - Jeffress, Lynn**

| Legal Name | Position(s) | Home Address Line 1 | Home Address Line 2 | Home Address City | Home Address State | Zip Code | Home Phone |
|---|---|---|---|---|---|---|---|
| Chambers, Denise | Shift Leader | 2205 Court St | | Granger | IA | 7743 | 515-724-4133 |
| Clarke, JaeMontierra | Shift Leader, Store Team Member | 1225 21st St | | Des Moines | IA | 50311-3205 | 309/660-5265 |
| Dryml, Shawn | Food Service Leader, Shift Leader, Store Team Member | 105 NW 8th St. Unit 106 | | Grimes | IA | 50111 | 515/269-7847 |
| Morales, Gladys | Store Team Member | 1450 Nw 81st Street | | Clive | IA | 50325 | (515) 276-5572 |
| Otto, Jessica | Shift Leader, Store Team Member | 2063 NW 146th St | | Clive | IA | 50325-7726 | 515/441-0351 |
| Randolph, John | Food Service Leader | 972 26th Street Apt.2 | | Des Moines | IA | 50312 | (515) 274-4327 |
| Reid, Amanda | Store Team Member | 8302 Westown Pkwy | Unit 8102 | West Des Moines | IA | 50266 | 515.210.4847 |
| Sheehy, Judy | Store Team Member | 2203 N 15th St | | Adel | IA | 50003 | (515) 993-3703 |
| Winter, Matthew | Assistant Store Manager | 1213 62 Nd St | | West Des Moines | IA | 50266 | (515) 490-0743 |
| Yarbrough, Cassandra | Food Service Leader | 1910 E Luster LN | | Des Moines | IA | 50322 | 515/441-9680 |

**Exhibit Q - Magruder, Hardin**

| Legal Name | Position(s) | Home Address Line 1 | Home Address Line 2 | Home Address City | Home Address State | Zip Code | Home Phone |
|---|---|---|---|---|---|---|---|
| Emmons, Misty | Shift Leader | 702 Sheffield Dr | | Macon | MO | 63552 | 660/349-7320 |
| Engel, Ann | Assistant Store Manager | 1608 E Normal Ave | | Kirksville | MO | 63501 | (660) 342-5372 |
| Hutton, Charlene | Shift Leader | 1205 Cherry Lane | | MacOn | MO | 63552 | (660) 833-9540 |
| Reyes, Chelsie | Store Team Member | 212 First Millard St | | Kirksville | MO | 63501 | 660/956-3344 |
| Smith, Patricia | Assistant Store Manager | 27060old hwy 36 | | Bevier | MO | 63532 | (660) 651-3329 |
| Stewart, Judy | Store Team Member | 602 N. Jasper | | Kirksville | MO | 63501 | (660) 323-5207 |
| Troy, Charlene | Store Team Member | 301 Dameron St | | MacOn | MO | 63552 | 660/346-8074 |
| Vincent, Morgan | Assistant Store Manager | 20766 Thousand Hills Trl | | Kirksville | MO | 63501 | (660) 349-8524 |
| Roux, Jessica | Food Service Leader | 501 North Cedar Street | P.O. Box 44 | Queen City | MO | 63561 | 636/725-9205 |
| Smith, Dorothy | Store Team Member | 1509 Crown Drive | | Kirksville | MO | 63501 | 660/292-1021 |

**Exhibit R - McGinnis, Paula**

| Legal Name | Position(s) | Home Address Line 1 | Home Address Line 2 | Home Address City | Home Address State | Zip Code | Home Phone |
|---|---|---|---|---|---|---|---|
| Canney, Scott | Store Team Member | 208 Spruce St Apt 1 | PO Box 454 | De Soto | IA | 50069 | 515/447-8064 |
| Harbin, Adrian | Store Team Member | 912 dallas street | | De Soto | IA | 50069 | 770/572-6205 |
| Huston, Barbara | Store Team Member | 3060 235th St | | St Charles | IA | 50240 | 515-669-4550 |
| Kloberdanz, Melissa | Food Service Leader | 226 W. Main St. #2 | | St Charles | IA | 50240 | 641-414-8386 |
| Mease, Mikelyn | Store Team Member | 310 North Morgan Street | Apt 7 | St. Charles | IA | 50240 | 515/210-7025 |
| Rosado, Leandra | Food Service Leader | 613 Polk street lot 49 | | De Soto | IA | 50069-7711 | 812/557-5433 |
| Smith, Melinda | Store Team Member | 19568 Station Street | Apt 105 | Big Lake | MN | 55309 | (515) 720-7361 |
| Stephenson, Rose | Store Team Member | 2935 328th Street | | Truro | IA | 50257 | (319) 464-4347 |
| Walsh, Christopher | Store Team Member | 29456 old portland rd apt# 113 | | De Soto | IA | 50069-1065 | 985/318-4529 |
| Young, Roselee | Shift Leader, Store Team Member | 310 N Walnut Street | | St Charles | IA | 50240 | (515) 210-6680 |

