**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA**

NANCY WHITE, on behalf of herself and all
others similarly situated,

        Plaintiffs,

      v.

CASEY'S GENERAL STORES, INC.,
CASEY'S MARKETING COMPANY, and
CASEY'S RETAIL COMPANY,

        Defendants.

Case No.: 2:18-CV-00072 (DRL) (JEM)

## MOTION TO EXTEND DEADLINES

Plaintiff Nancy White, on behalf of herself and the Opt-in Plaintiffs ("Plaintiffs") submit this motion and move this Court for an extension of the January 2, 2026, expert and fact discovery deadline, making the new deadline for expert and fact discovery **May 5, 2026**.

1. On April 7, 2025, this Court granted an extension of the deadline to complete discovery in this case to October 31, 2025, and extended the expert discovery deadline to January 2, 2026. Dkt. No. 312.

2. Since that time, the parties have had several conferences with the Court wherein they described discovery disputes, which the parties endeavored to narrow through conferral efforts. These conferences occurred on June 5, 2025 (Dkt. No. 332), July 31, 2025 (Dkt. No. 337), and October 9, 2025 (Dkt. No. 343). During the July 31, 2025, Court conference, the Court extended the fact discovery deadline to January 2, 2026. Dkt. No. 337.

3. On October 9, 2025, the Court set a briefing schedule for motions to compel filed by both sides.   Both motions are currently pending (*see* Dkt. Nos. 344, (Plaintiffs' Motion), 366 (Defendants' Motion)).  In these Motions the parties seek additional discovery and Defendants

seek 24 depositions.

4.   On November 12, 2025, the parties participated in a mediation which did not conclude in a settlement of this action.

2.   Moreover, Defendants have promised but have yet to provide additional deduction pay information including data related to vacation deductions made, which Plaintiffs need to complete their depositions in this action and to finalize their damage calculations.

3.   Plaintiffs contacted Defendants yesterday concerning their position on the relief requested herein however at the time of filing Plaintiffs have not yet heard back from Defendants.

4.   The requested extension would allow the parties to complete discovery in this action and for the pending discovery motions to resolved by the Court.

WHEREFORE, Plaintiffs respectfully request an extension of the January 2, 2026, expert and fact discovery deadline, making the new deadline for expert and fact discovery **May 5, 2026**.

Dated: December 31, 2025                Respectfully submitted,

*s/Rebecca S. Predovan*
Rebecca S. Predovan*
Marc S. Hepworth*
Charles Gershbaum*
David A. Roth*
**HEPWORTH, GERSHBAUM & ROTH, PLLC**
192 Lexington Avenue, Suite 802
New York, New York 10016
Telephone: (212) 545-1199
Facsimile: (212) 532-3801
E-mail:  mhepworth@hgrlawyers.com
E-mail: cgershbaum@hgrlawyers.com
E-mail: droth@hgrlawyers.com
E-mail: rpredovan@hgrlawyers.com

Michael Palitz*
**SHAVITZ LAW GROUP, P.A.**
477 Madison Avenue, 6th Floor
New York, NY 10022
Telephone: (800) 616-4000

Facsimile: (561) 447-8831
E-mail: mpalitz@shavitzlaw.com

Gregg I. Shavitz*
Camar Jones*
**SHAVITZ LAW GROUP, P.A.**
622 Banyan Trail, Suite 200
Boca Raton, FL 33431
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
E-mail: gshavitz@shavitzlaw.com
E-mail: cjones@shavitzlaw.com

Richard E. Shevitz
Scott Gilchrist
**COHEN & MALAD, LLP**
One Indiana Square Suite 1400
Indianapolis, IN46204
Phone: (317) 636-6481
Facsimile: (317) 636-2593
E-mail: rshevitz@cohenandmalad.com
E-mail: sgilchrist@cohenandmalad.com

*Attorneys for Plaintiffs and the FLSA Collective Members*

*admitted or to apply for admission *pro hac vice*

## CERTIFICATE OF SERVICE

I certify that on December 31, 2025, I served a true copy of this document by all counsel of record via the Court's Electronic Case Filing system.

*/s/ Rebecca Predovan*
Rebecca Predovan

3