**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

|  |  |
|---|---|
| NANCY WHITE, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>CASEY'S GENERAL STORES, INC., CASEY'S MARKETING COMPANY, and CASEY'S RETAIL COMPANY,<br><br>    Defendants. | No. 2:18-cv-00072-DRL-JEM |

## PLAINTIFFS' NOTICE REGARDING DENIAL OF WRIT OF CERTIORARI IN *RICHARDS v. ELI LILLY & CO.*

Plaintiff Nancy White writes to notify the Court that the United States Supreme Court denied the writ of certiorari filed in *Richards v. Eli Lilly & Co., et al.*  A copy of the Order is located at page 6 of the Supreme Court's Order list.  Exhibit A at page 6; Supreme Court of the United States website, https://www.supremecourt.gov/orders/courtorders/011226zor_3d9g.pdf (last visited January 13, 2026).  Defendants argued that the Court should stay its decision on Plaintiffs' Motion for Reconsideration Regarding Equitable Tolling until the Supreme Court addressed the *Richards* petition.  While there was no legitimate basis for a stay in the first place as the *Richards* defendants were not seeking to address the equitable tolling issues in *Richards* (see ECF No. 364 at 5), the Supreme Court has now denied the petition and Defendants' request for a stay pending resolution of the *Richards* writ of certiorari must be denied.

Dated: January 13, 2026      Respectfully submitted,

             s/Michael Palitz_____
             Michael Palitz*
             **SHAVITZ LAW GROUP, P.A.**
             477 Madison Avenue, 6th Floor

New York, NY 10022
Telephone: (800) 616-4000
Facsimile: (561) 447-8831
E-mail: mpalitz@shavitzlaw.com

Gregg I. Shavitz*
Camar Jones*
**SHAVITZ LAW GROUP, P.A.**
622 Banyan Trail, Suite 200
Boca Raton, FL 33431
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
E-mail: gshavitz@shavitzlaw.com
E-mail: cjones@shavitzlaw.com

Richard E. Shevitz
Scott Gilchrist
**COHEN & MALAD, LLP**
One Indiana Square Suite 1400
Indianapolis, IN46204
Phone: (317) 636-6481
Facsimile: (317) 636-2593
E-mail: rshevitz@cohenandmalad.com
E-mail: sgilchrist@cohenandmalad.com

Marc S. Hepworth*
Charles Gershbaum*
David A. Roth*
Rebecca S. Predovan*
**HEPWORTH, GERSHBAUM & ROTH, PLLC**
192 Lexington Avenue, Suite 802
New York, New York 10016
Telephone: (212) 545-1199
Facsimile: (212) 532-3801
E-mail:  mhepworth@hgrlawyers.com
E-mail: cgershbaum@hgrlawyers.com
E-mail: droth@hgrlawyers.com
E-mail: rpredovan@hgrlawyers.com

***Attorneys for Plaintiffs and the FLSA Collective Members***

*admitted or to apply for admission *pro hac vice*

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on January 13, 2026, I served a true copy of this document by all counsel of record via the Court's Electronic Case Filing system.

<u>/s/ Michael Palitz</u>
Michael Palitz