# EXHIBIT A

(ORDER LIST: 607 U.S.)


MONDAY, JANUARY 12, 2026


CERTIORARI -- SUMMARY DISPOSITIONS

25-390      )  FULL PLAY GROUP, S.A. V. UNITED STATES, ET AL.
            )
25-396      )  LOPEZ, HERNAN V. UNITED STATES, ET AL.

     The petitions for writs of certiorari are granted.  The judgment is vacated, and the cases are remanded to the United States Court of Appeals for the Second Circuit for further consideration in light of the pending motion to dismiss the indictment.

25-5067     ZIELINSKI, KIRA K. V. UNITED STATES

     The motion of petitioner for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Eighth Circuit for further consideration in light of the position asserted by the Solicitor General in his brief for the United States filed on November 13, 2025.

ORDERS IN PENDING CASES

25A489      DIAZ SANTIAGO, RAY L. V. MIRANDA, MANUEL, ET AL.

     The application for stay addressed to the Chief Justice and referred to the Court is denied.

25A571      RUED, JOSEPH D., ET AL. V. JAYSWAL, JAYKUMAR, ET AL.

     The application for an injunction addressed to Justice Alito and referred to the Court is denied.

1

25M43        ADAMS, JETT G. V. SHANNON, DIR., WY DOC, ET AL.

             The motion for leave to file a petition for a writ of

certiorari with the supplemental appendix under seal is granted.

25M44        IN RE PATRICK R. HARPER

             The motion for leave to proceed as a seaman is denied.

25M45        HUTCHINSON, GEORGE B. V. UNITED STATES

             The motion for leave to proceed as a veteran is denied.

25M46        CLARK, EDWARD L. V. CALIFORNIA, ET AL.

             The motion to direct the Clerk to file a petition for a writ

of certiorari out of time is denied.

25M47        KLEIN, TONY D. V. UNITED STATES

             The motion for leave to file a petition for a writ of

certiorari with the supplemental appendix under seal is granted.

25M48        DOE, JOHN V. PENNSYLVANIA

             The motion for leave to file a petition for a writ of

certiorari under seal with redacted copies for the public record

is denied.

25M49        CALHOUN, DAVID V. UNITED STATES

25M50        BERRY, DUANE L. V. UNITED STATES

             The motions for leave to file petitions for writs of

certiorari with the supplemental appendices under seal are

granted.

25M51        IN RE RODOLFO VELA, ET AL.

             The motion for leave to file a petition for a writ of

mandamus with the supplemental appendix under seal is denied.

23-6912      FIELDS, SAMUEL V. PLAPPERT, WARDEN

             Respondent is requested to file a response to the petition

for rehearing within 30 days.

24-983    HAVANA DOCKS CORP. V. ROYAL CARIBBEAN CRUISES, ET AL.

      The motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument is granted.

25-83    JULES, ADRIAN V. ANDRE BALAZS PROP., ET AL.

      The motion of petitioner to dispense with printing the joint appendix is granted.

25-257    WELLS PHARMA OF HOUSTON, L.L.C. V. ZYLA LIFE SCIENCES, L.L.C.

25-293    GENERAL DYNAMICS CORP., ET AL. V. SCHARPF, SUSAN

      The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

25-354    ZARATE PINA, PEDRO, ET AL. V. BONDI, ATT'Y GEN.

      Respondent is requested to file a response to the petition for rehearing within 30 days.

25-365    TRUMP, PRESIDENT OF U.S., ET AL. V. BARBARA, ET AL.

      The motion of petitioners to dispense with printing the joint appendix is granted.

25-5688    TWIGG, LINDA K. V. TWIGG, ALLAN L.

      The motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* is denied.

25-5948    KIMBRELL, JODY D. V. USDC CD CA

25-5957    CONTEJEAN, KATHERINE V. AMEREN MO

25-6011    DE LIGHT, JOHN V. DE LIGHT, LAURA, ET AL.

25-6024    OCHAR, WILSON V. RUBENFIELD, ROY S.

25-6035    GIVEY, RYAN P. V. GIVEY, ALICIA A.

25-6048    BRENTLEY, MARK V. PITTSBURGH, PA, ET AL.

