**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| NANCY WHITE, on behalf of herself and all others similarly situated, <br><br>       Plaintiff, <br><br>    v. <br><br> CASEY'S GENERAL STORES, INC., CASEY'S MARKETING COMPANY, and CASEY'S RETAIL COMPANY, <br><br>       Defendants. | **No. 2:18-cv-00072-DRL-JEM** |

## JOINT NOTICE REGARDING SETTLEMENT

Plaintiff Nancy White and Defendants Casey's General Stores, Inc., Casey's Marketing Company, and Casey's Retail Company write to notify the Court that the parties have reached a settlement of this matter. The parties are now working on the settlement documents and will advise the Court as to the proposed next steps as they make further progress on those documents. The parties thank the Court very much for its attention to this matter.

Dated: January 23, 2026

Respectfully submitted,

s/Michael Palitz_____
Michael Palitz*
**SHAVITZ LAW GROUP, P.A.**
477 Madison Avenue, 6th Floor
New York, NY 10022
Telephone: (800) 616-4000
Facsimile: (561) 447-8831
E-mail: mpalitz@shavitzlaw.com

Gregg I. Shavitz*
Camar Jones*
**SHAVITZ LAW GROUP, P.A.**
622 Banyan Trail, Suite 200
Boca Raton, FL 33431
Telephone: (561) 447-8888

Facsimile: (561) 447-8831
E-mail: gshavitz@shavitzlaw.com
E-mail: cjones@shavitzlaw.com

Richard E. Shevitz
Scott Gilchrist
**COHEN & MALAD, LLP**
One Indiana Square Suite 1400
Indianapolis, IN46204
Phone: (317) 636-6481
Facsimile: (317) 636-2593
E-mail: rshevitz@cohenandmalad.com
E-mail: sgilchrist@cohenandmalad.com

Marc S. Hepworth*
Charles Gershbaum*
David A. Roth*
Rebecca S. Predovan*
**HEPWORTH, GERSHBAUM & ROTH, PLLC**
192 Lexington Avenue, Suite 802
New York, New York 10016
Telephone: (212) 545-1199
Facsimile: (212) 532-3801
E-mail:  mhepworth@hgrlawyers.com
E-mail: cgershbaum@hgrlawyers.com
E-mail: droth@hgrlawyers.com
E-mail: rpredovan@hgrlawyers.com

*Attorneys for Plaintiffs and the FLSA Collective Members*

Respectfully submitted,

By:    s/John H. Lassetter
John H. Lassetter (MN #0389009)
Brendan C. Johnson (MN #0403009)
LITTLER MENDELSON, P.C.
1300 IDS Center
80 South 8th Street
Minneapolis, MN  55402.2136
Telephone: 612.630.1000
E-mail:  jlassetter@littler.com
E-mail:  bcjohnson@littler.com

*Attorneys for Defendants*

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on January 23, 2026, I served a true copy of this document by all counsel of record via the Court's Electronic Case Filing system.

<u>/s/ Michael Palitz</u>
Michael Palitz

3