**Exhibit S - Moore, Tressa**

| Legal Name | Position(s) | Home Address Line 1 | Home Address Line 2 | Home Address City | Home Address State | Zip Code | Home Phone |
|---|---|---|---|---|---|---|---|
| Alam, Novalee | Kitchen Manager, Store Team Member | 1430 S. Rock Road | | GeudaSprings | KS | 67152 | 620-447-3364 |
| Edgington III, Merle | Store Team Member | 1316 n a st | | Wellington | KS | 67152 | (620) 440-0776 |
| Gaitan, Guadalupe | Store Team Member | 1308 n blazine | | Wellington | KS | 67152 | (620) 986-7394 |
| Gannaway, Kaitlyn | Store Team Member | 200 North First | | Clearwater | KS | 67026 | (620) 440-8138 |
| Gradoleon, Javier | Store Team Member | 821 south c street | | Wellington | KS | 67152 | (620) 440-8575 |
| Heath, Noah | Store Team Member | 320 E Wood St | | Clearwater | KS | 67026 | (316) 847-9759 |
| Kern, Greg | Assistant Store Manager | 421 east stuart st | Apt 2 | South Haven | KS | 67152 | (845) 661-7949 |
| Jones, Daniel | Store Team Member | 723 S Jefferson | | Wellington | KS | 67152 | 620-326-3629 |
| Martinez, Isabel | Store Team Member | 1230 Ridgeview Ct. | | Clearwater | KS | 67026 | (316) 452-4835 |
| Myers, Stephen | Store Team Member | 137 n. lee | | Clearwater | KS | 67026-7805 | (316) 312-4894 |

**Exhibit T - Ness, Deborah**

| Legal Name | Position(s) | Home Address Line 1 | Home Address Line 2 | Home Address City | Home Address State | Zip Code | Home Phone |
|---|---|---|---|---|---|---|---|
| Caulley, Maranda | Store Team Member | 8589 Towson Blvd | | Miamisburg | OH | 45342 | (937) 580-6982 |
| Doan, Christine | Assistant Store Manager | Rr1 | Box 259 | Oquawka | IL | 61469 | (319) 759-5436 |
| Doan, Elizabeth | Store Team Member | 102 S Liberty Street | | Gladstone | IL | 61437 | 309/221-4565 |
| Erickson, Derek | Store Team Member | 508 Sw 6th St | | Aledo | IL | 61231 | (309) 737-8870 |
| Fues, Alisha | Store Team Member | Rr 1 | Box 202a | Oquawka | IL | 61469 | (319) 850-2452 |
| Gunsallus, Jennifer | Store Team Member | 1701 Washington St Apt 8 | | Keithsburg | IL | 61442 | 309/507-2369 |
| Russell, Alicia | Store Team Member | 710 S10th St | | Keithsburg | IL | 61442 | 309/507-2649 |
| Simpson, Angela | Store Team Member | 808 Main st | | Keithsburg | IL | 61442 | 309/507-3593 |
| Talbott, Kerri | Store Team Member | 345 S. jefferson Street | | Roseville | IL | 61473 | 781/724-7067 |
| Wheatley, Barbara | Assistant Store Manager, Store Team Member | 1703 Main St | | Keithsburg | IL | 61442-9659 | 309/507-6066 |