25-6065    EL MALIK, RASHID V. COLLINS, SEC. OF VA

      The motions of petitioners for leave to proceed *in forma*

*pauperis* are denied.  Petitioners are allowed until February 2, 2026, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

### CERTIORARI DENIED

| | | |
|---|---|---|
| 24-858 | | BEEMAN, KARI, ET AL. V. MUSKEGON CTY. TREASURER |
| 24-917 | | DUKE ENERGY CAROLINAS, ET AL. V. NTE CAROLINAS II, LLC, ET AL. |
| 24-1095 | | KOETTER, CHELSEA V. MANISTEE CTY. TREASURER, ET AL. |
| 24-1192 | ) | OVATION FUND MANAGEMENT II, LLC V. NOSSAMAN LLP, ET AL. |
| | ) | |
| 25-151 | ) | PETERSON, KIM H., ET AL. V. FREITAG, KRISTA, ET AL. |
| 24-1295 | | PHILLIPS, BRANDON V. UNITED STATES |
| 24-1307 | | COTTO, JENNIFER, ET AL. V. CAMPBELL, ATT'Y GEN. OF MA, ET AL. |
| 24-7396 | | GARZA, ARTURO V. UNITED STATES |
| 24-7486 | | STROUD, BRUCE V. UNITED STATES |
| 25-2 | | REESE, DEON V. UNITED STATES |
| 25-14 | | HIERHOLZER, MARTY, ET AL. V. LOEFFLER, ADM'R, SBA, ET AL. |
| 25-76 | ) | JACKSON, CAROLYN V. UNITED STATES |
| | ) | |
| 25-5168 | ) | JACKSON, JOHN E. V. UNITED STATES |
| 25-88 | | DELCO LLC V. LEVIATHAN GROUP, LLC |
| 25-114 | | LA ANYANE, EVELYN-NATASHA V. GEORGIA |
| 25-138 | | ROMAN, MARGO V. MA BD. OF VETERINARY MEDICINE |
| 25-156 | | FREEDOM FOUNDATION V. TURNER, RITA G., ET AL. |
| 25-160 | ) | OMIDI, JULIAN, ET AL. V. UNITED STATES |
| | ) | |
| 25-161 | ) | SURGERY CENTER MANAGEMENT V. UNITED STATES |
| 25-165 | | SAULT STE. MARIE TRIBE V. MICHIGAN, ET AL. |
| 25-166 | | PARADA, JOSE J., ET AL. V. UNITED STATES |
| 25-168 | | RAHMAN, NUZAIRA M. V. BONDI, ATT'Y GEN. |
| 25-173 | | FLYNT, ELIZABETH V. BONTA, ATT'Y GEN. OF CA, ET AL. |

4

| | |
|---|---|
| 25-178 | FITZGERALD TRUCK PARTS AND SALES V. UNITED STATES |
| 25-187 | KATERGARIS, SERAFIM G. V. NEW YORK, NY |
| 25-201 | PARVIZ, MAHSA V. UNITED STATES |
| 25-203 | McGEE, JOHANNA, ET AL. V. ALGER CTY. TREASURER, ET AL. |
| 25-215 | VETEMENTS GROUP AG V. STEWART, COKE M. |
| 25-216 | GRASHORN, MATHEW V. LOVE, WENDY, ET AL. |
| 25-222 | SILVERS, VICTOR E. V. UNITED STATES |
| 25-229 | EMIGRANT MORTGAGE CO., ET AL. V. SAINT-JEAN, JEAN R., ET AL. |
| 25-240 | FELDMAN, STEWART, A. ET AL. V. SULLIVAN, SCOTT, ET AL. |
| 25-245 | FIRE-DEX, LLC V. ADMIRAL INS. CO. |
| 25-267 | GREEN, MILTON V. TANNER, CHRISTOPHER, ET AL. |
| 25-271 | U.S., EX REL. O'CONNOR, ET AL. V. USCC WIRELESS INV., ET AL. |
| 25-307 | CHAVEZ AYUB, ALFONSO E. V. CHAVEZ PACHECO, ALFONSO |
| 25-327 | EXPRESS SCRIPTS, INC., ET AL. V. CALIFORNIA |
| 25-347 | U.S., EX REL. OLSEN, ET AL. V. TENET HEALTHCARE CORP., ET AL. |
| 25-355 | DONDERO, JAMES, ET AL. V. JERNIGAN, STACEY G., ET AL. |
| 25-363 | CASTRO-ALEMAN, VICTOR M. V. UNITED STATES |
| 25-369 | UNITED NATURAL FOODS, INC. V. NLRB |
| 25-381 | ADVANFORT COMPANY V. ZAMIL OFFSHORE CO., ET AL. |
| 25-391 | CITIGROUP INC. V. OTTO CANDIES, LLC, ET AL. |
| 25-399 | MOSES, RONELL V. UNITED STATES |
| 25-419 | SHELBY COUNTY, IA, ET AL. V. COUSER, WILLIAM, ET AL. |
| 25-428 | PERCIPIENT.AI, INC. V. UNITED STATES, ET AL. |
| 25-441 | GUARDIAN FLIGHT, L.L.C., ET AL. V. HEALTH CARE SERV. CORP. |
| 25-451 | HOWARD, FAYTIMA V. MACOMB COUNTY, MI |
| 25-463 | CLEAN AIR CAR SERV. 3 V. CLEAN AIR CAR SERV. 2, ET AL. |
| 25-467 | EBU, JOSEPH V. USCIS, ET AL. |
| 25-470 | CANNON, SCOTT V. BLUE CROSS AND BLUE SHIELD OF MA |