**Exhibit U -
Pfannenstiel,Michelle**

| Legal Name | Position(s) | Home Address Line 1 | Home Address Line 2 | Home Address City | Home Address State | Zip Code | Home Phone |
|---|---|---|---|---|---|---|---|
| Baker, Elvin | Food Service Leader, Store Team Member | 626 University Place | | Salina | KS | 67401 | (785) 342-3064 |
| Budreau, Kyle | Pizza Delivery Team Member | 516 East 2nd Street | | Ellsworth | KS | 67439 | 785-534-3413 |
| Connor, Tammy | Assistant Store Manager, Store Team Member | 3225 Lyon Rd | | Parsons | KS | 67401-8517 | (620) 778-0886 |
| Green, Richard | Store Team Member | 209 Nebraska | | Ellsworth | KS | 67401 | (785) 472-1096 |
| Helzer, Archie | Shift Leader, Store Team Member | 645 Georgetown Road | | Salina | KS | 67448 | 785-914-8900 |
| Mowrer, Randy | Car Wash Attendant/Team Member | 1101 N 12th | | Salina | KS | 67401 | (785) 280-2730 |
| Scales, Tara | Store Team Member | 304 Rahm St. | | Salina | KS | 67401 | (785) 643-6247 |
| Sellers, Timothy | Store Team Member | 445 South Clark Unit C | | Salina | KS | 67401 | 785-342-0298 |
| Shank-Woker, Tabatha | Store Team Member | 1015 E ELM ST | | Salina | KS | 67401 | 785-577-0113 |
| Taylor, Samuel | Store Team Member | 924 n 10th st | | Garden City | KS | 67846 | (620) 444-0855 |

**Exhibit V -**
**Rice,Elizabeth**

| Legal Name | Position(s) | Home Address Line 1 | Home Address Line 2 | Home Address City | Home Address State | Zip Code | Home Phone |
|---|---|---|---|---|---|---|---|
| Broadwell, Samantha | Store Team Member | 837 Countryside Trailor Court | | Fargo | ND | 58103 | 612/200-4566 |
| Desjarlais, Danielle | Shift Leader | 1601 5Th Ave S | | Fargi | ND | 58103 | (701) 516-7067 |
| Deutsch, Andrew | Store Team Member | 1710 20th ave s | | Fargo | ND | 58103 | (701) 840-5626 |
| Golden, Richard | Store Team Member | 421 20 ave n | | Fargo | ND | 58078 | (701) 650-0807 |
| Herrick, Diana | Shift Leader | 4333 15th Ave S | | Fargo | ND | 58103 | (701) 793-9289 |
| Kincaid, Lynelle | Store Manager | 11843 Silverod St. | | Coon Rapids | MN | 58078 | (763) 228-0798 |
| Komrosky, Joshua | Shift Leader | 617 Viking Court | | Valley City | ND | 58078 | (701) 840-7423 |
| Palazeke Olson, Kimberly | Kitchen Manager | 1509 11th St SW | | Wadena | MN | 56482-2203 | (323) 901-0876 |
| Ridgway, Clark | Kitchen Manager | 1209 13 1/2 St. S | | Fargo | ND | 58103 | (701) 205-8243 |
| Vargo, Lily | Assistant Store Manager | 1521 Braodway N | | Fargo | ND | 58102 | (701) 306-0293 |

**Exhibit W - Rollins, Jamie**

| Legal Name | Position(s) | Home Address Line 1 | Home Address Line 2 | Home Address City | Home Address State | Zip Code | Home Phone |
|---|---|---|---|---|---|---|---|
| Bilskie, Heather | Store Team Member | 1003 E. Van Trees St. | | Washington | IN | 47501 | 812/881-9388 |
| Brown, Adele | Store Team Member | 1014 Virginia street | P.o. box 184 | Plainville | IN | 47568 | (317) 625-3424 |
| Emmons, Charles | Store Team Member | 429 Adaline St | | Elnora | IN | 47529 | 812/698-2343 |
| Everett, Brenda | Store Team Member | 1254N 850W | | Switz City | IN | 47465 | (812) 381-0399 |
| Gulley, Linda | Store Team Member | 200 W. Pike Ave. | Apt 211 | Petersburg | IN | 47567 | 812/582-1296 |
| Hoerter, Samuel | Store Team Member | 4249 E Olive Branch | | Bloomfield | IN | 47424 | 812/863-2952 |
| Land, Lonnie | Store Team Member | 64 NW 14th St | | Linton | IN | 47441 | 812-798-2475 |
| Messer, Gina | Shift Leader | 409 Spring Street | | Odon | IN | 47562 | 812-698-3945 |
| Pabey, Sherri | Store Team Member | 901 7th St NE Apt 67 | | Linton | IN | 47441-1229 | 812/798-1329 |
| Slaven, Theresa | Store Team Member | 63 | | Linton | IN | 47441 | 812-486-9517 |