| | |
|---|---|
| 25-472 | SALGADO, ANGELIC V. SMITH, KEVIN |
| 25-474 | BAGGETT, JUSTIN V. TEXAS |
| 25-475 | CAMP, JASON V. L.A. UNIFIED SCHOOL DISTRICT |
| 25-476 | ELI LILLY & CO., ET AL. V. RICHARDS, MONICA |
| 25-480 | ANNABI, KARIM V. NEW YORK UNIVERSITY |
| 25-481 | BRIDGES, JENNIFER, ET AL. V. THE METHODIST HOSP., ET AL. |
| 25-483 | LANG, EDWARD J., ET AL. V. THAU, DANIEL, ET AL. |
| 25-485 | WILLIAMS, ALVIN E., ET UX. V. SUPERIOR COURT OF CA, ET AL. |
| 25-488 | ASATO, VALERIE V. HGEA, ET AL. |
| 25-489 | ENGEL, NORMAN V. TX DEPT. OF INS., ET AL. |
| 25-490 | LUJAN CLAIMANTS V. BOY SCOUTS OF AMERICA, ET AL. |
| 25-493 | CANTU, M. P., ET VIR V. AUSTIN POLICE DEPT., ET AL. |
| 25-494 | ROGALSKI, CHRISTOPHER A. V. PA DEPT. OF EDUCATION, ET AL. |
| 25-499 | MAYS, SANDY V. NEWLY WEDS FOODS, INC. |
| 25-500 | TRONSRUE, GEORGE M. V. TRONSRUE, ELSA M. |
| 25-501 | YOUNG, JENNIFER, ET VIR V. COLLECT CO. |
| 25-502 | PAYLAN, CHRISTINA V. FLORIDA |
| 25-504 | ZEIDMAN, ROBERT V. LINDELL MANAGEMENT LLC |
| 25-506 | STROMA MEDICAL CORP., ET AL. V. BLUMBERG, SAMUEL |
| 25-508 | RYNN, RICHARD, ET AL. V. UHS OF PHOENIX, LLC, ET AL. |
| 25-509 | SHEPHERD, JANA V. HELEN PAINTER & CO., ET AL. |
| 25-510 | COOK, DAMON B. V. GARNICA, ACTING WARDEN |
| 25-514 | MICROCHIP TECHNOLOGY, ET AL. V. SCHUMAN, PETER, ET AL. |
| 25-522 | TANG, RUBY V. SOMERSET HOUSE, ET AL. |
| 25-527 | VECHIOLI CRUZ, IVáN, ET AL. V. SANTOS ONODA, KIYOMI M. |
| 25-530 | WETHERBE, JAMES C. V. TX TECH UNIV. SYS., ET AL. |
| 25-533 | MN DEER FARMERS ASSN., ET AL. V. SARAH STROMMEN, ET AL. |
| 25-535 | HICKORY HEIGHTS HEALTH, ET AL. V. WATSON, YASHIKA |