**Exhibit X - Skinner, Deeann**

| Legal Name | Position(s) | Home Address Line 1 | Home Address Line 2 | Home Address City | Home Address State | Zip Code | Home Phone |
|---|---|---|---|---|---|---|---|
| Ashpole, Elaine | Food Service Leader | 642 Maple Lane | | Eagle Lake | MN | 56024 | (507) 514-1139 |
| Blevins, Eric | Store Team Member | 36303 Pincherry road | | Cohasset | MN | 55721 | 612-749-7064 |
| Garver, Bonnie | Store Team Member | 600 main st | PO Box 183 | Good Thunder | MN | 56037 | (507) 420-0089 |
| Jerve, Pamela | Assistant Store Manager | 146 Long Street | | Mankato | MN | 56001 | 320-221-0728 |
| Kupcho, Chad | Food Service Leader | 712 Mickelson Trail | | Mankato | MN | 56063 | (507) 469-5586 |
| Miller, Miranda | Store Team Member | 106 2nd Ave Se | | Mapleton | MN | 56065 | (763) 283-0805 |
| Mountain, Leander | Store Team Member | 1719 Vista Villa ct | | Waseca | MN | 56093 | 507 201 3017 |
| Nasinec, Cynthia | Store Team Member | 114 North Agency Street | | Eagle Lake | MN | 56024 | (507) 380-8046 |
| Tosch, Lori | Shift Leader | 208 E. Thompson Street | | Mankato | MN | 56001 | (507) 351-5038 |

**Exhibit Y - Thompson, Trace**

| Legal Name | Position(s) | Home Address Line 1 | Home Address Line 2 | Home Address City | Home Address State | Zip Code | Home Phone |
|---|---|---|---|---|---|---|---|
| Carlson, Shaun | Assistant Store Manager | 1803 raintree ct | | Sycamore | IL | 60178 | (331) 575-4648 |
| Dawson, Lonnie | Shift Leader | 407 j ave | | Grundy center | IA | 50638 | (815) 499-2063 |
| Diggs, Alyssa | Store Team Member | 1803 Raintree Ct | | Sycamore | IL | 60178 | 312/270-5844 |
| Edwards, Jeanette | Store Team Member | 811 Willow street | | Maple Park | IL | 60151 | 815/501-6686 |
| Hirschbein, Tammy | Shift Leader | 530 N Loves Road | | Cortland | IL | 60112 | 847/660-0028 |
| Penny, Kevin | Store Team Member | 506 10th Ave. B | | Rockfalls | IL | 61071 | 217/520-6494 |
| Russom, Angela | Shift Leader, Store Team Member | 1803 Meadowbrook Ct | | Sycamore | IL | 60178-2727 | (815) 291-5607 |
| Smith, Michael | Store Team Member | 1133 Wild St | | Sycamore | IL | 60178 | 847/710-6924 |
| Sparacio, Camille | Store Team Member | 34 w maple Ave | | Cortland | IL | 60112 | (815) 793-7856 |
| Williams, Emily | Kitchen Manager, Store Team Member | 46 East North Avenue | | Cortland | IL | 60112 | 815/901-7997 |

**Exhibit Z - Ulstad, Stephanie**

| Legal Name | Position(s) | Home Address Line 1 | Home Address Line 2 | Home Address City | Home Address State | Zip Code | Home Phone |
|---|---|---|---|---|---|---|---|
| Allen, Mary | Store Team Member | 1411 Prince St | Po Box 607 | Mt Lake | MN | 56159 | (507) 220-7949 |
| Frederick, Christina | Shift Leader | 1515 Ithaca Ave | #2 | Spirit Lake | IA | 51360-1682 | 507 841 1334 |
| Husaboe, Erica | Store Team Member | 613 7th st apt 13 | | Madison Lake | MN | 56063 | 507/210-0160 |
| Koeppen, Abigail | Store Team Member | 812 Hills Ave Apt 104 | | jackson | MN | 56143 | 712/299-9692 |
| Miller, Alicia | Store Team Member | 1058 90TH AVE | | Sherburn | MN | 56171 | 507/848-8152 |
| Paredes, Amanda | Assistant Store Manager | 49600 county road 3 | | Windom | MN | 56101 | 651/528-0884 |
| Stammer, Logan | Store Team Member | 103 South Serdar up Ave | | jackson | MN | 56143 | (1507) 312-6449 |
| Strang, Joy | Assistant Store Manager | 145 South Sverdrup Ave | | Jackson | MN | 56143 | (712) 260-3089 |
| Truman, Briana | Shift Leader, Store Team Member | 921 North Highway | | Jackson | MN | 56143 | (712) 450-0647 |
| Warwick, Jamie | Store Team Member | 601 N. 10th St | | Mountain Lake | MN | 56159 | 507/381-4946 |

**Exhibit AA - Ward, Thomas**

| Legal Name | Position(s) | Home Address Line 1 | Home Address Line 2 | Home Address City | Home Address State | Zip Code | Home Phone |
|---|---|---|---|---|---|---|---|
| Garvin, Joshua | Assistant Store Manager | 1304 S 14th | | Mattoon | IL | 61938 | (217) 929-8857 |
| Harpster, Mark | Shift Leader | P.O. Box 1023 | | Mattoon | IL | 61920 | 217-232-4515 |
| Hopgood, Rebecca | Store Team Member | 3101 Marshall Ave | | Mattoon | IL | 61938 | (217) 276-7012 |
| Jackson, Jonathon | Store Team Member | 2605 Richmond | | Mattoon | IL | 61938 | (217) 259-8807 |
| Maring Tipsword, Robin | Assistant Store Manager | 509 N 3rd St | | Mattoon | IL | 61938 | (217) 273-4635 |
| Mason, Marissa | Assistant Store Manager | 916 N 19 | | Mattoon | IL | 61938 | 217-273-2386 |
| Myers, Carolyn | Store Team Member | 529 S Roosevelt St | | Mattoon | IL | 62428 | 620/381-0655 |
| Remlinger, Cathy | Kitchen Manager | 712 S 27th street | | Mattoon | IL | 61938 | 217-790-0425 |
| Renfro, Ashley | Assistant Store Manager | 2001 12th st. | Apt 2 | Charleston | IL | 61957 | (217) 294-5450 |
| Rinehart, Nikita | Assistant Store Manager | 2621 Commercial Ave | | Mattoon | IL | 61938 | (217) 246-8390 |
| Robertson, Brad | Store Team Member | 200 e main st | | Toledo | IL | 62468 | 217/849-4129 |
| Splittorff, Jacey | Food Service Leader | 1317 South 6th Street | | Mattoon | IL | 61938 | (217) 254-2584 |
| Stuart, Betsy | Store Team Member | 304 W Jefferson | | Toledo | IL | 62468 | (217) 994-6879 |
| Tryon, Kyler | Assistant Store Manager | 93 Plum Court | | Mattoon | IL | 61938 | (217) 208-2819 |
| Whennen, Katrina | Shift Leader | 441 S Heinlein Dr | Apt A | Shelbyville | IL | 62565 | 217/663-1842 |
| Williams, Shania | Food Service Leader | 3117 Marion Ave | | Mattoon | IL | 61938 | 217/254-8980 |

**Exhibit BB -**
**Wheat,Tammy L**

| Legal Name | Position(s) | Home Address Line 1 | Home Address Line 2 | Home Address City | Home Address State | Zip Code | Home Phone |
|---|---|---|---|---|---|---|---|
| Bechtold, Brandi | Store Team Member | 50 Mallard Drive | | Pontoon Beach | IL | 62040 | 618/501-1280 |
| Coad, Susan | Store Team Member | 2723 Harvey pl | 44 | Granite City | IL | 62040 | 618/789-9067 |
| Klasing, Katherine | Store Team Member | 2546 Iowa St | | Granite City | IL | 62040 | 618/558-1459 |
| Manninger, Courtney | Store Team Member | 2811 edwards | | granite | IL | 62040 | 618/304-6027 |
| Smith,Shelley A | Assistant Store Manager | 13 Parktown Drive | | Granite City | IL | 62040 | 618.910.0533 |
| Rake,Fredrick P | Shift Leader | 104 Herman St | | East Alton | IL | 62024 | (571) 215-8855 |
| Scroggins,Ryan J | Assistant Store Manager | 1007 Biltmore Blvd. | | South Roxana | IL | 62087 | (618) 250-4316 |
| Dolosic-Cox,Teresa M | Store Team Member | 2323 LINCOLN AVE | | Granite City | IL | 62040 | (618) 709-3478 |
| Babic II,Tenni Jo M | Store Team Member | 260 E Action Ave | Apt A | Wood River | IL | 62095 | (618) 210-2219 |
| Pickens,Jennifer | Shift Leader | 337 Wilson Ave | | Wood River | IL | 62040 | (618) 314-0420 |

**Exhibit CC - Zalud, Deborah**

| Legal Name | Position(s) | Home Address Line 1 | Home Address Line 2 | Home Address City | Home Address State | Zip Code | Home Phone |
|---|---|---|---|---|---|---|---|
| Cline, Curtis | Store Team Member | 2621 West 15th | | North Platte | NE | 69101 | (606) 359-0740 |
| Drake, Nathaniel | Store Team Member | 2420 W 9th | Lot 54 | North Platte | NE | 69101 | (308) 520-1437 |
| Ferguson, Paul | Store Team Member | 1519 West 5th St. | | North Platte | NE | 69101 | (315) 527-2980 |
| Little, Susan | Food Service Leader, Store Team Member | 233 Listers Road | | North Platte | NE | 69101 | 308 539 3562 |
| Macias, Alicia | Store Team Member | 2510 west 21st | | North Platte | NE | 69101 | (308) 221-0117 |
| Martinez, Teresa | Shift Leader, Store Team | 721 west 7th street | | North Platte | NE | 69101 | (30) 866-0058 |
| Randt, Joshua | Store Team Member | 1500 E 12th st. | | North Platte | NE | 69101 | (308) 660-5184 |
| Robinson, David | Shift Leader | 119 w 11th St. | | North Platte | NE | 69101 | (308) 532-0478 |
| Sharp, Theresa | Assistant Store Manager, Shift Leader | 2300 East Phillip | 22b | North Platte | NE | 69101 | 308-539-1680 |
| Urbina, Andrew | Store Team Member | 1916 w 15th | | North Platte | NE | 69101 | (308) 240-3700 |

**Exhibit DD - Zumbrun, Karen**

| Legal Name | Position(s) | Home Address Line 1 | Home Address Line 2 | Home Address City | Home Address State | Zip Code | Home Phone |
|---|---|---|---|---|---|---|---|
| Anderson, Julie | Store Team Member | 2397 Kiowa Rd | | Galva | KS | 67443 | (620) 242-3904 |
| Coker, Mary | Food Service Leader | 201 Meadowbrook #703 | | Newton | KS | 67114 | 316-749-0151 |
| Godwin, Ashley | Store Team Member | 1719 N. Main | Apt 622 | McPherson | KS | 67460 | (620) 504-4386 |
| Johnson, Rhianna | Assistant Store Manager | 1000 S Stearman St | | Mcpherson | KS | 67460-7108 | 620-755-4672 |
| Jones, Neicha | Store Team Member | 328 north missouri street | | Kanopolis | KS | 67460 | (785) 531-2233 |
| Koch, Julie | Assistant Store Manager | 314 East Knott | | Hesston | KS | 67062 | (316)-830-0128 |
| Kochase, Bobby | Shift Leader | 1500 N Main | Apt 20 | McPherson | KS | 67460 | (620) 755-2755 |
| Pierce, Heather | Store Team Member | 114 blaine | | Walton | KS | 67151 | (620) 266-6488 |
| Sullivan, Clinton | Store Team Member | 117 A Rd | | Goessel | KS | 67053 | (316) 558-6244 |
| Woods, Valerie | Assistant Store Manager | 718 Random Rd | | Hesston | KS | 67401 | (316) 409-5260 |
| Crist, Heather | Food Service Leader | 1501 old main | | Newton | KS | 67114 | (316) 416-5562 |